# UNITED STATES DISTRICT COURT

for the

Northern District of California ▼

| | |
|---|---|
| Michelle Salinas and Raymel Washington, *Plaintiff(s)* v. Block, Inc. and Cash App Investing, LLC, *Defendant(s)* | Civil Action No. 4:22-cv-4823-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Block, Inc.
1455 Market Street, Suite 600
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dennis Stewart
Gustafson Gluek PLLC
600 W. Broadway, Suite 3300
San Diego, CA 94101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: August 23, 2022

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of California

|  |  |
|---|---|
| Michelle Salinas and Raymel Washington, *Plaintiff(s)* v. Block, Inc. and Cash App Investing, LLC, *Defendant(s)* | Civil Action No. 4:22-cv-4823-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>   Cash App Investing, LLC
>   400 SW 6th Avenue, 11th Floor
>   Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Dennis Stewart
>   Gustafson Gluek PLLC
>   600 W. Broadway, Suite 3300
>   San Diego, CA 94101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 23, 2022

*CLERK OF COURT*
*Mark B. Busby*

*Cynthia J. Lenahan*
*Signature of Clerk or Deputy Clerk*