| | |
|---|---|
| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
| Michelle Salinas, et al.<br>　　　　Plaintiffs,<br><br>v.<br><br>Block, Inc., et al.<br>　　　　Defendants, | Court File Number<br>4:22-cv-4823-DMR<br><br>**AFFIDAVIT OF SERVICE** |

State of Washington } SS
County of Clark }

I, __Mitch Wirth__, state that on
　　(Name of Server)

__Aug__ / __31st__ /2022 at __8__ : __28__ __A__ M, I served the:
(Date of Service)　　　　(Time of Service)

　　Summons, Complaint and Civil Cover Sheet; Order Setting Initial Case Management Conference
　　and ADR Deadlines; Standing Order for Magistrate Judge Donna M. RYU

upon: Cash App Investing

therein named, personally at:　　11th Floor
　　　　　　　　　　　　　　　　400 SW 6th Avenue
　　　　　　　　　　　　　　　　Portland, OR 97204

by handing to and leaving with:

[ ]　the Registered Agent of Cash App Investing
[ ]　an Officer of Cash App Investing
[X]　a Managing Agent, someone within Cash App Investing whose management capacity is
　　　such that (s)he exercises independent judgment and discretion

__Bre LeiJA__　　　　　　　　　　　　　　　　__Receptionist__
(Name of the Person with whom the documents were left)　　(Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　　　Dated: __SepT__ / __1st__ /2022　　__Mitch Wirth__ (signature)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Server)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　__Mitch Wirth__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 273543 3002

Re: 6246-001

**METRO LEGAL**
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

-1-