| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| Michelle Salinas, et al.<br>            Plaintiffs,<br><br>v.<br><br>Block, Inc., et al.<br>            Defendants, | Court File Number<br>4:22-cv-4823-DMR<br><br>**AFFIDAVIT OF SERVICE** |

State of California ) SS
County of Orange   )

I, __V. Enrique Mendez__, state that on
     (Name of Server)

__08__ / __31__ /2022 at __12__ : __50__ P M, I served the:
(Date of Service)          (Time of Service)

   Summons, Complaint and Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. RYU

upon: Block, Inc.

therein named, personally at:   CT Corporation System
                                Suite 930
                                818 West Seventh Street
                                Los Angeles, CA 90017

by handing to and leaving with:

__Daisy Montenegro_____ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation System, the Registered Agent for Block, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __09__ / __01__ /2022         _____
                                      (Signature of Server)

                                      V. Enrique Mendez
                                      (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 273583 3043

Re: 6246-001



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com