1  ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
   aswaminathan@orrick.com
2  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
3  THOMAS FU (STATE BAR NO. 325209)
   tfu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     +1 415 773 5700
   Facsimile:     +1 415 773 5759
7
   Attorneys for Defendants
8  BLOCK, INC. and CASH APP INVESTING, LLC

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12
   MICHELLE SALINAS and RAYMEL          Case No. 4:22-cv-04823
13 WASHINGTON, individually and on behalf of
   all others similarly situated,       **NOTICE OF APPEARANCE**
14
                 Plaintiffs,            Magistrate Judge:  Hon. Donna M. Ryu
15
          v.
16
   BLOCK, INC. and CASH
17 APP INVESTING, LLC,

18               Defendants.

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that Rebecca Harlow, of Orrick, Herrington & Sutcliffe LLP, hereby enters her appearance on behalf of Defendants Block, Inc. and Cash App Investing, LLC in the above-captioned matter and requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Rebecca Harlow                          Email: rharlow@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669


Dated: September 16, 2022

By:                 /s/ Rebecca Harlow
                  Rebecca Harlow
        ORRICK, HERRINGTON & SUTCLIFFE LLP
              Attorneys for Defendants
        Block, Inc. and Cash App Investing, LLC

NOTICE OF APPEARANCE
3:22-cv-4823