ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 415 773 5700
Facsimile:       +1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 4:22-cv-04823<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND ORDER TO MODIFY CASE SCHEDULE (AS MODIFIED)**<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the case schedule:

- That the time for Defendants to answer or otherwise respond to the Complaint (ECF No. 1) be extended to November 6, 2022.
- That the Case Management Conference currently scheduled for November 30, 2022 be continued to a date 30 days after either Defendants' filing of an answer or an adverse ruling on any motion to dismiss filed by Defendants.

This is the first extension sought by the parties to this litigation and is sought because Defendants' counsel has only been recently retained and because of schedule conflicts.

**IT IS SO STIPULATED.**

Dated: September 16, 2022

By: _____/s/ Rebecca Harlow_____
Rebecca Harlow
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants
Block Inc. and Cash App Investing LLC

By: _____/s/ David Goodwin_____
David Goodwin
GUSTAFSON GLUEK PLLC
Attorneys for Plaintiffs

IT IS HEREBY ORDERED THAT the Initial Case Management Conference set for Novebmer 30, 2022 at 1:30 p.m. is vacated and continued to January 4, 2023 at 1:30 p.m. in Oakland, Videoconference only before Magistrate Judge Donna M. Ryu.  Parties shall file a joint case management conference statement by December 28, 2022.

**IT IS SO ORDERED AS MODIFIED.**

By: _____
Hon. Donna M. Ryu
U.S. MAGISTRATE JUDGE

**Attestation re Electronic Signatures**

I, Rebecca Harlow, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 16, 2022                           By:            */s/ Rebecca Harlow*
                                                                              REBECCA HARLOW