**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to: 262835 |
| Foster Garvey PC, Attn: Kathleen C. Bricken |
| 121 Morrison Street, 11th Floor |
| Portland, OR 97204-3142 |
| TEL NO.: (503) 228-3939    FAX NO. *(optional):* (503) 226-0259 |
| E-MAIL ADDRESS *(Optional):* kathleen.bricken@foster.com |
| [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: Civil

PLAINTIFF: Le Garden HB LLC and Brent Wei-Teh Lee (counter-defendants)
DEFENDANT: Amazing Hospitality Group, LLC and Arizona Garden Hotel, LLC (counter-claimant)

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

CASE NUMBER: 5:22-mc-80243-VKD

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Le Garden HB LLC
      Brent Lee, Registered Agent
      10430 S. De Anza Blvd., Suite 280
      Cupertino, CA 95014
      
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Le Garden HB LLC, Attn: Brent Lee, Registered Agent,
      10430 S. De Anza Blvd., Suite 280, Cupertino, CA 95014

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Amazing Hospitality Group, LLC
   1884 Zachris Court NE
   Keizer, OR 97303
   Date: 9/22/2022
   Kathleen C. Bricken
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ /s/ Kathleen C. Bricken
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 897,827.99 + 3.01% interest
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 08/05/2022
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):* September 23, 2022

Clerk, by   Mark B. Busby
/s/ Cynthia J. Lenahan , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
www.ceb.com

| PLAINTIFF: Le Garden HB LLC and Brent Wei-Teh Lee (counter-defendants) | COURT CASE NO.: |
|---|---|
| DEFENDANT: Amazing Hospitality Group, LLC and Arizona Garden Hotel, LLC (counter-claimants) | 5:22-mc-80243-VKD |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
    Arizona Garden Hotel, LLC
    1884 Zachris Court NE
    Keizer, OR 97303

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
    Brent Wei-Teh Lee
    24168 Congress Springs Rd.
    Saratoga, CA 95070

    Driver's license no. [last 4 digits] and state:
    8282, CA                                    ☐ Unknown
    Social security no. [last 4 digits]: 7841   ☐ Unknown

    Summons was personally served at or mailed to *(address):*
    Brent Wei-Teh Lee
    24168 Congress Springs Rd.
    Saratoga, CA 95070

    (Clerk's Certification of a Judgment to Be Registered in Another District, with attachments, served at this address)

17. Name and last known address

    Driver's license no. [last 4 digits] and state:   ☐ Unknown
    Social security no. [last 4 digits]:              ☐ Unknown

    Summons was personally served at or mailed to *(address):*

18. Name and last known address

    Driver's license no. [last 4 digits] and state:   ☐ Unknown
    Social security no. [last 4 digits]:              ☐ Unknown

    Summons was personally served at or mailed to *(address):*

19. Name and last known address

    Driver's license no. [last 4 digits] and state:   ☐ Unknown
    Social security no. [last 4 digits]:              ☐ Unknown

    Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.