UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

**DISTRICT JUDGE JACQUELINE SCOTT CORLEY**

*Effective September 29, 2022, Judge Corley's civil calendars will be as follows:*

### In-person Civil Law and Motion, Thursdays at 10:00 a.m.

The default rule is that all civil motions will be heard in-person, and should be noticed for Judge Corley's in-person calendar which takes place Thursdays, at 10:00 a.m. Exceptions to this rule include discovery-related motions, motions for default judgment, motions for leave to amend, motions to withdraw as counsel, motions for attorneys' fees, and motions for sanctions. These motions should be noticed on Judge Corley's Zoom calendar which takes place Thursdays, at 9:00 a.m.

In addition, if any party has concerns regarding an in-person appearance (e.g. health concerns, childcare, or important personal responsibilities), the party may file a request to have the matter placed on Judge Corley's Zoom calendar. The parties may also stipulate to have a particular motion heard on the Zoom calendar. Any such stipulation shall be filed by the deadline for the opposition brief.

The parties should be aware that, if Judge Corley concludes that only limited discussion is required, she may move the hearing to the Zoom calendar. Generally, this decision will be made no later than two days before the hearing. The parties are expected to be available at 9:00 a.m. in the event the hearing is moved to the Zoom calendar.

### Zoom Civil Law and Motion, Thursdays at 9:00 a.m.

For all motions listed above as exceptions to the in-person hearing rule and motions which are moved to the Zoom calendar by request of a party, stipulation, or court order, the hearing will take place on Judge Corley's Zoom Webinar link at 9:00 a.m. on Thursdays.

Members of the public can watch these hearings through the same Zoom link to Judge Corley's courtroom.

### Case Management Conferences, Thursdays at 1:30 p.m.

All case management conferences will take place over Zoom.