ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>                    Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Jacqueline Scott Corley |

Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the case schedule:

- That the time for Defendants to answer or otherwise respond to the Complaint (ECF No. 1) be extended to December 6, 2022.
- That the Case Management Conference currently scheduled for January 5, 2023 be continued to a date 30 days after either Defendants' filing of an answer or an adverse ruling on any motion to dismiss filed by Defendants.

This is the second extension sought by the parties to this litigation and is sought because counsel for the parties are in the process of exchanging information pertaining to the plaintiff's claims.

**IT IS SO STIPULATED.**

Dated: September 16, 2022

By: ____/s/ Aravind Swaminathan____
Aravind Swaminathan
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants
Block Inc. and Cash App Investing LLC

By: ____/s/ Gary Graifman____
Gary Graifman
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

By: _____
Hon. Jacqueline Scott Corley
U.S. DISTRICT JUDGE

**Attestation re Electronic Signatures**

I, Aravind Swaminathan, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 26, 2022                    By: _____/s/ Aravind Swaminathan_____
                                                          ARAVIND SWAMINATHAN