1  ARAVIND SWAMINATHAN (*admitted pro hac vice*)
   aswaminathan@orrick.com
2  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
3  THOMAS FU (STATE BAR NO. 325209)
   tfu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   Attorneys for Defendants
8  BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Jacqueline Scott Corley |

Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the case schedule:

- That the time for Defendants to answer or otherwise respond to the Complaint (ECF No. 1) be extended to December 6, 2022.
- That the Case Management Conference currently scheduled for January 5, 2023 be continued to a date 30 days after either Defendants' filing of an answer or an adverse ruling on any motion to dismiss filed by Defendants.

This is the second extension sought by the parties to this litigation and is sought because counsel for the parties are in the process of exchanging information pertaining to the plaintiff's claims.

**IT IS SO STIPULATED.**

Dated: September 16, 2022

By: _____/s/ Aravind Swaminathan_____
Aravind Swaminathan
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants
Block Inc. and Cash App Investing LLC

By: _____/s/ Gary Graifman_____
Gary Graifman
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

By: _____
Hon. Jacqueline Scott Corley
U.S. DISTRICT JUDGE