ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, WA  98104-7097
Telephone:    +1 206 839 4300
Facsimile:     +1 206 839 4301

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**DECLARATION OF ARAVIND SWAMINATHAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

I, Aravind Swaminathan, declare as follows:

1. I am a partner with the law firm Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Block, Inc. and Cash App Investing, LLC. I make this declaration in support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. I have reviewed the complaints in *Gordon v. Block, Inc. et al.*, Case No. 22-cv-06787-YGR (N.D. Cal.), and *Salinas, et al. v. Block, Inc., et al.*, No. 22-cv-04823-JSC, (N.D. Cal.) and I believe the actions concern substantially the same parties and event and it appears likely that there will be an unduly burdensome duplication of labor and expense and risk of conflicting results if the cases are conducted before different Judges.

3. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained with all parties. I informed counsel for Plaintiffs Salinas and Washington in the *Salinas* case and counsel for Plaintiff Gordon in the *Gordon* case that Defendants believe the cases should be related. Counsel in both matters expressed disagreement and a belief that the cases should be kept separate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of November 2022 at Seattle, Washington.

By: ___/s/ Aravind Swaminathan_____

ARAVIND SWAMINATHAN

- 2 -

DECLARATION OF ARAVIND SWAMINATHAN IN SUPPORT OF ADMINISTRATIVE MOTION
3:22-CV-04823-JSC