UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

　　　For good cause appearing, the Court finds *Gordon v. Block, Inc. et al.*, Case No. 22-cv-06787-YGR (N.D. Cal.), and *Salinas, et al. v. Block, Inc., et al.*, No. 22-cv-04823-JSC, (N.D. Cal.) are related pursuant to Local Rule 3-12.


Dated: _____　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　　　　HON. JACQUELINE SCOTT CORLEY

　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge