ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
MICHELLE VISSER (STATE BAR NO. 277509)
mvisser@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated, | Case No. 3: 22-cv-04823-JSC |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | Judge:  Hon. Jacqueline Scott Corley |
| BLOCK, INC. and CASH APP INVESTING, LLC, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that Thomas Fu, of Orrick, Herrington & Sutcliffe LLP, hereby enters his appearance on behalf of Defendants Block, Inc. and Cash App Investing, LLC in the above-captioned matter and requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Thomas Fu                              Email: tfu@orrick.com
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071-1596

Dated: November 30, 2022

By: _____ /s/ Thomas Fu _____
                                Thomas Fu
                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                           Attorneys for Defendants
                    Block, Inc. and Cash App Investing, LLC

NOTICE OF APPEARANCE
3:22-cv-4823