ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
MICHELLE VISSER (STATE BAR NO. 277509)
mvisser@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 415 773 5700
Facsimile:	+1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>   Defendants. | Case No. 3: 22-cv-04823-JSC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  Hon. Jacqueline Scott Corley |

1  TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

2      PLEASE TAKE NOTICE that Michelle Visser, of Orrick, Herrington & Sutcliffe LLP,

3  hereby enters her appearance on behalf of Defendants Block, Inc. and Cash App Investing, LLC in

4  the above-captioned matter and requests that all notices given or required to be given, and all papers

5  filed or served or required to be served in the above-captioned matter, be provided to and served

6  upon:

| Michelle Visser | Email: mvisser@orrick.com |
|---|---|
| The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669 | |

Dated: November 30, 2022

By:         */s/ Michelle Visser*
           Michelle Visser
    ORRICK, HERRINGTON & SUTCLIFFE LLP
        Attorneys for Defendants
   Block, Inc. and Cash App Investing, LLC