ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Jacqueline Scott Corley |

1    Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and

2  Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel,

3  hereby stipulate and agree to the following proposed modification of the case schedule:

4    WHEREAS, the Complaint (ECF No. 1) was filed in this action on August 23, 2022;

5    WHEREAS, the parties have previously stipulated, and the Court has approved, that the

6  time for Defendants to answer or otherwise respond to the Complaint be extended to December 6,

7  2022 (ECF Nos. 22, 25, 33, 34);

8    WHEREAS, a complaint was filed in an action captioned *Gordon v. Block Inc. and Cash*

9  *App Investing, LLC*, No. 22-cv-6787 (N.D. Cal.) on November 2, 2022;

10    WHEREAS, on November 28, 2022, Defendants filed an Administrative Motion To

11  Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 7-11, on the grounds

12  that the *Gordon* complaint includes many of the same causes of action arising out of the same

13  underlying facts as this action, and therefore involves the same persons and event such that there

14  would be judicial inefficiency and a risk of inconsistent decisions should the cases be tried by

15  different judges; and

16    WHEREAS, if the cases are related and the Court does not *sua sponte* consolidate them,

17  Defendants intend to seek consolidation;

18    Plaintiffs and Defendants hereby stipulate that:

19      • The deadline for Defendants to answer or otherwise respond to the Complaint be

20        extended to February 3, 2023.

21    This is the third extension sought by the parties to this litigation and is sought because the

22  parties believe that it is appropriate for the Court to resolve the question of relation and

23  consolidation of this action and the *Gordon* action before a responsive pleading is required.

24

25    **IT IS SO STIPULATED.**

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
3:22-cv-4823-JSC

1

2

3    Dated: December 2, 2022

4                                    By: _____ */s/ Aravind Swaminathan*
                                                    Aravind Swaminathan
5                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                    Attorneys for Defendants
6                                            Block Inc. and Cash App Investing LLC

7

8                                    By: _____ */s/ Gary Graifman*_____
                                                    Gary Graifman
9                                    KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
                                                    Attorneys for Plaintiffs

10

11

12        **IT IS SO ORDERED.**

13                                    By: _____
14                                            Hon. Jacqueline Scott Corley
                                                    U.S. DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
3:22-cv-4823-JSC

1

**<u>Attestation re Electronic Signatures</u>**

2

     I, Aravind Swaminathan, attest pursuant to Northern District Local Rule 5-1(i)(3) that all

3

other signatories to this document, on whose behalf this filing is submitted, concur in the filing's

4

contents and have authorized this filing.  I declare under penalty of perjury under the laws of the

5

United States of America that the foregoing is true and correct.

6

7

Dated: December 2, 2022             By:            _/s/_____
                                         ARAVIND SWAMINATHAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
3:22-cv-4823-JSC