ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Jacqueline Scott Corley |

| | |
|---|---|
|1| Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and |
|2| Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel, |
|3| hereby stipulate and agree to the following proposed modification of the case schedule: |
|4| WHEREAS, the Complaint (ECF No. 1) was filed in this action on August 23, 2022; |
|5| WHEREAS, the parties have previously stipulated, and the Court has approved, that the |
|6| time for Defendants to answer or otherwise respond to the Complaint be extended to December 6, |
|7| 2022 (ECF Nos. 22, 25, 33, 34); |
|8| WHEREAS, a complaint was filed in an action captioned *Gordon v. Block Inc. and Cash* |
|9| *App Investing, LLC*, No. 22-cv-6787 (N.D. Cal.) on November 2, 2022; |
|10| WHEREAS, on November 28, 2022, Defendants filed an Administrative Motion To |
|11| Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 7-11, on the grounds |
|12| that the *Gordon* complaint includes many of the same causes of action arising out of the same |
|13| underlying facts as this action, and therefore involves the same persons and event such that there |
|14| would be judicial inefficiency and a risk of inconsistent decisions should the cases be tried by |
|15| different judges; and |
|16| WHEREAS, if the cases are related and the Court does not *sua sponte* consolidate them, |
|17| Defendants intend to seek consolidation; |
|18| Plaintiffs and Defendants hereby stipulate that: |
|19| • The deadline for Defendants to answer or otherwise respond to the Complaint be |
|20| extended to February 3, 2023. |
|21| This is the third extension sought by the parties to this litigation and is sought because the |
|22| parties believe that it is appropriate for the Court to resolve the question of relation and |
|23| consolidation of this action and the *Gordon* action before a responsive pleading is required. |
|24| |
|25| **IT IS SO STIPULATED.** |

Dated: December 2, 2022

By: _____/s/ Aravind Swaminathan_____
Aravind Swaminathan
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants
Block Inc. and Cash App Investing LLC

By: _____/s/ Gary Graifman_____
Gary Graifman
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: December 5, 2022

By: _____[signature]_____
Hon. Jacqueline Scott Corley
U.S. DISTRICT JUDGE