UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE** |
| AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-06787-JSC |

For good cause appearing, the Court finds that *Gordon v. Block, Inc. et al.*, Case No. 22-cv-06787-YGR (N.D. Cal.), and *Salinas, et al. v. Block, Inc., et al.*, No. 22-cv-04823-JSC, (N.D. Cal.) should be consolidated pursuant to Federal Rule of Civil Procedure 42. **IT IS SO ORDERED.**

Dated: _____     By: _____

HON. JACQUELINE SCOTT CORLEY

U.S. District Judge