Dennis J. Stewart (#99152)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway
Suite 3300
San Diego, CA 92101
Tel: (612) 333-8844
dstewart@gustafsongluek.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO CONSOLODATE** |

Plaintiffs Michelle Salinas and Raymel Washington take no position on Defendants' *Notice of Motion and Motion to Consolidate* filed with the Court on December 15, 2022 (Doc. 42).

Dated:  December 29, 2022               Respectfully submitted,

                                        */s/Dennis J. Stewart*
                                        Dennis Stewart (#99152)
                                        **GUSTAFSON GLUEK PLLC**
                                        600 W. Broadway
                                        Suite 3300
                                        San Diego, CA 92101
                                        Tel: (612) 333-8844
                                        dstewart@gustafsongluek.com

Daniel E. Gustafson*
David A. Goodwin*
Mary M. Nikolai*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com

Nicholas A. Migliaccio*
Jason S. Rathod*
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Gary S. Graifman*
Melissa R. Emert*
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
T: 845-356-2570
F: 845-356-4335
ggraifman@kgglaw.com
memert@kgglaw.com

Scott. D Hirsch (admitted pro hac vice)
**SCOTT HIRSCH LAW GROUP**
6810 N. State Road 7
Coconut Creek, FL 33073
(561) 569-7062
scott@scotthirschlawgroup.com