1  ARAVIND SWAMINATHAN (*admitted pro hac vice*)
   aswaminathan@orrick.com
2  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
3  THOMAS FU (STATE BAR NO. 325209)
   tfu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:     +1 415 773 5759
7
   Attorneys for Defendants
8  BLOCK, INC. and CASH APP INVESTING, LLC

9

                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13  MICHELLE SALINAS and RAYMEL          Case No. 3:22-cv-04823-JSC
    WASHINGTON, individually and on behalf of
    all others similarly situated,          **STIPULATION PURSUANT TO CIVIL**
14                                          **L.R. 6-1(B) AND [PROPOSED] ORDER**
                    Plaintiffs,            **TO MODIFY CASE SCHEDULE**
15
              v.                            Judge:  Hon. Jacqueline Scott Corley
16
    BLOCK, INC. and CASH
17  APP INVESTING, LLC,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28
                                          STIPULATION AND [PROPOSED] ORDER
                                              TO MODIFY CASE SCHEDULE
                                                    3:22-CV-4823-JSC

4154-3417-3764.4

1    Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and

2    Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel,

3    hereby stipulate and agree to the following proposed modification of the case schedule:

4    WHEREAS, the Complaint (ECF No. 1) was filed in this action on August 23, 2022;

5    WHEREAS, the parties have previously stipulated, and the Court has approved, that the

6    time for Defendants to answer or otherwise respond to the Complaint be extended to February 3,

7    2023 (ECF Nos. 22, 25, 33, 34, 39, 40);

8    WHEREAS, a complaint was filed in an action captioned *Gordon v. Block Inc. and Cash*

9    *App Investing, LLC*, No. 22-cv-6787 (N.D. Cal.) on November 2, 2022;

10   WHEREAS, on December 6, 2022, the Court ordered that this matter and *Gordon* be

11   related;

12   WHEREAS, on December 15, 2022, Defendants filed a motion to consolidate the *Salinas*

13   and *Gordon* actions that is opposed by Plaintiff Gordon;

14   WHEREAS, the hearing on Defendants' motion is scheduled for January 19, 2023; and

15   WHEREAS, the parties have agreed to engage in mediation in an attempt to reach an early

16   resolution of this action and are in the process of scheduling that mediation;

17   Plaintiffs and Defendants hereby stipulate that:

18   • The hearing on Defendants' motion to consolidate be continued to the second

19     Thursday after the mediation concludes.

20   • If the Court grants Defendants' motion, then the deadline for Defendants to answer

21     or otherwise respond be continued to 30 days after the filing of a consolidated

22     complaint.

23   • If the Court denies Defendants' motion, then the Deadline for Defendants to answer

24     or otherwise respond be continued to 30 days after the Court's denial of the motion.

25   This is the fourth extension sought by the parties to this litigation and is sought because the

26   parties have agreed to engage in mediation in an attempt to resolve this dispute.

27   **IT IS SO STIPULATED.**

28

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
3:22-CV-4823-JSC

4154-3417-3764.4

1

2

3     Dated: January 18, 2023

4                                                    By: _____/s/ Aravind Swaminathan_____
                                                                          Aravind Swaminathan
5                                                                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                                         Attorneys for Defendants
6                                                              Block Inc. and Cash App Investing LLC

7

8                                                    By: _____/s/ Gary Graifman_____
                                                                          Gary Graifman
9                                                           KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
                                                                         Attorneys for Plaintiffs
10
       The hearing on Defendants' Motion to Consolidate is vacated. A case management conference is set for
11     May 11, 2023 at 1:30 p.m. by a Zoom videoconference. Update statement is due by May 4, 2023.

12            **IT IS SO ORDERED.**

13
       Dated: January 18, 2023                       By: _____
14
                                                                   IT IS SO ORDERED
15                                                                   AS MODIFIED
                                                                  *Jacqueline Scott Corley*
16                                                          Judge Jacqueline Scott Corley

17

18

19

20

21

22

23

24

25

26

27

28
                                                                STIPULATION AND [PROPOSED] ORDER
                                                  - 3 -                   TO MODIFY CASE SCHEDULE
                                                                                  3:22-CV-4823-JSC

       4154-3417-3764.4