# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>BLOCK, INC., et al.,<br><br>      Defendants. | Case No. 22-cv-04823-SK<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE**<br><br>Regarding Docket No. 71 |
| AMANDA GORDON,<br><br>      Plaintiff,<br><br>v.<br><br>BLOCK, INC., et al.,<br><br>      Defendants. | Case No. 22-cv-06787-SK<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE** |

The Court HEREBY GRANTS the motion to consolidate the above two captioned matters. These two cases are CONSOLIDATED for all purposes. The Salinas case is designated as the lead case (hereafter, the "Consolidated Action."). All papers filed in the Consolidated Action shall be filed in the Salinas Case only, Case No. 3:22-cv-04823.

**IT IS SO ORDERED**.

Dated: June 3, 2024



SALLIE KIM
United States Magistrate Judge