ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-AMO<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Araceli Martinez-Olguin |

1    Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs Michelle Salinas and Raymel Washington
2  ("Plaintiffs") and Defendants Block, Inc. and Cash App Investing, LLC (the "Parties"), by and
3  through the undersigned counsel, hereby stipulate and agree to the following proposed modification
4  of the case schedule:

5    WHEREAS, the Complaint (ECF No. 1) was filed in this action on August 23, 2022;

6    WHEREAS, the parties have previously stipulated, and the Court has approved, that the
7  time for Defendants to answer or otherwise respond to the Complaint be extended to February 3,
8  2023 (ECF Nos. 22, 25, 33, 34, 39, 40);

9    WHEREAS, a complaint was filed in an action captioned *Gordon v. Block Inc. and Cash*
10  *App Investing, LLC*, No. 22-cv-6787 (N.D. Cal.) on November 2, 2022;

11    WHEREAS, on December 6, 2022, the Court ordered that this matter and *Gordon* be
12  Related (ECF No. 41);

13    WHEREAS, on December 15, 2022, Defendants filed a motion to consolidate the *Salinas*
14  and *Gordon* actions that is opposed by Plaintiff Gordon (ECF No. 42);

15    WHEREAS, the Parties previously stipulated to: (1) continue the hearing on Defendants'
16  motion to consolidate pending mediation; and (2) if the Court granted Defendants' motion to
17  consolidate, to extend the deadline for Defendants to answer or otherwise respond until 30 days
18  after the filing of a consolidated complaint; or (3) if the Court denied Defendants' motion to
19  consolidate, to extend the deadline for Defendants to answer or otherwise respond to the Complaint
20  until 30 days after the Court's denial of the motion (ECF No. 50);

21    WHEREAS, the Court vacated the hearing on Defendants' motion to consolidate and set a
22  case management conference for May 11, 2023 (ECF No. 51);

23    WHEREAS, the Parties engaged in mediation in an attempt to reach an early resolution of
24  this action on April 24, 2023 and are actively continuing those discussions;

25    WHEREAS, on May 1, 2023, to facilitate continuing discussions concerning the possibility
26  of early resolution, the Parties stipulated, and the Court approved, that the Case Management
27  Conference previously scheduled for May 11, 2023, be continued to July 13, 2023, and that the
28

action was otherwise be stayed through the completion of the Case Management Conference (ECF Nos. 54 and 55);

WHEREAS, pursuant to this Court's Order Reassigning Case (ECF No. 57), this case was reassigned to the Honorable Araceli Martinez-Olguin in the San Francisco division for all further proceedings; all then-existing dates were vacated; and the Parties are required to file a Joint Case Management Statement on or before May 31, 2023;

WHEREAS, the Parties plan to continue discussions regarding the possibility of early resolution and believe this action should be stayed while the Parties engage in those discussions;

Plaintiffs and Defendants hereby stipulate that:

- The Joint Case Management Statement shall be due on **July 6, 2023**.
- The Case Management Conference previously vacated shall be rescheduled by the Court to **July 13, 2023, at 10:00 a.m.** via Zoom video conference.
- The action is otherwise stayed through the completion of the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: May 31, 2023

By: ___/s/ Aravind Swaminathan___
Aravind Swaminathan
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants
Block Inc. and Cash App Investing LLC

By: ___/s/ Gary Graifman___
Gary Graifman
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
Attorneys for Plaintiffs

**Attestation re Electronic Signatures**

I, Aravind Swaminathan, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 31, 2023					By: _____*/s/ Aravind Swaminathan*_____
							ARAVIND SWAMINATHAN