UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-AMO<br><br>[PROPOSED] ORDER TO MODIFY CASE SCHEDULE |

For good cause appearing:

- The parties' Joint Case Management Statement shall be due on **July 6, 2023**.

- ~~The Case Management Conference previously vacated shall be rescheduled by the Court to July 13, 2023, at 10:00 a.m. via Zoom video conference~~.

- The action is otherwise stayed through the completion of the Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 2, 2023                By: _Araceli Martínez-Olguín_ (signature)

                                  HON. ARACELI MARTÍNEZ-OLGUÍN

                                  U.S. District Judge

[PROPOSED] ORDER MODIFYING CASE SCHEDULE
3:22-cv-04823-AMO