1    ARAVIND SWAMINATHAN (*admitted pro hac vice*)
     aswaminathan@orrick.com
2    MICHELLE VISSER (STATAE BAR NO. 277509)
     mvisser@orrick.com
3    REBECCA HARLOW (STATE BAR NO. 281931)
     rharlow@orrick.com
4    THOMAS FU (STATE BAR NO. 325209)
     tfu@orrick.com
5    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
6    405 Howard Street
     San Francisco, CA  94105-2669
7    Telephone:     +1 415 773 5700
     Facsimile:      +1 415 773 5759
8
     Attorneys for Defendants
9    BLOCK, INC. and CASH APP INVESTING, LLC

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12

13

14   MICHELLE SALINAS and RAYMEL              Case No. 3:22-cv-04823-AMO
     WASHINGTON, individually and on behalf of
     all others similarly situated,           **STIPULATION PURSUANT TO CIVIL**
15                                             **L.R. 6-1(B) TO MODIFY CASE**
                  Plaintiffs,                  **SCHEDULE**
16
           v.                                  Judge:  Hon. Araceli Martinez-Olguín
17
     BLOCK, INC. and CASH
18   APP INVESTING, LLC,

19                Defendants.

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and

2   Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel,

3   hereby stipulate and agree to the following proposed modification of the case schedule:

4    WHEREAS, the Complaint (ECF No. 1) was filed on August 23, 2022;

5    WHEREAS, a complaint was filed in an action captioned *Gordon v. Block Inc. and Cash*

6   *App Investing, LLC*, No. 22-cv-6787 (N.D. Cal.) on November 2, 2022;

7    WHEREAS, the parties previously stipulated, and the Court approved, that the time for

8   Defendants to answer or otherwise respond to the Complaint be extended to February 3, 2023 (ECF

9   Nos. 22, 25, 33, 34, 39, 40);

10    WHEREAS, on December 6, 2022, the Court ordered that this matter and *Gordon* be

11   related;

12    WHEREAS, on December 15, 2022, Defendants filed a motion to consolidate the *Salinas*

13   and *Gordon* actions that is opposed by Plaintiff Gordon;

14    WHEREAS, the parties previously stipulated to continue the hearing on Defendants'

15   motion to consolidate to the second Thursday after the parties engaged in mediation (ECF No. 50);

16    WHEREAS, the parties previously stipulated that if the Court grants Defendants' motion to

17   consolidate, then the deadline for Defendants to answer or otherwise respond be continued to 30

18   days after the filing of a consolidated complaint (ECF No. 50);

19    WHEREAS, the parties previously stipulated that if the Court denies Defendant's motion

20   to consolidate, then the deadline for Defendants to answer or otherwise respond to the Complaint

21   be continued to 30 days after the Court's denial of the motion (ECF No. 50);

22    WHEREAS, the Court vacated the hearing on Defendants' motion to consolidate and set a

23   case management conference for May 11, 2023 at 1:30 p.m. by a Zoom videoconference with

24   updated case management conference statements due by May 4, 2023 (ECF No. 51);

25    WHEREAS, the parties engaged in mediation in an attempt to reach an early resolution of

26   this action on April 24, 2023;

27    WHEREAS, on May 1, 2023, to facilitate continuing discussions concerning the possibility

28   of early resolution, the Parties stipulated, and the Court approved, that the Case Management

STIPULATION TO MODIFY CASE
SCHEDULE
3:22-CV-4823

1    Conference previously scheduled for May 11, 2023, be continued to July 13, 2023, and that the

2    action would otherwise be stayed through the completion of the Case Management Conference

3    (ECF Nos. 54 and 55);

4         WHEREAS, pursuant to this Court's Order Reassigning Case (ECF No. 57), this case was

5    reassigned to the Honorable Araceli Martinez-Olguin in the San Francisco Division for all further

6    proceedings; all then-existing deadlines were vacated; and the Parties were required to file a Joint

7    Case Management Statement on or before May 31, 2023;

8         WHEREAS, on May 31, 2023, the Parties jointly filed a Stipulation Pursuant to Civil L.R.

9    6-1(B) (ECF No. 36), stipulating the following: (i) the Joint Case Management Statement would be

