| | |
|---|---|
| 1 | **MIGLIACCIO & RATHOD LLP** |
| 2 | Nicholas Migliaccio, *admitted pro hac vice*<br>Jason Rathod**,** *pro hac vice forthcoming* |
| 3 | 412 H St NE #302<br>Washington, D.C. 20002 |
| 4 | Tel: (202) 470-3520<br>nmigliaccio@classlawdc.com |
| 5 | jrathod@classlawdc.com |
| 6 | **KANTROWITZ GOLDHAMER &<br>GRAIFMAN PC** |
| 7 | Gary Graifman, *admitted pro hac vice*<br>Melissa Emert, *admitted pro hac vice* |
| 8 | 135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645 |
| 9 | Tel: (845) 356-2570<br>ggraifman@kgglaw.com |
| 10 | memert@kgglaw.com |
| 11 | **FEDERMAN & SHERWOOD**<br>William B. Federman, *admitted pro hac vice* |
| 12 | 10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120 |
| 13 | Tel: (405) 235-1560<br>wbf@federmanlaw.com |
| 14 | *Proposed Class Counsel* |
| 15 | *Additional Propose Class<br>Counsel on Signature Page* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE NO. 3:22-cv-04823<br><br>**SUPPLEMENTAL DECLARATION OF NICHOLAS A. MIGLIACCIO IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(A) AND FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

I, Nicholas A. Migliaccio, hereby declare as follows:

1. In furtherance of Plaintiffs' unopposed Motion To Consolidate Pursuant to Fed. R. Civ. P. 42(a) (ECF No. 71, 72), a true and correct copy of the Proposed Consolidated Complaint is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February 2024 at Washington D.C.

Respectfully submitted,

/s/ *Nicholas A. Migliaccio*
Nicholas A. Migliaccio (admitted pro hac vice)
Jason S. Rathod (admitted pro hac vice)
**MIGLICACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Melissa R. Emert (admitted pro hac vice)
Gary Graifman (admitted pro hac vice)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570

William B. Federman (admitted pro hac vice)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Ph: 405-235-1560

Daniel E. Gustafson (admitted pro hac vice)
David A. Goodwin (admitted pro hac vice)
Mary M. Nikolai (admitted pro hac vice)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600

Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com

Scott. D Hirsch (admitted pro hac vice)
SCOTT HIRSCH LAW GROUP
6810 N. State Road 7
Coconut Creek, FL 33073
(561) 569-7062
scott@scotthirschlawgroup.com

*Proposed Class Counsel*