**FEDERMAN & SHERWOOD**
William B. Federman (admitted *pro hac vice*)
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman (admitted *pro hac vice*)
Melissa Emert (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio (admitted *pro hac vice*)
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com

*Proposed Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-AMO<br><br>Judge: Hon. Araceli Martinez-Olguin<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 7-11 AND [PROPOSED] ORDER ALLOWING PLAINTIFFS ADDITIONAL PAGES FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

| | |
|---|---|
| AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-06787-AMO<br><br>Judge: Hon. Araceli Martinez-Olguin |

Pursuant to Local Rules 7-11 and 7-12, Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon (collectively, "Plaintiffs") and Defendants Block, Inc. and Cash App Investing, LLC (collectively, "Defendants" or "Cash App") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby agree to the following stipulation, allowing additional pages for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement as follows:

WHEREAS, on August 23, 2022, Plaintiff Salinas and Plaintiff Washington filed a class action lawsuit captioned *Salinas and Washington v. Block, Inc. and Cash App Investing, LLC*, No. 3:22-cv-04823-AMO (C.D. Cal.) (the "*Salinas* Action").

WHEREAS, on November 2, 2022, Plaintiff Gordon filed a class action lawsuit captioned *Gordon v. Block, Inc. and Cash App Investing, LLC*, No. 22-cv-6787 (N.D. Cal.) (the "*Gordon* Action").

WHEREAS, the *Salinas* Action and the *Gordon* Action contain multiple common issues of law and fact; thus, Plaintiffs filed a Motion to Consolidated on December 21, 2023 (ECF No. 71), which Defendants do not oppose (ECF No. 72). The Court has not yet issued an order on Plaintiffs' Motion to Consolidate.

WHEREAS, during the course of the litigation the Parties have extensively: (i) investigated the underlying claims; (ii) retained experts when needed; (iii) participated in three (3) mediation sessions; and (iv) participated in numerous conferences.

2

STIPULATION PURSUANT TO CIVIL L.R. 7-11 AND [PROPOSED] ORDER TO ALLOW ADDITIONAL PAGES FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

WHEREAS, through these extensive efforts, the Parties have entered into a Class Action Settlement Agreement which would resolve the claims asserted by Plaintiffs and the Class against Defendants in full, pending Court approval.

WHEREAS, Plaintiffs plan to file their Motion for Preliminary Approval of Class Action Settlement, but believe they need additional pages to adequately demonstrate that the Settlement meets the criteria Plaintiffs' are required to address under Federal Rule of Civil Procedure 23 and the Northern District of California's Procedural Guidance for Class Action Settlements. This is a highly unique settlement that will require extensive analysis under the applicable criteria.

WHEREAS, absent additional pages, Plaintiffs do not believe they will be able to adequately address the necessary criteria under Federal Rule of Civil Procedure 23 and the Northern District of California's Procedural Guidance for Class Action Settlements.

WHEREAS, in light of the foregoing, Plaintiffs and Defendants hereby stipulate that:

- Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall be no longer than 40 pages of text (not to include signature blocks, certificates, case caption, table of contents, table of authorities, or the notice of motion).

Date: February 23, 2024

/s/: William B. Federman
William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
Email:  wbf@federmanlaw.com

**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman (admitted *pro hac vice*)
Melissa Emert (admitted *pro hac vice*)
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com

STIPULATION PURSUANT TO CIVIL L.R. 7-11 AND [PROPOSED] ORDER TO ALLOW ADDITIONAL PAGES FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio (admitted *pro hac vice*)
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com

*Attorneys for Plaintiff and the Proposed Class*


 */s/: Aravind Swaminathan*
Aravind Swaminathan (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759
Email: aswaminathan@orrick.com

*Attorneys for Defendants Block Inc. and Cash App Investing LLC*

STIPULATION PURSUANT TO CIVIL L.R. 7-11 AND [PROPOSED] ORDER TO ALLOW ADDITIONAL PAGES FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, William B. Federman, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents, and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 23, 2024

>             */s/: William B. Federman*
>             William B. Federman (admitted *pro hac vice*)
>             **FEDERMAN & SHERWOOD**

5

STIPULATION PURSUANT TO CIVIL L.R. 7-11 AND [PROPOSED] ORDER TO ALLOW ADDITIONAL PAGES FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT