# EXHIBIT A

**Sender Email:** [Settlement Administrator Email Address]

**Sender Name:** Settlement Administrator

**Subject Line:** Notice of Class Action Settlement – *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC*

Notice ID:  [Notice ID number]
Confirmation Code:  [Confirmation code number]

### NOTICE OF CLASS ACTION SETTLEMENT

You may be eligible for cash payment from a class action settlement involving Block, Inc. and Cash App Investing, LLC but you need to act.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

**A court authorized this Notice**.

This is not spam, an advertisement, or a lawyer solicitation.

A settlement has been reached in a class action lawsuit against Block, Inc. ("Block") and Cash App Investing, LLC ("Cash App Investing") that alleges that Block and Cash App Investing were negligent and breached other obligations to users when a former Cash App Investing employee accessed account data without permission in 2022 and when an unauthorized user accessed certain Cash App accounts in 2023 using recycled phone numbers that were linked to the accounts. Plaintiffs further allege that Block and Cash App Investing were negligent and breached other obligations to users when they failed to implement appropriate controls to prevent unauthorized access to and use of Cash App accounts and when they mishandled and failed to adequately resolve customer complaints regarding unauthorized and unintended transactions.  Block and Cash App Investing contest these claims and deny that they did anything wrong.

This notice summarizes the proposed settlement. For the precise terms of the settlement, please see the settlement agreement available at www._____.com, by contacting class counsel at _____, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, [insert appropriate Court location here], between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

**ARE YOU INCLUDED?** You might be.  You are a member of the Settlement Class if you are a current or former customer of Block and/or Cash App Investing, or any of its affiliates, parents, or subsidiaries, and your personal information, Cash App account, or Cash App Investing account was accessed or obtained without your authorization, or if you otherwise had unauthorized, unintended or fraudulent withdrawals or transfers of funds to or from, or a deficiency in the resolution of an error in, a Cash App account or any linked financial account from August 23, 2018 through the date of this Notice.

**WHAT ARE THE SETTLEMENT BENEFITS?** Block and Cash App Investing have agreed to establish a Settlement Fund of $15,000,000.00. Settlement Class Members who submit a valid claim will be reimbursed for Out-of-Pocket Losses, Lost Time, and Transaction Losses. All attorneys' fees and costs will also be paid from the Settlement Fund.

**HOW CAN I FILE A CLAIM**?  The only way to file a claim is by filling out a Claim Form available if you:

- Visit the settlement website at www.XXXXXXXX.com or
- Call 1-XXX-XXX-XXXX.

All claims must be filed *before* Month Day, 2024.

**WHAT ARE MY OTHER OPTIONS?** If you do nothing and are a Settlement Class Member, you will remain in the Class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Block and/or Cash App Investing for the claims resolved by this Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by Month Day, 2024. If you stay in the Settlement, you may object to it by Month Day, 2024. A more detailed notice is available to explain how to exclude yourself or object. Please visit the settlement website below or call the phone number below for a copy of the more detailed notice.

**WHEN WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?** On Month Day, 2024, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees, costs, and expenses of [$$$] and a service award of [$$$] for each Plaintiff. The motion for attorneys' fees will be posted on the settlement website after it is filed. You or your own lawyer may ask to appear and speak at the hearing at your own cost, but you do not have to.

For more information, call or visit the website below.

| www.XXXXXXXX.com | 1-XXX-XXX-XXXX |

4137-3105-8252.6