ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
MICHELLE VISSER (STATE BAR NO. 277509)
mvisser@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 415 773 5700
Facsimile:	+1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-AMO<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Araceli Martínez-Olguín |

1  WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint in this action on
2  February 9, 2024;

3  WHEREAS, the current Case Management Conference in the consolidated cases was
4  adjourned to March 14, 2024 (ECF Doc. 70);

5  WHEREAS, the status of the case is that it has been settled in principle subject to the Court
6  preliminarily approving the settlement and notice plan and granting final approval at or after a Final
7  Approval Hearing;

8  WHEREAS, Plaintiffs has now filed an Unopposed Motion for Preliminary Approval of
9  Class Action Settlement and papers in support thereof on March 3, 2024;

10  WHEREAS, it would substantially conserve judicial resources and be in the interest of
11  judicial economy if both the hearing for the Motion for Preliminary Approval of Class Action
12  Settlement and the Case Management Conference were scheduled for the same day.

13  Plaintiffs and Defendants hereby stipulate, subject to the Court's approval, that:

- ~~The time and date for the parties to appear for the Case Management Conference currently scheduled for March 14, 2024 is adjourned to April 25, 2024 at 2:00 PM the same day and time as the hearing for the Motion for Preliminary Approval of Class Action Settlement,~~

- Case Management Conference and Motion for Preliminary Approval of Class Action Settlement scheduled for May 16, 2024 at 2:00 PM.

**IT IS SO STIPULATED.**

Dated: March 5, 2024

By: _____/s/ Michelle Visser_____
Michelle Visser
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants
Block Inc. and Cash App Investing LLC


By: _____/s/  Gary Graifman_____
Gary Graifman
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
Attorneys for Plaintiffs

STIPULATION AND [~~PROPOSED~~] ORDER
- 2 -    TO MODIFY CASE SCHEDULE
3:22-cv-4823-AMO

4135-3157-8191.1

**IT IS SO ORDERED.**

GRANTED

Judge Araceli Martinez-Olguin

March 6, 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA