**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *admitted hac vice*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Proposed Class*
*Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823<br><br>The Hon. Sallie Kim<br><br>**PLAINTIFFS' AMENDED NOTICE OF APPROVAL OF CLASS SETTLEMENT, PROVISIONAL CERTIFICATION OF NATIONWIDE SETTLEMENT CLASS, AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE TO SETTLEMENT CLASS**<br><br>Initial Scheduling Conference: April 22, 2024 |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on **April 22, 2024** at **1:30 p.m.** or as soon thereafter as the matter may be heard by the Honorable Magistrate Judge Sallie Kim of the United States District Court for the Northern District of California, San Francisco Division, located in Courtroom C – 15th Floor, at 450 Golden Gate Avenue, San Francisco, California, 94102, Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon, by their undersigned counsel of record, will and hereby do move for entry of an order:

(1) approving, for settlement purposes only, the certification of a Settlement Class defined as "All persons who are current or former customers of Defendants or any of Defendants' affiliates, parents, or subsidiaries and who had their Personal Information, Cash App account, or Cash App Investing account accessed or obtained without their authorization or who otherwise had unauthorized, unintended, or fraudulent withdrawals or transfers to or from, or alleged error in connection with, a Cash App or Cash App Investing account or any linked financial account in the period of four (4) years prior to the filing of the Salinas Complaint (which was filed on August 23, 2022) through the Notice Date."

(2) directing the dissemination of Class Notice in the form and manner set forth in the Class Action settlement Agreement dated February 16, 2024 ("Settlement or Settlement Agreement"); and

(3) setting a date for a Final Approval Hearing.

Plaintiffs' unopposed [Proposed] Order Granting Preliminary Approval of Class Action Settlement is hereby incorporated by reference from ECF No. 76-9.

**PLEASE ALSO TAKE NOTICE** that, after expiration of the time for Class Members to opt out or object, and upon the occurrence of the Final Approval Hearing, Plaintiffs will seek entry of a further order:

(1) granting final approval to the Settlement and entering judgment thereon;

(2) awarding a Service Award in the amount of $2,500 for each Class Representative; and

(3) awarding Attorneys' Fees and Expenses to Plaintiffs' Counsel in the amount of twenty-five percent of the total Settlement Amount.

This Motion is based on Federal Rule of Civil Procedure 23, this Amended Notice of Motion, the supporting Memorandum of Points and Authorities hereby incorporated by reference from ECF No. 76, the Emert Declaration hereby incorporated by reference from ECF No. 76-1, and the pleadings and papers on file in this action, and any other matter of which this Court may take judicial notice.

Dated: April 8, 2024                                         Respectfully submitted,

/s/    *Melissa R. Emert*
Melissa R. Emert (admitted *pro hac vice*)
Gary Graifman (admitted *pro hac vice*)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570

Nicholas A. Migliaccio (admitted *pro hac vice*)
Jason S. Rathod (admitted *pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Ph: 405-235-1560

Daniel E. Gustafson (admitted *pro hac vice*)
David A. Goodwin (admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com

Scott. D Hirsch (admitted *pro hac vice*)
**SCOTT HIRSCH LAW GROUP**
6810 N. State Road 7
Coconut Creek, FL 33073
(561) 569-7062
scott@scotthirschlawgroup.com

***Proposed Class Counsel***