**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod**,** *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE NO. 3:22-cv-04823<br><br>**JOINT ADMINISTRATIVE MOTION TO MODIFY DATES FOR SETTLEMENT DEADLINES**<br><br>LOCAL RULES 6-3 AND 7-11 |

Pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon ("Plaintiffs") and Defendants Block, Inc. and Cash App Investing, LLC ("Defendants" and, collectively with Plaintiffs "the Parties") jointly and respectfully request that the Court enter the modified settlement deadlines, including the date for the Final Approval Hearing, currently scheduled for November 18, 2024.

This joint motion is made in light of the nature and quantity of records produced by Defendants to the Settlement Administrator. Defendant complied with the Court's June 13, 2024, deadline to produce records to Angeion, the Settlement Administrator, to compile the Settlement Class List. Angeion has advised Counsel for the Parties that, due to the nature and volume of records produced by the Defendants, it will require additional time to process the records, which will in turn impact the Notice Date, as well as subsequent deadlines including the Final Approval Hearing. To provide sufficient time to analyze the records received and avoid further subsequent requests to modify the Settlement deadlines, the Parties respectfully request a one-month extension to the prior schedule as set forth below and in the attached Proposed Order:

|  |  |  |
| --- | --- | --- |
| Email Notice Date | July 18, 2024 | August 20, 2024 |
| Class Notice through Social Media and Public Press Releases | August 8, 2024 | September 10, 2024 |
| Deadline to Submit Claim Forms | October 15, 2024 | November 18, 2024 |
| Opt-Out Deadline | October 1, 2024 | November 1, 2024 |
| Objection Deadline | October 1, 2024 | November 1, 2024 |
| Deadline to Submit Motion for Attorneys' Fees, Costs and Service Payments | July 15, 2024 | August 15, 2024 |
| Final Approval Motion | October 11, 2024 | November 11, 2024 |
| Final Approval Hearing | November 18, 2024 | [To Be Determined] |

JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE
FINAL APPROVAL HEARING
CASE NO. 3:22-CV-04823

The Parties agree that the Proposed Order provides the appropriate amount of time to efficiently and cooperatively administer this matter, and to avoid subsequent additional revisions to the Settlement deadlines. Accordingly, the Parties respectfully request that the Court enter the attached Proposed Order.

Dated: July 9, 2024                                  Respectfully submitted,

iii

JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING
CASE NO. 3:22-cv-04823

| | |
|---|---|
| */s/ Michelle Visser*<br>MICHELLE VISSER (STATE BAR NO. 277509)<br>mvisser@orrick.com<br>ARAVIND SWAMINATHAN (admitted *pro hac vice*)<br>aswaminathan@orrick.com<br>REBECCA HARLOW (STATE BAR NO. 281931)<br>rharlow@orrick.com<br>THOMAS FU (STATE BAR NO. 325209)<br>tfu@orrick.com<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building 405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>***Attorneys for Defendants*** | */s/ Nicholas A. Migliaccio*<br>Nicholas A. Migliaccio (admitted *pro hac vice*)<br>Jason S. Rathod (admitted *pro hac vice*)<br>**MIGLIACCIO & RATHOD LLP**<br>412 H St. NE, Suite 302<br>Washington, D.C. 20002<br>Telephone: (202) 470-3520<br>nmigliaccio@classlawdc.com<br>jrathod@classlawdc.com<br><br>Melissa R. Emert (admitted *pro hac vice*)<br>Gary Graifman (admitted *pro hac vice*)<br>**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>Tel: (845) 356-2570<br><br>William B. Federman (admitted *pro hac vice*)<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>Ph: 405-235-1560<br><br>Daniel E. Gustafson (admitted *pro hac vice*)<br>David A. Goodwin (admitted *pro hac vice*)<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br><br>Scott D. Hirsch (admitted *pro hac vice*)<br>**SCOTT HIRSCH LAW GROUP**<br>6810 N. State Road 7<br>Coconut Creek, FL 33073<br>(561) 569-7062<br>scott@scotthirschlawgroup.com<br><br>***Settlement Class Counsel*** |

iv

JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING
CASE NO. 3:22-CV-04823