1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KANTROWITZ GOLDHAMER &
GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod**,** *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK, INC. and CASH APP INVESTING, LLC, <br><br> Defendants. | CASE No. 3:22-cv-04823-SK <br><br> Hon. Sallie Kim, U.S.M.J. <br><br> **DECLARATION OF NICHOLAS A. MIGLIACCIO IN SUPPORT OF JOINT MOTION TO MODIFY DATES FOR SETTLEMENT DEADLINES** <br><br> LOCAL RULES 6-3 AND 7-11 |

1    I, Nicholas A. Migliaccio, declare as follows:

2        1.      I have been admitted to this jurisdiction via *pro hac vice* application and am in good

3
4    standing. I am a partner in the firm Migliaccio & Rathod LLP, co-counsel for Plaintiffs Michelle

5    Salinas, Raymel Washington, and Amanda Gordon ("Plaintiffs") in this matter. I have personal

6    knowledge of the matters set forth herein, and could and would testify competently thereto if

7    called upon to do so.

8        2.      The Court granted preliminary approval of the Parties' Motion for Settlement and

9    established the Settlement deadlines on June 3, 2024 (Dkt. No. 96). The Parties jointly and

10   respectfully request that the Court enter the modified settlement deadlines set forth below, and

11
12   supply a new date for the Final Approval Hearing, currently scheduled for November 18, 2024.

13       3.      The joint motion is made in light of the nature and quantity of records produced by

14   Defendants to the Settlement Administrator. Defendant complied with the Court's June 13, 2024,

15   deadline to produce records to Angeion, the Settlement Administrator, to compile the Settlement

16   Class List. Angeion reported to Class Counsel that, due to the nature and volume of records

17   produced by the Defendants, it will require additional time to process the records, which will

18   impact the Notice Date, as well as subsequent deadlines including the Final Approval Hearing.

19       4.      To provide sufficient time to analyze the records received and avoid further requests

20
21   to modify the Settlement deadlines, the Parties respectfully request a one-month extension to the

22   prior schedule as set forth below and in the attached Proposed Order:

23

24                        **[PROPOSED] MODIFIED SETTLEMENT DEADLINES**

25

26

27

28

DECLARATION OF NICHOLAS A. MIGLIACCIO IN SUPPORT OF JOINT MOTION TO MODIFY DATES
FOR SETTLEMENT DEADLINES
CASE NO. 3:22-CV-04823

| EVENT | CURRENT DEADLINE | [PROPOSED] NEW DEADLINE |
|---|---|---|
| Email Notice Date | July 18, 2024 | August 20, 2024 |
| Class Notice through Social Media and Public Press Releases | August 8, 2024 | September 10, 2024 |
| Deadline to Submit Claim Forms | October 15, 2024 | November 18, 2024 |
| Opt-Out Deadline | October 1, 2024 | November 1, 2024 |
| Objection Deadline | October 1, 2024 | November 1, 2024 |
| Deadline to Submit Motion for Attorneys' Fees, Costs and Service Payments | July 15, 2024 | August 15, 2024 |
| Final Approval Motion | October 11, 2024 | November 11, 2024 |
| Final Approval Hearing | November 18, 2024 | To Be Determined |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of July, 2024.

/s/ Nicholas A. Migliaccio
Nicholas A. Migliaccio

DECLARATION OF NICHOLAS A. MIGLIACCIO IN SUPPORT OF JOINT MOTION TO MODIFY DATES FOR SETTLEMENT DEADLINES
CASE NO. 3:22-CV-04823