**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE No. 3:22-cv-04823-SK<br><br>Hon. Sallie Kim, U.S.M.J.<br><br>**ORDER MODIFYING DATES FOR SETTLEMENT DEADLINES** |

This matter comes before the Court on the parties' Joint Administrative Motion to Modify Dates for Settlement Deadlines. Having considered the Parties' motion and the papers filed in connection therewith, and good cause appearing, the Court hereby GRANTS the motion and ORDERS as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Email Notice Date | July 18, 2024 | August 20, 2024 |
| Class Notice through Social Media and Public Press Releases | August 8, 2024 | September 10, 2024 |
| Deadline to Submit Claim Forms | October 15, 2024 | November 18, 2024 |
| Opt-Out Deadline | October 1, 2024 | November 1, 2024 |
| Objection Deadline | October 1, 2024 | November 1, 2024 |
| Deadline to Submit Motion for Attorneys' Fees, Costs and Service Payments | July 15, 2024 | August 15, 2024 |
| Final Approval Motion | October 11, 2024 | November 11, 2024 |
| Final Approval Hearing | November 18, 2024 | December 16, 2024 |

**IT IS SO ORDERED.**

Dated: June 12, 2024

_____
HON. SALLIE KIM
United States Magistrate Judge