| | |
|---|---|
| **Subject** | Re: SUMMER IMPORTANT INFO #6 |
| **To:** | [LETITIA Slay <letitia_slay2000@yahoo.com>] |
| **From** | Shelby Lynne L. <ipop@nylatalent.com> |
| **Date:** | Thu, May 30, 2024 at 9:01 PM |

Please see the attached here verifying your refund was issued. Please let me know if your financial institution needs anything else.

**Shelby Lynne**
310.708.4673
NYLA Talent iPOP! Director
*iPOP! Studio of the Year 2018, 2021, 2022, 2023*
http://www.nylatalent.com
https://www.facebook.com/nylatalent/
https://www.instagram.com/nylatalent/



**RECEIVED**

**SEP 1 1 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CONFIDENTIALITY NOTICE:
This email, like all NYLA TALENT communication, is privileged and confidential and any documents, files or previous e-mail messages attached to it contains confidential information that is legally privileged. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you are not the addressee or responsible for the delivery of the message to the addressee, please notify us immediately, and then delete this email. If you are not the addressee does not forward, print, or copy any material in this email or any attachments it is strictly prohibited if you are not the addressee. If you have received this email in error please contact NYLA TALENT at shelbylynne@nylatalent.com

On Thu, May 30, 2024 at 3:01 PM Shelby Lynne L. <ipop@nylatalent.com> wrote:
Please see the transaction receipt attached. Your refund was issued on April 25th see also attached screenshot.

**Shelby Lynne**
310.708.4673
NYLA Talent iPOP! Director
*iPOP! Studio of the Year 2018, 2021, 2022, 2023*
http://www.nylatalent.com
https://www.facebook.com/nylatalent/
https://www.instagram.com/nylatalent/



CONFIDENTIALITY NOTICE:
This email, like all NYLA TALENT communication, is privileged and confidential and any documents, files or previous e-mail messages attached to it contains confidential information that is legally privileged. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you are not the addressee or responsible for the delivery of the message to the addressee, please

your stats.



Click here to review: Performer ID/Registration

**2. Extra Pass or Tickets (Due 5/15/24)**

- Additional Parent/Guest passes for the whole week are $1495 each.
- Additional Parent/Guest tickets for the Awards Dinner Gala are $300 each.
- Luncheon Tickets are $200 per person.

Banquet tickets are $300 each until May 15, 2024, then they are $400.00 each until June 28, 2024.
Banquet Dinner Tickets **(IF I HAVE ANY AVAILABLE)** at the event are $500.00 each.
**It is a catered event with dinner, awards, and a show, so seating is limited.**

VIP Luncheon tickets are $200.00 each until May 15, 2024, then they are $300.00 each until June 28, 2024.
Luncheon tickets **(IF I HAVE ANY AVAILABLE)** at the event are $400.00 each.
**It is a catered event with lunch, so seating is limited.**

3. **Please keep up with your training and payments.** I have sent out the registration for the training for this month. Be sure you register.

- **One-on-one sessions with Steve are still available but almost filled up. Please let me know if you want to register for a half-hour or a full-hour one-on-one before they fill up.**

5. **ALL final balances are due May 15, 2024 (without a late penalty of 10%)**

6. **Clothing for the event...**

## Actors:

### Monologue
Bright-solid-colored top (NO logos, NO prints, and NO designs).
A pair of Dark-colored jeans (not too tight nor too baggy, with no rips, bling, bedazzled, or crystals on it, and a skirt to the knee or longer is fine (**dark**).
A small polo pony on a Polo is fine.
**Bright colors are BRIGHT (think SKITTLES)!**

### Commercials
Bright-solid-colored top (NO logos, NO prints, and NO designs).
A pair of Dark-colored jeans (not too tight nor too baggy, with no rips, no bling, bedazzled, or crystals on it, and a skirt to the knee or longer is fine (**dark**).
A small polo pony on a Polo is fine.
**Bright colors are BRIGHT (think SKITTLES)!**

## Models:

### Runway
Trendy outfits, designs, patterns, and colors are acceptable.
Nothing you would wear to school or to church.
All outfits are to be sent to me with the performer in their outfit head to toe.
**NOT** on hangers nor a picture of an outfit online will be accepted.

