Gary S. Graifman (*Pro Hac Vice*)
Melissa Emert (*Pro Hac Vice*)
**KANTROWITZ, GOLDHAMER,
& GRAIFMAN, P.C.**
135 Chestnut Ridge Rd. Suite 200
Montvale, NJ 07645
(201) 391-7000; Fax (201) 307-1086
ggraifman@kgglaw.com
memert@kgglaw.com

Nicholas Migliaccio (*Pro Hac Vice*)
Jason Rathod (*Pro Hac Vice*)
**MIGLIACCIO & RATHOD LLP**
412 H St NE #302
Washington, D.C. 20002
(202) 474-9111; Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

William B. Federman (*Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560; Fax: (405)-239-2112
wbf@federmanlaw.com

*Co-Lead Counsel for the Proposed Class*

[Additional Counsel Listed on the Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No.: 3:22-cv-04823<br><br>**JOINT STIPULATION TO DISMISS MOTION TO INTEVENE**<br><br>Judge: Hon. Sallie Kim |

1. WHEREAS, Plaintiffs Michelle Salinas and Raymel Washington filed a Class Action Complaint in this matter on August 8, 2023;

2. WHEREAS, on February 9, 2024, Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon filed a Consolidated Class Action Complaint;

3. WHEREAS, the parties engaged in mediation sessions in October and November 2023 and continued arms-length settlement discussions thereafter;

4. WHEREAS, on March 3, 2024, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement;

5. WHEREAS, on June 3, 2024, Judge Sallie Kim issued an order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;

6. WHEREAS, on September 9, 2024, Curwood L. Price, a class member to this action, filed a Motion to Intervene in this matter, raising concerns over his ability to submit is claim in this matter;

7. WHEREAS, undersigned counsel contacted Mr. Price and addressed his concerns on how to submit his claim, rendering his Motion to Intervene moot.

MR. PRICE AND COUNSEL FOR PLAINTIFFS HEREBY STIPULATE AND AGREE, that Mr. Price's Motion to Intervene shall hereby be dismissed with prejudice.

Dated: September 23, 2024

| /s/Curwood L. Price | /s/David A. Goodwin |
|---|---|
| Curwood L. Price | Daniel E. Gustafson (admitted *pro hac vice*) |
| 14570 Greenfield Road, Apt. #253 | David A. Goodwin (admitted *pro hac vice*) |
| Detroit, MI 48226 | **GUSTAFSON GLUEK PLLC** |
| Tel: (313) 758-7860 | Canadian Pacific Plaza |
| Miimage24@gmail.com | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| **Class Member** | Tel: (612) 333-8844 |
| | dgustafson@gustafsongluek.com |
| | dgoodwin@gustafsongluek.com |

|   |   |
|---|---|
| 1 | Melissa R. Emert (admitted *pro hac vice*) |
| 2 | Gary Graifman (admitted *pro hac vice*) |
|   | **KANTROWITZ, GOLDHAMER** |
| 3 | **& GRAIFMAN, P.C.** |
|   | 135 Chestnut Ridge Road, Suite 200 |
| 4 | Montvale, NJ 07645 |
| 5 | Tel: (845) 356-2570 |

Melissa R. Emert (admitted *pro hac vice*)
Gary Graifman (admitted *pro hac vice*)
**KANTROWITZ, GOLDHAMER**
**& GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570

Nicholas A. Migliaccio (admitted *pro hac vice*)
Jason S. Rathod (admitted *pro hac vice*)
**MIGLICACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Ph: 405-235-1560

Scott. D Hirsch (admitted *pro hac vice*)
**SCOTT HIRSCH LAW GROUP**
6810 N. State Road 7
Coconut Creek, FL 33073
(561) 569-7062
scott@scotthirschlawgroup.com

*Attorneys for Plaintiffs*
*and the Putative Class*

- 2 -
JOINT STIPULATION TO DISMISS MOTION TO INTERVENE

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

I further certify that a copy of the foregoing was emailed to Curwood L. Price on September 23, 2024 at miimage24@gmail.com.

Dated: September 23, 2024                    /s/David A. Goodwin
                                             David A. Goodwin

- 3 -
JOINT STIPULATION TO DISMISS MOTION TO INTERVENE