# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No.: 3:22-cv-04823<br><br>**ORDER DISMISSING MOTION TO INTERVENE**<br><br>Judge: Hon. Sallie Kim |

Based upon the Stipulation, the Court hereby strikes the Motion to Intervene filed on September 9, 2024 (Dkt. 103) and thus VACATES the hearing set for October 21, 2024.

**IT IS SO ORDERED.**

Dated: September 24, 2024

_____
SALLIE KIM
United States Magistrate Judge