IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSISCO - DIVISION

JEROME CLARKE,
 THIRD PARTY PLAINTIFF,
SALINAS,
                PLAINTIFF,
        ET. AL.
        VS.

BLOCK INC., AND CASH APP.
INVESTING LLC,
                DEFENDANTS.

CASE # 22-CV-04823

FILED
OCT 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT

COMPLAINT - REQUEST TO INTERVENE AS AN THIRD PARTY PLAINTIFF, JEROME CLARKE, AND NOTICE OF CONSOLIDATE TO MOVE THE DISTRICT COURT TO CERTIFY CLASS ACTION TO THIRD PARTY PLAINTIFF JEROME CLARKE, IN THE ABOVE-STYLED CASE AND FURTHERMORE REQUEST THE DISTRICT COURT IN [ITS] ENTIRENTY, TO ENTERTAIN LEAVE TO THE THIRD PARTY PLAINTIFF, JEROME CLARKE, COMPLAINT OF INTER-VENTION.

(1.)

## I. STATEMENT OF CLAIM UNDERLYING FACTS IN SUPPORT OF THIRD PARTY PLAINTIFF COMPLAINT

PLAINTIFF STATES THE THE ORIGINAL COMPLAINT WAS SURROUNDED BY THE FACTS, THAT THE DEFENDANT(S) ILLEGALLY ACCESS THE PLAINTIFF'S FINANCIAL CASH APP. ACCOUNT(S) IN A WAY THAT VIOLATED STATUTE. AND TIMES THEREAFTER A SETTLEMENT AND DECREE ORDER WAS ENTERED IN THE CASE SEE: DISTRICT COURT'S COMPLETE AUTOMATED DOCKET.

PLAINTIFF ASSERT(S) ON DISCLOSURES THE DEFENDANT(S), HAS A $25,00.00. INSURED INVESTMENT IN A $10,000.00. T-Bill ON APPROXIMATE EVERYONE OF ITS CASH APP. USERS THROUGH ELECTRONICALLY ILLEGALLY ACCESSING THE PLAINTIFF'S FINANCIAL CASH APP. ACCOUNT(S) IN A WAY THAT VIOLATES STATUTE/TRANSFERRING DIVERTING ADVISING THE PLAINTIFF'S. MAKE A NEW CASH APP. ACCOUNT. WITHOUT THE PLAINTIFF'S HAVING THE OPPORTUNITY TO RECEIVE THE $25.00.00. INSURED AND INVESTED IN THE DEFENDANT(S) SHARE HOLDERS $10,000.00. T.BILL.

THE $25.00.00. THAT HAS BEEN TRANSFERRED-DIVERTED FROM THE PLAINTIFF'S CASH APP. FINANCIAL ACCOUNT(S).

## II. NOTICE OF CONSOLIDATE TO CERTIFY CLASS ACTION TO THIRD PARTY

PLAINTIFF GIVES NOTICE TO THE DEFENDANT(S) THAT

(2.)

THE PLAINTIFF STATES THAT RIPENESS INTENT HAS BEEN DEMONSTRATED BY A SPECIFIC PURSUED CONDUCT IN VIOLATION OF A CHALLENGED VIOLATION-STATUTE IN TERMS OF THE DEFENDANTS SURROUNDED BY THE ILLEGAL ACCESSING OF THE PLAINTIFF'S CASH APP. FINANCIAL ACCOUNT(S). SEE: RIVERSIDE V. MCLAUGHLIN, 500 U.S. 44, 111 S. Ct. 1661, 1667 (1991); SEE: ST. PAUL AREA CHAMBER OF COMMERCE V. GAERTNER, 439 F.3d 481, 487 (8TH CIR. 2006). IN PERTINENT PARTS "(RIPENESS WAS DEMONSTRATED BY A SPECIFIC INTENT TO PURSUE CONDUCT IN VIOLATION OF A CHALLENGED STATUTE)."

RESPECTFULLY SUBMITTED THIS 30TH DAY OF September 2024
Jerome Clarke
JEROME CLARKE

III.        RELIEF REQUESTED

PLAINTIFF REQUEST THE HONORABLE DISTRICT COURT AS AN ENFORCEMENT ORDER TO GRANT HIM THE RIGHT TO INTERVENE IN THE CLASS ACTION PROCEEDING CONSENT DECREE ENFORCEABLE BY AS A THIRD PARTY PLAINTIFF WHEREIN INVOLVING CLAIM(S) ARE "INHERENTLY TRANSITORY" SIMILARLY SITUATED INTENDED TO GIVE THE THIRD PARTY PLAINTIFF A LEGALLY BINDING AND ENFORCEABLE RIGHT TO THAT BENEFIT.

