**RECEIVED**

**OCT 31 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

October 31, 2024

**For: District Court for the Northern District of California Presiding Judge in the Salinas, et al v. Block, Inc and Cash App Investing, LLC Case Number 22-cv-04823, Clerk of court, CashApp Security Settlement Administrator and Class Counsel,**

**Notice ID: CHA149314729**

**Confirmation Code: W7976749CfRP**

    I am writing this letter to inform you all that I am submitting a claim but I will also send a letter to the Northern District Court of California objecting to the settlement amount to be distributed per claimant of $2,500.

    I lost over $24,000 in not just expenses. My projected amount for start-up cost loss was due to breach of secured financial account information, fraud occurring from the banks and telephone carrier provider are also liable for lack of investigations, (Patelco Credit Union) is also liable in this case as well in my opinion.

    **Here is a brief summary of my claim/case. My start-up company was effected by businesses because of fraud, etc. before launch or starting operations there is a minimum liability award or compensation of $25,000. Called LLC and owner Noah Battle encountered losses due to the fraud, hacking and identity theft effecting my credit and ability to seek business loans or business credit line. I have losses on my tax return; the start-up company I established on 4/20/2023 with the State of California never fully incorporated due to the breach of information by this CashApp employee.** *My projected revenue for my business which is Taxi-Top mobile advertising was projected at $72,000 by launch of September 2023 or October 2023 estimated at $72,000 with 10-20 accounts and two fleets which is double the amount of losses from expenses, fraud and credit repair reporting time spent to get financing for my business back on track that was compromised from hacking of accounts by way of recycled phone numbers used with (T-mobile/Metro cellphones) by way of CashApp fraud activities linked to my Patelco Credit Union Account. Fraud and Identity Thefts began from March 2023-July 2024 which effected* **my personal credit score in March 2023 that was at 720. After March 2023 it began to plummet due to the fraud and breach of linked banking information illegally leaked from CashApp employee and syndicated people involved in the scams.**

    I will submit what I have for the claim which will include IdentityTheft documents. All the Cash App statements from Cash App from the year February 2023-July 2024 and transactions where the hacking, fraud and identity theft began. My business plan for CalledLLC. Also, I have to submit a supplemental Police Report attachment which includes people I believe involved in the fraud activities linked to recycled phone numbers, all the necessary bank statements from Patelco Credit Union, my ArbiterSports account

1

statements or W-2s to do a complete total of how much was stolen from my account(s) linked to *Patelco Credit Union which has altered my credit scores significantly and put a major setback in the development and start-up and launch date for CALLED LLC*. So stayed tuned for submission of further documentation supporting my claim before the deadline of November 18th, 2024.

**Lastly,** I am asking to be able to speak in the hearing to ask for a higher claimant award than the $2,500 because more was lost and there is a minimum to be considered for the breach of should be secured banking financial information and there includes many other violations included with this Class Action filing on December 16th, 2024 at 0930am. I live in Emeryville, California and can make it to the court on that day or via virtual.


**Thank you for your legal assistance for this case,**

*Noah Battle*

**Noah Battle**
**CalledLLC Founder**
**(510) 934-5270**