**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE NO. 3:22-cv-04823<br><br>**JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING** |

Pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon ("Plaintiffs") and Defendants Block, Inc. and Cash App Investing, LLC ("Defendants" and, collectively with Plaintiffs "the Parties") jointly and respectfully request that the Court extend certain interim dates detailed in the Order Modifying Date For Settlement Deadlines (Docket No. 99), and continue the hearing date for the Parties' pending Motion for Final Approval. The Parties, by and through undersigned counsel, jointly move the Court to enter the below modified dates and deadlines in the above-captioned manner. As detailed below, there is good cause to enter the modified schedule in light of the claims review process, which will take longer than expected due to the volume of the claims submitted.  The claims process in this action  requires review by the Claims Administrator of a substantial volume of claims that include  documentary support.  To provide sufficient time to work toward an understanding of the claims submitted prior to the final approval hearing and the submissions made in connection with that hearing, the Parties request a thirty-one (31) day extension to the deadline for the Final Approval Motion and twenty-eight (28) day continuance of the Final Approval Hearing.  The Parties will update the Court if, as the claims review process progresses, it appears additional time may be warranted.  In addition, the Parties propose extending the objection and opt-out deadlines by seventeen (17) days, to correspond with the claim form deadline.

| EVENT | CURRENT DEADLINE | [PROPOSED] NEW DEADLINE |
|---|---|---|
| Deadline to Submit Claim Forms | November 18, 2024 | November 18, 2024 |
| Opt-Out Deadline | November 1, 2024 | November 18, 2024 |
| Objection Deadline | November 1, 2024 | November 18, 2024 |
| Final Approval Motion | November 11, 2024 | December 12, 2025 |
| Final Approval Hearing | December 16, 2024 | January 13, 2025 |

Dated: November 1, 2024                                      Respectfully submitted,

| | |
|---|---|
| */s/ Aravind Swaminathan* | /s/ *Nicholas A. Migliaccio* |
| ARAVIND SWAMINATHAN (admitted pro hac vice) | Nicholas A. Migliaccio (admitted pro hac vice) |
| aswaminathan@orrick.com | Jason S. Rathod (admitted pro hac vice) |
| MICHELLE VISSER (STATE BAR NO. 277509) | **MIGLICACCIO & RATHOD LLP** |
| mvisser@orrick.com | 412 H St NE, Suite 302 |
| REBECCA HARLOW (STATE BAR NO. 281931) | Washington DC 20002 |
| rharlow@orrick.com | Telephone (202) 470-3520 |
| THOMAS FU (STATE BAR NO. 325209) | nmigliaccio@classlawdc.com |
| tfu@orrick.com | jrathod@classlawdc.com |
| **ORRICK, HERRINGTON & SUTCLIFFE LLP** | |
| The Orrick Building 405 Howard Street | Melissa R. Emert (admitted pro hac vice) |
| San Francisco, CA 94105-2669 | Gary Graifman (admitted pro hac vice) |
| Telephone: +1 415 773 5700 | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.** |
| Facsimile: +1 415 773 5759 | 135 Chestnut Ridge Road, Suite 200 |
| | Montvale, NJ 07645 |
| | Tel: (845) 356-2570 |
| | |
| | William B. Federman (admitted pro hac vice) |
| | **FEDERMAN & SHERWOOD** |
| | 10205 N. Pennsylvania Ave. |
| | Oklahoma City, OK 73120 |
| | Ph: 405-235-1560 |
| | |
| | Daniel E. Gustafson (admitted pro hac vice) |
| | David A. Goodwin (admitted pro hac vice) |
| | Mary M. Nikolai (admitted pro hac vice) |
| | **GUSTAFSON GLUEK PLLC** |
| | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| | Tel: (612) 333-8844 |
| | dgustafson@gustafsongluek.com |
| | dgoodwin@gustafsongluek.com |
| | mnikolai@gustafsongluek.com |
| | |
| | Scott. D Hirsch (admitted pro hac vice) |
| | SCOTT HIRSCH LAW GROUP |
| | 6810 N. State Road 7 |
| | Coconut Creek, FL 33073 |
| | (561) 569-7062 |
| | scott@scotthirschlawgroup.com |

*Settlement Class Counsel*