**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod**,** *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE No. 3:22-cv-04823-SK<br><br>Hon. Sallie Kim, U.S.M.J.<br><br>**DECLARATION OF NICHOLAS A. MIGLIACCIO IN SUPPORT OF JOINT MOTION TO MODIFY DATES FOR FINAL APPROVAL HEARING**<br><br>LOCAL RULES 6-3 AND 7-11 |

I, Nicholas A. Migliaccio, declare as follows:

1.      I have been admitted to this jurisdiction via *pro hac vice* application and am in good standing. I am a partner in the firm Migliaccio & Rathod LLP, co-counsel for Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon ("Plaintiffs") in this matter. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2.      On July 12, 2024 the Court entered an order modifying dates for settlement deadlines (Docket No. 99). The Parties jointly and respectfully request that the Court extend the hearing date for the Parties' forthcoming Motion for Final Approval as set forth below.  The Final Approval Hearing is currently scheduled for December 16, 2024.  The Parties also jointly and respectfully request extension of the deadline for filing of the Motion for Final Approval and the deadlines for objections and opt-outs, as reflected in the chart below.

3.      The joint motion is made considering the claims review process that will take longer than anticipated due to volume of claims submitted.    The claims process in this action requires a review by the Claims Administrator of a substantial volume of claims that include documentary support for the claim.

4.      To provide sufficient time to work toward an understanding of the claims submitted prior to the final approval hearing and the submissions made in connection with that hearing, the Parties request a thirty-one (31) day extension to the deadline for the Final Approval Motion and twenty-eight (28) day continuance of the Final Approval Hearing.  The Parties will update the Court if, as the claims review process progresses, it appears additional time may be warranted.

5.      In addition, the Parties propose extending the objection and opt-out deadlines by seventeen (17) days, to correspond with the claim form deadline.

| EVENT | CURRENT DEADLINE | [PROPOSED] NEW DEADLINE |
|---|---|---|
| Deadline to Submit Claim Forms | November 18, 2024 | November 18, 2024 |
| Opt-Out Deadline | November 1, 2024 | November 18, 2024 |
| Objection Deadline | November 1, 2024 | November 18, 2024 |
| Final Approval Motion | November 11, 2024 | December 12, 2024 |
| Final Approval Hearing | December 16, 2024 | January 13, 2025 |

1

2          I declare under penalty of perjury that the foregoing is true and correct. Executed on this

3    1st day of November, 2024.

4

5                              /s/ Nicholas A. Migliaccio
                               Nicholas A. Migliaccio

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28