**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE No. 3:22-cv-04823-SK<br><br>Hon. Sallie Kim, U.S.M.J.<br><br>**[PROPOSED] ORDER MODIFYING DATES FOR FINAL APPROVAL HEARING** |

1
2
3
4
5

This matter comes before the Court on the parties' Joint Administrative Motion to Extend Settlement Deadlines and to Reschedule Final Approval Hearing. Having considered the Parties' motion and the papers filed in connection therewith, and good cause appearing, the Court hereby GRANTS the motion and ORDERS as follows:

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to Submit Claim Forms | November 18, 2024 | November 18, 2024 |
| Opt-Out Deadline | November 1, 2024 | November 18, 2024 |
| Objection Deadline | November 1, 2024 | November 18, 2024 |
| Final Approval Motion | November 11, 2024 | December 12, 2024 |
| Final Approval Hearing | December 16, 2024 | January 13, 2025 |

[PROPOSED] ORDER MODIFYING DATES FOR SETTLEMENT DEADLINES;
CASE NO. 3:22-CV-04823

**IT IS SO ORDERED.**
Dated: November____, 2024

                                    HON. SALLIE KIM
                                  United States Magistrate Judge