United States District Court Northern District of California

450 Golden Gate Avenue San Francisco, CA 94102

**FILED**

NOV -5 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CASE NO. 3:22-cv-04823

Subject: Concerns Regarding Claims Processing

Dear COURT and JUDGE OVERSEEING ABOVE CASE,

I hope this letter finds you well. My name is Justin R. Allen, residing at 1460 E Bell Rd, Apt #2070, Phoenix, AZ, 85022. I am writing to bring to your attention some concerns regarding the claims processing for the CashApp settlement.

I submitted a claim on November 2, 2024, at 8:11 AM via the **CashAppSettlement.com** website. However, I did not receive any confirmation of my submission, which raises concerns about the potential for identity theft within the settlement administration tasked with processing these claims. I have taken screenshots of my submission as evidence.

Additionally, I was never directly notified about this settlement and only learned of it through a news broadcast. This raises questions about whether all affected individuals were properly informed and able to file their claims.

I kindly request that the court investigates the administration of this settlement to ensure that the correct victims were notified and can file their claims appropriately. Please verify receipt of this letter and contact me at                          or 602-815-2434.

Thank you for your attention to this matter.

Sincerely,

Justin R. Allen

United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102



Justin R Dillon
1460 E. Bell RD #2070
Phoenix, Az 85022

PHOENIX AZ 852
2 NOV 2024 PM 5 L



RECEIVED
NOV 05 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-366199



**DOCUMENT BILLING NOTICE**

When you send us a check as payment, you authorize us to clear your check electronically.
If you usually get your checks back with your statement, you will not receive this check back.
If you have any questions, please contact Customer Service at 800-922-8228.

• Insert the remittance ... window?

Save with AAA Discounts & Rewards®
at thousands of hotels, attractions,
and retailers in-store and online.

Find your savings at
AAA.com/Discounts.