**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE NO. 3:22-cv-04823<br><br>Hon. Sallie Kim, U.S.M.J.<br><br>**REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING**<br><br>LOCAL RULES 6-3 AND 7-11 |

Pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon (collectively, "Plaintiffs") and Defendants Block, Inc. and Cash App Investing, LLC ("Defendants" and, together with Plaintiffs "the Parties") jointly and respectfully submit this Revised Joint Administrative Motion to Extend Settlement Deadlines and to Reschedule Final Approval Hearing[1] and request that the Court extend the deadlines as set forth below (the "Modified Schedule"):

| EVENT | CURRENT DEADLINE | [PROPOSED] NEW DEADLINE |
|---|---|---|
| Deadline to Submit Claim Forms | November 18, 2024 | November 18, 2024 |
| Opt-Out Deadline | November 1, 2024 | November 18, 2024 |
| Objection Deadline | November 1, 2024 | November 18, 2024 |
| Final Approval Motion | November 11, 2024 | December 12, 2024 |
| Final Approval Hearing | December 16, 2024 | January 13, 2025 |

Good cause exists to enter the Modified Schedule. The extensions are necessary because the Parties were notified by the Claims Administrator—Angeion Group—that the claims review process for this Settlement will take longer than initially anticipated due to the volume of claims submitted. (Declaration of William B. Federman, ¶ 4 (attached hereto as Ex. 1)). As part of the claims review process, the Claims Administrator will review every claim, including documentation

---

[1] This Revised Motion is submitted in response to the Court's Order Denying Administrative Motion Without Prejudice (ECF No. 113), instructing the Parties to indicate how they intend to provide notice to the Class of their proposed changes.

supporting the claims where applicable, to determine each claim's validity. (*Id.*). By providing the Claims Administrator with more time to review the claims submitted, the Parties are hopeful this will allow the Claims Administrator to provide a more detailed claims analysis to the Court by the date of the Final Approval Hearing. (*Id.* ¶ 5).

The Class was notified of requested deadline extensions through updates to the Settlement Website,[2] pictured below:

**Important Dates**

**November 18, 2024**
Claim Deadline

**November 1, 2024** *(extension to November 18, 2024 pending Court approval)*
Exclusion Deadline

**November 1, 2024** *(extension to November 18, 2024 pending Court approval)*
Objection Deadline

**December 16, 2024 at 9:30 AM PST** *(extension to January 13, 2025 pending Court approval)*
Final Approval Hearing

The Long Form Notice that the Court approved, as well as a supplemental notice to Class Members who submitted claims that was sent between October 28, 2024, and October 30, 2024, instructed Class Members to check the Settlement Website, https://www.cashappsecuritysettlement.com/home, for potential date changes. (*Id.* ¶ 6). The website will be further updated if the requested extensions are granted. (*Id.*).

---

[2] https://www.cashappsecuritysettlement.com/.

The Parties will continue to update the Court if, as the claims review process progresses, it appears additional time may be warranted. (*Id.* ¶ 7).

WHEREFORE, for the reasons set forth above, the Parties respectfully request the Court extend the deadlines requested above.[3]

Dated: November 6, 2024                                              Respectfully submitted,

| | |
|---|---|
| */s/ Aravind Swaminathan* | /s/ William B. Federman |
| Aravind Swaminathan | William B. Federman (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | **FEDERMAN & SHERWOOD** |
| aswaminathan@orrick.com | 10205 N. Pennsylvania Ave. |
| Michelle Visser | Oklahoma City, OK 73120 |
| (State Bar No. 277509) | Ph: 405-235-1560 |
| mvisser@orrick.com | E:wbf@federmanlaw.com |
| Rebecca Harlow | |
| (State Bar No. 281931) | Nicholas A. Migliaccio (admitted *pro hac vice*) |
| rharlow@orrick.com | Jason S. Rathod (admitted *pro hac vice*) |
| Thomas Fu | **MIGLICACCIO & RATHOD LLP** |
| (STATE BAR NO. 325209) | 412 H St NE, Suite 302 |
| tfu@orrick.com | Washington DC 20002 |
| **ORRICK, HERRINGTON & SUTCLIFFE LLP** | Telephone (202) 470-3520 |
| | nmigliaccio@classlawdc.com |
| The Orrick Building 405 Howard Street | jrathod@classlawdc.com |
| San Francisco, CA 94105-2669 | |
| Telephone: +1 415 773 5700 | Melissa R. Emert (admitted *pro hac vice*) |
| Facsimile: +1 415 773 5759 | Gary Graifman (admitted *pro hac vice*) |
| | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.** |
| **Counsel for Defendants** | 135 Chestnut Ridge Road, Suite 200 |
| | Montvale, NJ 07645 |
| | Tel: (845) 356-2570 |
| | |
| | Daniel E. Gustafson (admitted *pro hac vice*) |
| | David A. Goodwin (admitted *pro hac vice*) |
| | Mary M. Nikolai (admitted *pro hac vice*) |
| | **GUSTAFSON GLUEK PLLC** |
| | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| | Tel: (612) 333-8844 |

---

[3] The Parties will email a proposed order granting the relief requested herein in Microsoft Word format and a copy of this Motion to the Court.

3

REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING
CASE NO. 3:22-CV-04823

dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com

Scott. D Hirsch (admitted *pro hac vice*)
SCOTT HIRSCH LAW GROUP
6810 N. State Road 7
Coconut Creek, FL 33073
(561) 569-7062
scott@scotthirschlawgroup.com

*Settlement Class Counsel*

### ATTESTATION RE ELECTRONIC SIGNATURES

I, William B. Federman, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents, and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 6, 2024

/s/: William B. Federman