# EXHIBIT 1

4163-9048-4820.2

**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod**,** *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Proposed Class Counsel*
*Additional Propose Class*
*Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE No. 3:22-cv-04823-SK<br><br>Hon. Sallie Kim, U.S.M.J.<br><br>**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING**<br><br>LOCAL RULES 6-3 AND 7-11 |

DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING
Case No. 3:22-cv-04823

4163-9048-4820.2

I, **William B. Federman**, declare under the penalty of perjury as follows:

1. I am admitted to practice in this jurisdiction via *pro hac vice* application and am in good standing. I am a partner of the firm Federman & Sherwood, co-counsel for Plaintiffs Michelle Salinas, Raymel Washington, and Amanda Gordon (collectively, "Plaintiffs") in the above-captioned matter. I have personal knowledge of the matters set forth herein and could testify competently thereto if called upon to do so.

2. On July 12, 2024, the Court entered an order modifying dates for settlement deadlines. (ECF No. 99).

3. Now, the Parties jointly and respectfully request that the Court extend the following deadlines as set forth below:

| EVENT | CURRENT DEADLINE | [PROPOSED] NEW DEADLINE |
|---|---|---|
| Deadline to Submit Claim Forms | November 18, 2024 | November 18, 2024 |
| Opt-Out Deadline | November 1, 2024 | November 18, 2024 |
| Objection Deadline | November 1, 2024 | November 18, 2024 |
| Final Approval Motion | November 11, 2024 | December 12, 2024 |
| Final Approval Hearing | December 16, 2024 | January 13, 2025 |

4. The extensions are necessary because the Parties were notified by the Claims Administrator—Angeion Group—that the claims review process for this Settlement will take longer

---

DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING
CASE NO. 3:22-CV-04823

4163-9048-4820.2

than initially anticipated due to the volume of claims submitted. As part of the claims review process, the Claims Administrator will review every claim, including documentation supporting the claims where applicable, to determine each claim's validity.

5.  By providing the Claims Administrator with more time to review the claims submitted, the Parties are hopeful this will allow the Claims Administrator to provide a more detailed claims analysis to the Court by the date of the Final Approval Hearing.

6.  The Class was notified of requested deadline extensions through updates to the Settlement Website (pictured below).[1] The Long Form Notice that the Court approved, as well as a supplemental notice to Class Members who submitted claims that was sent between October 28, 2024, and October 30, 2024, instructed Class Members to check the Settlement Website for potential date changes. The website will be further updated if the requested extensions are granted.

**Important Dates**

**November 18, 2024**
Claim Deadline

**November 1, 2024** *(extension to November 18, 2024 pending Court approval)*
Exclusion Deadline

**November 1, 2024** *(extension to November 18, 2024 pending Court approval)*
Objection Deadline

**December 16, 2024 at 9:30 AM PST** *(extension to January 13, 2025 pending Court approval)*
Final Approval Hearing

---

[1] https://www.cashappsecuritysettlement.com/.

DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING
CASE NO. 3:22-cv-04823

4163-9048-4820.2

7. The Parties will update the Court if, as the claims review process progresses, it appears additional time may be warranted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2024.

*/s/ William B. Federman*
William B. Federman

DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING
CASE NO. 3:22-CV-04823

4163-9048-4820.2