1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br><div align="center">Plaintiffs,</div><br><div align="center">v.</div><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br><div align="center">Defendants.</div> | CASE NO. 3:22-cv-04823<br><br>**[PROPOSED] ORDER GRANTING REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING** |

9
10
11
12
13
14
15
16

WHEREFORE, this matter comes before the Court on the Parties' Revised Joint
Administrative Motion to Extend Settlement Deadlines and to Reschedule Final Approval Hearing
(the "Motion"). Having considered the Motion and accompanying documents and good cause
appearing, the Court hereby GRANTS the Motion and ORDERS the Settlement deadlines and Final
Approval Hearing be extended and rescheduled as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to Submit Claim Forms | November 18, 2024 | November 18, 2024 |
| Opt-Out Deadline | November 1, 2024 | November 18, 2024 |

17
18
19
20
21
22
23
24
25
26
27
28

| Objection Deadline | November 1, 2024 | November 18, 2024 |
| Final Approval Motion | November 11, 2024 | December 12, 2024 |
| Final Approval Hearing | December 16, 2024 | January 13, 2025 |

Date: _____

_____
HON. MAGISTRATE JUDGE SALLIE KIM