# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | CASE NO. 3:22-cv-04823<br><br>**ORDER GRANTING REVISED JOINT ADMINISTRATIVE MOTION TO EXTEND SETTLEMENT DEADLINES AND TO RESCHEDULE FINAL APPROVAL HEARING** |

Pursuant the parties' stipulation as modified, the Court HEREBY CONTINUES the following deadlines and hearing as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to Submit Claim Forms | November 18, 2024 | November 18, 2024 |
| Opt-Out Deadline | November 1, 2024 | November 18, 2024 |
| Objection Deadline | November 1, 2024 | November 18, 2024 |

| | | |
|---|---|---|
| Final Approval Motion | November 11, 2024 | December 9, 2024 |
| Hearing on Motions for Attorneys' Fees and Service Awards and for Final Approval | December 16, 2024 | January 13, 2025 |

The Court FURTHER ORDERS that by no later than November 12, 2024, the parties shall email notice of this schedule change to all class members for whom they have valid email addresses. The parties shall file a proof of notice by no later than November 15, 2024.

**IT IS SO ORDERED.**

Dated: November 7, 2024



_____
HON. MAGISTRATE JUDGE SALLIE KIM