10   due on July 6, 2023; (ii) the Case Management Conference previously vacated would be

11   rescheduled by the Court to July 13, 2023, at 10:00 a.m. via Zoom video conference; and (iii) the

12   action would be otherwise stayed through the completion of the Case Management Conference;

13        WHEREAS, on June 2, 2023, the Court ordered the Parties to submit a Joint Case

14   Management Statement on July 6, 2023 and otherwise stayed the action (ECF No. 60);

15        WHEREAS, on June 29, 2023, the Parties jointly filed a Stipulation Pursuant to Civil L.R.

16   6-1(B) (ECF No. 61), stipulating the following: (i) the Joint Case Management Statement would be

17   due September 15, 2023; and (ii) the action would be otherwise stayed. The Stipulation also

18   informed the Court that the Parties had scheduled a second mediation to take place on August 28,

19   2023. The Court entered an Order on August 2, 2023 (ECF No. 62), which stated: (i) the Joint Case

20   Management Statement previously due on July 6, 2023, was not due until September 15, 2023; (ii)

21   the action was otherwise stayed; and (iii) the motion to consolidate, ECF No. 48, was denied

22   without prejudice to refiling once the stay was lifted;

23        WHEREAS, on September 15, 2023, the Parties jointly filed a Stipulation pursuant to Civil

24   L.R. 6-1(B) (ECF No. 64), stipulating the following: (i) the Joint Case Management Statement

25   would be due October 31, 2023; and (ii) the action would otherwise be stayed.  The Stipulation also

26   informed the Court that the Parties had re-scheduled mediation for October 18, 2023.  The Court

27   entered an Order on September 18, 2023 (ECF No. 65), which stated: (i) the Joint Case Management

28   Statement shall be due on October 31, 2023; and (ii) the action is otherwise stayed.

STIPULATION TO MODIFY CASE
SCHEDULE
3:22-cv-4823

1     WHEREAS, the Parties' conducted mediation on October 18, 2023 and thereafter scheduled

2  an additional mediation session on November 17, 2023 for the purposes of continuing discussions

3  regarding the possibility of settlement;

4     WHEREAS, the parties conducted the continued mediation on November 17, 2023 and

5  made significant progress in their efforts, such that they continue to communicate independently

6  and through the mediator with regard to settlement discussions;

7     WHEREAS, in light of the prospects of settlement, the Parties believe the *Salinas* action

8  should continue to be stayed;

9     NOW, Plaintiff and Defendants hereby stipulate that:

10     • The Joint Case Management Statement shall be due on **January 12, 2024**.

11     • The action is otherwise stayed.

12     This is the eighth extension sought by the parties to this litigation and is sought because the

13  parties are attempting to resolve this dispute.

14

15     **IT IS SO STIPULATED.**

16

17  Dated: December 12, 2023

18                                        By: _____/s/ Michelle Visser_____
                                                    Michelle Visser
19                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                 Attorneys for Defendants
20                                           Block Inc. and Cash App Investing LLC

21

22                                        By: _____/s/ David Goodwin_____
                                                    David Goodwin
23                                           GUSTAFSON GLUEK PLLC

24

25                                        By: __/s/___Scott D. Hirsch_____
                                                    Scott D. Hirsch
26                                           SCOTT HIRSCH LAW GROUP, PLLC

27

28

STIPULATION TO MODIFY CASE
                                                    SCHEDULE
                                                    3:22-cv-4823

1

By: __/s/___ _Gary S. Graifman_____ ____
Gary S. Graifman
2         KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.

3

4

By: __/s/__ _Nicholas Migliaccio_____
Nicholas Migliaccio
5         MIGLIACCIO & RATHOD LLP

6          Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY CASE
SCHEDULE
3:22-cv-4823

1

**Attestation re Electronic Signatures**

2

      I, Michelle Visser, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other

3

signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents

4

and have authorized this filing.  I declare under penalty of perjury under the laws of the United

5

States of America that the foregoing is true and correct.

6

7

Dated: December 12, 2023             By:            */s/ Michelle Visser*       
                                            MICHELLE VISSER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

STIPULATION TO MODIFY CASE
SCHEDULE
3:22-cv-4823