### SELECTION APPROVAL BY ME IS REQUIRED!

If you need ideas on outfits please Google (age-appropriate) runway outfits, See the Welcome and Congratulations email links.

### Swimwear/Pajama
(4-12 years Pajama 13+ Swimwear)
All colors, designs, and patterns are acceptable.
Must cover all private areas (NO

### Self-Taping
**(ONLY IF YOU ARE REGISTERED FOR IT)**
Bright-solid-colored top (NO logos, NO prints, and NO designs).
A pair of Dark-colored jeans (not too tight nor too baggy, with no rips, no bling, bedazzled, or crystals on it, and a skirt to the knee or longer is fine (**dark**).
A small polo pony on a Polo is fine.
**Bright colors are BRIGHT (think SKITTLES)!**

**All Acting competitions must have dress shoes, heels, or tennis shoes.**

BRIGHT MEANS BRIGHT (THINK SKITTLES)
BE BRIGHT! BE CONFIDENT! BE YOURSELF!

---

### Dancers:
NO Costumes.
Flattering outfits are a must.
Colors, patterns, and or designs are acceptable.
**All dances are ONLY 45 seconds.
ABSOLUTELY NO LONGER, NOT EVEN :01 SECOND**

---

### Showcase Audition:
(June 28th time TBD)
Your monologue outfit!

---

### Daily Meetings:
Your competition outfit for that day.

---

### Awards Night:
THINK OSCARS, EMMYS, GRAMMYS!
Moms and female guests should wear **floor-length** gowns or suits.
Dads and male guests should wear a Suit.

---

### Bootcamps:

Bright-solid-colored top (NO logos, NO prints, and NO designs).
A pair of Dark-colored jeans (not too tight nor too baggy, with no rips, no bling, bedazzled, or crystals on it, and a skirt to the knee or longer is fine (**dark**).
A small polo pony on a Polo is fine.
**Bright colors are BRIGHT (think SKITTLES)!**

---

(thongs!!!)
Heels are preferred for those 13 and older
(Thin heels or high wedges are fine)
Boys 13 and older, no shirts and Speedos (bikini style or brief styles)
Girls may wear 1 piece or 2 pieces.
(MUST BE APPROVED)
All colors, patterns, and designs acceptable.
Wraps around the waste are acceptable.
Flip-flops are acceptable.

ALL RUNWAY AND SWIMWEAR OUTFITS MUST BE APPROVED BY ME BEFORE WE GET TO iPOP! NO LATER THAN JUNE 1ST.

BE BRIGHT! BE BOLD! HAVE FUN WITH PATTERNS AND COLORS! BE YOURSELF!

---

### Singers:
NO Costumes.
Flattering outfits are a must.
Colors, patterns, and or designs are acceptable.
**All songs are ONLY 45 seconds.
ABSOLUTELY NO LONGER, NOT EVEN :01 SECOND**

---

### Callbacks:
Your commercial outfit!

---

### Performer Overview:
Bright-solid-colored top (NO logos, NO prints, and NO designs).
A pair of Dark-colored jeans (not too tight nor too baggy, with no rips, no bling, bedazzled, or crystals on it, and a skirt to the knee or longer is fine (**dark**).
A small polo pony on a Polo is fine.
**Bright colors are BRIGHT (think SKITTLES)!**

**Select something BRIGHT that also shows off your personality!!!**

---

### Off time and 1st meeting on JUNE 28TH):

Bright-solid-colored top (NO logos, NO prints, and NO designs).
A pair of Dark-colored jeans (not too tight nor too baggy, with no rips, no bling, bedazzled, or crystals on it, and a skirt to the knee or longer is fine (**dark**).
A small polo pony on a Polo is fine.
**Bright colors are BRIGHT (think SKITTLES)!**



## Parent Meeting #3 Recording:

https://nylatalent.zoom.us/rec/share/KZ32_eJku1jq5et-
_iqYq4lcJWSzLKCLpDDe55c4dYh-
bVQOOlGW8FGOAUY2zKx2.nEqVjgMQeCkroHzz