RESPECTFULLY SUBMITTED THIS 30TH DAY OF September 2024
Jerome Clarke
JEROME CLARKE

(3.)

## IV. STATEMENT OF DIVERSITY CITIZEN JURISDICTION

THE THIRD PARTY PLAINTIFF, JEROME CLARKE, STATES AND SHOWS THAT HE IS A CITIZEN OF THE STATE OF GEORGIA AND LOCALITY DOMICILE RESIDENCE AT CENTRAL STATE PRISON 4600 Fulton Mill ROAD MACON, GEORGIA 31208;

THE THIRD PARTY PLAINTIFF ALSO STATES AND SHOWS THAT THE DEFENDANT(S) BLOCK INC., AND CASH APP. INVESTING LLC ARE INCORPORATED CITIZEN OF THE STATE OF PENNSYLVANIA AND LOCALITY PRINCIPAL PLACE OF BUSINESS DOMICIL RESIDENCE AT 1650 ARCH STREET SUITE 2210 PHILADELPHIA, PENNSYLVANIA 19103.

WHEREFOR THE DISTRICT COURT RETAINED/CONFERRED VENUE AND JURISDICTION ARE PROPER OF THE ABOVE STYLED CASE.

## V. CONCLUSION

WHEREFOR THE THIRD PARTY PLAINTIFF REQUEST THAT HIS COMPLAINT BE CONSIDERED AS CERTIFIABLE - OBJECTIONABLE TO PROCEED WITH THIRD PARTY CLAIM(S).

RESPECTFULLY SUBMITTED THIS 30TH DAY OF September, 2024

_Jerome Clarke_
JEROME CLARKE

_Jerome Clarke_
SIGNATURE OF PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30th DAY OF Sept, 2024

_Adrian Fort_

[Notary Seal: ADRIAN FORT, MY COMMISSION EXPIRES OCTOBER 24 2027, BIBB COUNTY, GA, NOTARY PUBLIC]

(4.)

## CERTIFICATE OF SERVICE

I do hereby certifies that I has the undersign date served a true and correct copy of the within and foregoing (Third party complaint) prior to filing the same in the U.S. Mail system with adequate postages affixed thereto properly upon:

Respectfully submitted,
Jerome Clark
Jerome Clarke
GDC# 849597 J8-
Central State Prison
4600 Fulton Mill Road
Macon, Georgia 31208

Esq. Attorneys At Law
Block Inc., and Cash App.
Investing LLL
1650 Arch Street Suite 7210
Philadelphia, Pennsylvania 19103

This 30th day of September 2024

(I.)

MR. JEROME CLARKE
GDC#849259 K3 1B.
CENTRAL STATE PRISON
4600 FULTON MILL ROAD
MACON, GEORGIA 31208

9-30-24

**RECEIVED**
OCT 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING
U.S. COURTHOUSE 1300 CLAY STREET
SUITE 300
OAKLAND, CALIFORNIA 94612

DEAR CLERK,

PLEASE ENTER THE ENCLOSED THIRD PARTY COMPLAINT ON DOCKET PROVIDED BY LAW.

YOUR ATTENTION IN THIS MATTER IS OVERWHELMINGLY APPRECIATED.

SINCERELY YOURS,
Jerome Clark
/JEROME CLARKE

FIRST-CLASS MAIL
IMI
$005.54
10/03/2024 ZIP 31208
043M31257973
US POSTAGE

CERTIFIED MAIL

7017 1000 0000 9497 4740

RECEIVED
OCT 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. JEROME CLARKE
CDCR# 84959 K3, 4B-
CENTRAL STATE PRISON
4600 FULTON MILL ROAD
MACON, FLOR GA 31208

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING &
U.S. COURTHOUSE 4300 CLAY STREET
SUITE 300 (NOT 1300)
OAKLAND, CALIFORNIA

Not 1300 Clay #300

1301 Clay
Ste 400-S

CENTRAL STATE PRISON
4600 FULTON MILL RD  MACON, GA 31208

The enclosed letter was processed though special mailing procedures for Forwarding to you. The letter has been neither opened nor inspected. If the Writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to above address.