**Passcode (case sensitive): kpmf3+21**

**Questions? Reach out to your director, Shelby-Lynne!**
**Quickest response (EMAIL):** ipop@nylatalent.com
**WhatsApp (M-F 8 AM PDT-5 PM PDT): 505.975.0582**

Visit our Website/Social Media

NYLA TALENT

NYLA Talent | 1149 N. Gower St., #200, Hollywood, CA 90038

**Shelby Lynne**
310.708.4673
NYLA Talent iPOP! Director
*iPOP! Studio of the Year 2018, 2021, 2022, 2023*
http://www.nylatalent.com
https://www.facebook.com/nylatalent/
https://www.instagram.com/nylatalent/



CONFIDENTIALITY NOTICE:
This email, like all NYLA TALENT communication, is privileged and confidential and any documents, files or previous e-mail messages attached to it contains confidential information that is legally privileged. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you are not the addressee or responsible for the delivery of the message to the addressee, please notify us immediately, and then delete this email. If you are not the addressee does not forward, print, or copy any material in this email or any attachments it is strictly prohibited if you are not the addressee. If you have received this email in error please contact NYLA TALENT at shelbylynne@nylatalent.com

--

Unsubscribe

969.1690

## Merchant: NYLA TALENT

1149 N Gower St #200
Los Angeles, CA 90038          (646)406-2062
US

Order Information

Description:        Letitia Slay
Order Number:                          P.O. Number:
Customer ID:                           Invoice Number:    ipop

Billing Information                    Shipping Information

United States
letitia_slay2000@yahoo.com

Shipping:        0.00
Tax:             0.00
Total:  USD (2,300.00)

Payment Information

Date/Time:              25-Apr-2024 10:07:42 PDT
Transaction ID:         120397596812
Reference Transaction ID:  120390369125
Transaction Type:       Refund
Transaction Status:     Refund/Pending Settlement
Authorization Code:
Payment Method:         Visa XXXX8009

4-26-24 - May 10th
4-27-24 - May 13th

Cash app #
Claim # 136794974
    Dispute. for $2300.
6.43 PM (4.48 PM) Mexico.

1-858-227-4267

Order Information

Description:          Letitia Slay
Order Number:                                    P.O. Number:
Customer ID:                                     Invoice Number:     ipop

**Billing Information**                          **Shipping Information**

United States
letitia_slay2000@yahoo.com

                                                              Shipping:
                                                                  Tax:
                                                 Total:  USD (2,3

Payment Information
Date/Time:               25-Apr-2024 10:07:42 PDT
Transaction ID:          120397596812
Reference Transaction ID: 120390369125
Transaction Type:        Refund
Transaction Status:      Refund
Authorization Code:
Payment Method:          Visa XXXX8009

FEE

**Iet**
Solution



TOOLS                    REPORTS                    TRANSACTION

# Transaction Confirmation

Transaction 120390369125 has been successfully ACCEPTED by the system.

Below is a summary:

Transaction ID: 120390369125
Payment Method: XXXX8009

Amount: 2,300.00
Customer Name:

View Printable Receipt
Enter a New Transaction

Note: Please do NOT click the browser's Back button to enter a new transaction.



15

N 82%

# Activity

🔍 Search transactions

diane   David   Darius   Breakd...   TikTok   Aflac

PENDING

**5 Pending Card Transactions**

COMPLETED

**Nyla Talent**
⚠ Declined                                   $2,300

**Diane**
For Actress on the move          ♡ $1,000

**David Bryant**
You replied 🤍                             + $1,100

$67        ▣        $        🔍        🕐

||| ◯ ⟨



## Payment Plan to:  NYLA Talent

**Name of Performer:** letitia slay

**Cardholder Name:** letitia slay

**Country:** united states of america

**Address:** 7260 patricia dr

**City:** columbia        **State:** sc        **Zip:** 29209

**Phone:** 6464776112        **Email:** letitia slay

**Credit Card:** ▓▓▓▓▓8009        .        **Exp:** 0128        **Code:** 369

Total to be paid on this card: $ 2900

|  | Date: | Amount: |  | Date: | Amount: |
|---|---|---|---|---|---|
| **Payment 1-Deposit** | 4/21/24 | 2300 | **Payment 6** |  |  |
| **Payment 2** | 5/15/24 | 600 | **Payment 7** |  |  |
| **Payment 3** |  |  | **Payment 8** |  |  |
| **Payment 4** |  |  | **Payment 9** |  |  |
| **Payment 5** |  |  | **Final Balance** |  |  |

All payments will be made to iPOP! member, NYLA Talent.  If not received within 3 days of the due date, you will be automatically charged a $50 penalty. By signing, you understand payments must be made as scheduled and are not based on whether or not you attend the convention and that you will be sent to collections if necessary. The contract is for admittance to the iPOP! event.

**Cardholder Signature:** _____ **Date:** 04/21/2024

④ Merchant-Youtube ⑤ apple.com bill ⑥
Google temporary hold ⑦ Google Wallet

⑧ Can't order new cards claims
Cve Still open (Still Investigating
May 16ᵗʰ

Salinas, et al. v. Block, Inc. and Cash App Investing, LLC

Case No. 22-cv-04823

District Court for the Northern District of California

MENU                                                                                    SUBMIT CLAIM

Need assistance?

# COMPLETE AND SIGN THIS FORM AND FILE ONLINE NO LATER THAN **NOVEMBER 18** OR FILE BY MAIL POSTMARKED **NOVEMBER 18, 2024**.

Privacy - Terms

*You must use this form to make a claim for an Out-of-Pocket Losses Payment, Lost Time Payment, or Transaction Losses Payment.*

You **must only** submit one claim form per person, even if you have multiple Cash App accounts.

Questions? Call (866) 615-9740 or email info@cashappsecuritysettlement.com

**Please add the email, *Confirmation@cashappsecuritysettlement.com*, to your contact list to ensure that future correspondence is delivered to your inbox.**

# Your Contact Information

You must use this form to make a claim for an Out-of-Pocket Losses Payment, Lost Time Payment, or Transaction Losses Payment. Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form. NOTE: The personal information you provide below will be processed only for purposes of effectuating the Settlement.

## * Required Fields

# First Name*

letitia

# Last Name*

slay

# Street Address 1*

7260 patricia dr,colum

# Street Address 2

00

# City*

Columbia

# State*

South Carolina

# Zip Code*

29209

# Country*

United States

# Email Address*

# Confirm Email Address*

letitia_slay2000@yahc          letitia_slay2000@yahc

Phone 1*                       Phone 2

646-477-6112                   646-477-6112

# Unique $Cashtag Identifier*

ⓘ You must only submit one claim form per person, even if you have multiple Cash App Accounts. If you have multiple Cash App Accounts, please list all of

your $Cashtags in the field below, separated by commas. Spaces are not allowed.

$snsunique   ×

# SETTLEMENT OVERVIEW

**For the precise terms of the settlement, please see the settlement agreement available on the** Important Documents **page.**

**Compensation for Out-of-Pocket Losses:**
Settlement Class Members who submit a valid and timely Claim Form are eligible to receive reimbursement of up to $2,500.00 per Settlement Class Member for Out-of-Pocket Losses that are fairly traceable to a Data Security Incident, an Unauthorized Account Event, or a deficiency in error resolution in connection with a Cash App or Cash App Investing account that occurred during the period of August 23, 2018 through August 20, 2024, and that have not already been reimbursed by Block, Cash App Investing, or a third party. These Losses may

include: (a) Costs associated with credit monitoring or identity theft insurance purchased directly by the Class Member; (b) Costs associated with requesting a credit report; (c) Costs associated with a credit freeze; (d) Costs associated with canceling a payment card and/or obtaining a replacement payment card; (e) Costs associated with closing a bank account and/or opening a new bank account; (f) Miscellaneous expenses such as postage fees, long-distance phone charges, express mail, and other incidental expenses; (g) Unrefunded overdraft and/or overdraft protection fees; and

(h) Unrefunded late and/or missed payment fees and/or charges. Out-of-Pocket Losses must have been incurred on or after August 23, 2018 and before August 20, 2024. You must submit documentation of the Out-of-Pocket Losses as part of your claim. This may include receipts or other documentation and may not be "self-prepared." "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but may be considered to add clarity or support to other submitted documentation.

**Compensation for Lost Time:** In addition to the Out-of-Pocket Losses Payment, Settlement Class Members who submit a valid and timely Claim Form may be eligible to receive reimbursement for Lost Time of up to three (3) hours at a rate of $25.00 per hour for time spent in response to a Data Security Incident or an Unauthorized Account Event or a deficiency in error resolution in connection with a Cash App or Cash App Investing account.

**Compensation for Transaction Losses:** Settlement Class Members who submit a valid and timely Claim Form, who experienced an

Unauthorized Account Event that resulted in a monetary loss that has not yet been reimbursed, which occurred during the period of August 23, 2018 through August 20, 2024, may be entitled to reimbursement for Transaction Losses. Class Members seeking reimbursement for Transaction Losses must provide one of the following: (a) documentation showing that they notified Defendants of the Unauthorized Account Event during the period of August 23, 2018 through August 20, 2024; or (b) documentation showing that they filed a police report concerning the Unauthorized

Account Event during the period of August 23, 2018 through August 20, 2024; or (c) documentation that the Settlement Administrator, in its sole discretion, determines is sufficient to demonstrate the occurrence of an Unauthorized Account Event during the period of August 23, 2018 through August 20, 2024.

# CLAIM INFORMATION

## Failure to provide all required information will result in your claim being rejected by the Settlement Administrator.

Were you sent a notice by Defendants that your information may have been impacted in a Data Security Incident that was disclosed in April 2022 or September 2023?* **Not eligible for this settlement.**

NO

Did you experience an Unauthorized Account Event in the form of an unauthorized, unintended, or fraudulent withdrawals from your Cash App or Cash App Investing account or any linked financial account which occurred between August 23, 2018 through and including July 18, 2024 which resulted in financial losses?*  **Not eligible for this settlement.**

NO

Did you spend time or incur cost as a result of Defendants' failure to properly resolve your claim of an unauthorized transaction in connection with your Cash App or Cash App Investing account?*

YĖS - (You may make a claim for Out-of-Pocket Losses,

# CLAIM FOR REIMBURSEMENT FOR OUT-OF-POCKET LOSSES PAYMENT

- ⬭ Costs associated with credit monitoring or identity theft insurance purchased as a result of a Data Security Incident or Unauthorized Account Event

- ⬭ Professional fees including attorneys' and accountants' fees, and fees for credit repair services

 Costs associated with requesting a credit report or freezing or unfreezing credit with any credit reporting agency

 Costs associated with canceling a payment card and/or obtaining a replacement payment card

Date of Cost Associated with Canceling a Payment Card and/or Obtaining a Replacement Payment Card

04/24/2024

# Amount of Cost Associated with Canceling a Payment Card and/or Obtaining a Replacement Payment Card

10.00

# Description of Expense or Money Spent and Supporting Documents Associated with Canceling a Payment Card and/or Obtaining a Replacement Payment Card

10.00 for replacement card I never received.

# Supporting Documentation

**Accepted file types are:** PDF, TIF, JPG, GIF, PNG. *Other file types will be rejected.*

**Please confirm in the grid below that your file has been successfully uploaded.**

Select File for Upload:

| Choose File | cashapp24 2.jfif |

File Description:

| cashapp | Add File |

**File List:** No Files Selected

1. **cashapp 3.jfif**(cash app)
2. **cashapp24 2.jfif**(cashapp)
3. **cashapp24.jfif**(cas)

◯ Costs associated with closing a bank account and/or opening a new bank account

◯ Unrefunded overdraft and/or overdraft protection fees

◯ Unrefunded late and/or missed payment fees and/or charges

 Miscellaneous expenses such as notary, data charges (if charged based on the amount of data used), fax, postage, copying, mileage, cell phone charges (only if charged by the minute), and long-distance telephone charges

# CLAIM FOR REIMBURSEMENT FOR LOST TIME PAYMENT

Lost Time

YES

Date of Loss Time

04/24/2024

## Amount of Time (Hours)

3 HOURS

## Description of Your Actions That Resulted in Lost Time

constantly kept calling and sending documents according to cash app reps,suprevisor.

# CLAIM FOR REIMBURSEMENT FOR TRANSACTION LOSSES PAYMENT

## Type of Account That Unauthorized Account Event Occurred

# Cash App Account

## Date of Unauthorized Account Event

04/24/2024

## Amount of Loss

2300

## Description of Required Documents You are Submitting to Substantiate Your Claim of an Unauthorized Account Event

It's the transaction document from the company.

# Supporting Documentation

**Accepted file types are:** PDF, TIF, JPG, GIF, PNG. *Other file types will be rejected.*

## Please confirm in the grid below that your file has been successfully uploaded.

Select File for Upload:

| Choose File | cashapp24.jfif |
|---|---|

File Description:

| cash app | |
|---|---|

**File List:** No Files Selected

1. **cashapp24.jfif**(cashapp)
2. **cashapp24 2.jfif**(cashapp 2)
3. **cashapp 3.jfif**(cashapp 3)

# Payment Selection

## Payment Options

You have successfully submitted your payment details.

# Certification & Signature

By submitting this Claim Form, I certify that I am a Settlement Class Member and am eligible to make a claim in this settlement and that the information provided in this Claim Form and any attachments is true and correct. I do hereby swear (or affirm), under penalty of perjury, that the information provided above is true and accurate to the best of my knowledge and that any cash compensation or benefits I am claiming are based on losses or expenses I reasonably believe, to the best of my knowledge, were incurred as a result of a covered Data

Security Incident or Unauthorized Account Event.

I understand that this claim may be subject to audit, verification, and Court review and that the Settlement Administrator may require supplementation of this claim or additional information from me. I also understand that all claim payments are subject to the availability of Settlement Funds and may be reduced, depending on the type of claim and the determinations of the Settlement Administrator.

| letitia slay | 8/24/2024, 8:24:22 / | |
|---|---|---|
| Signature* | Date | |



© 2024 | Privacy Policy | Version 3.2.2

# Nyla Talent

Los Angeles, CA

# $2,300.00

Apr 21 at 4:32 PM

Find messages, documents, photos or people   Advanced ⌄

← Back            📥 Archive    Move   🗑 Delete   🛡 Spam   • • •

letitia_slay2000@...

**letitiaslay50**            1

S  **Cash App**
   cash.app

**Inbox**

Unread

Starred

Drafts            186

Sent

Archive

Spam

Trash

⌃ Less

Dispute update [ ref:!00D5w07BcER.!5005w02QzaY1:ref ]            Yah

S  **Cash App Support** cash.app  ›
   **From:** emailsupport@cash.app
   **To:** Letitia_slay2000@yahoo.com

Thu, Jun 20 at

*6/20/24*
*CASE# 143573100*

Hi Letitia,

I am transferring your case to our Disputes team for review. You will receive an in-app not an email, and an updated status in the dispute details in your Cash App within 10 busine You can view that information in your Cash App by following these steps:

1. Tap the Activity icon

2. Select the Cash App Card transaction being disputed

| Views | Show |
| Folders | Hide |
| + New Folder | |
| 174.110.1.23 | |
| blackjack | |
| bus | |
| car shield | |
| Deleted Items | 4.8K |
| dwayne | |
| friends | |
| jobs | |
| jokes | |
| lady l photos | |
| lslsy | |
| Notes | |
| orders | |
| photocontest | |
| photos | 1 |

3. Tap the payment status for more dispute details

Please note that it may take up to 45 calendar days to review and resolve your claim.

We appreciate your patience through the claim process.

Rusell

Best regards

Cashapp Support

ref:!00D5w07BcER.!5005w02QzaY1:ref

  

Reply, Reply All or Forward