*22-4823*
*SK*

**Cashappsecuritysettlement Donotreply**

**Notice of Class Action Settlement – Salinas, et al. v. Block, Inc. and Cash App Investing, LLC**
Aol/Old Mail

**Cash App Security Settlement Administrator**

From:donotreply@cashappsecuritysettlement.com

To:niceberg206@aol.com

Fri, Aug 9 at 4:03 PM

## Notice ID: CHA217858887
## Confirmation Code: xC3p76477PPe

*APPLICATION IS ATTACHED →*

<u>NOTICE OF CLASS ACTION SETTLEMENT</u>

You may be eligible for cash payment from a class action settlement involving
Block, Inc. and Cash App Investing, LLC but you need to act.
*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A court authorized this Notice.
This is not spam, an advertisement, or a lawyer solicitation.

A settlement has been reached in a class action lawsuit against Block, Inc. ("Block") and Cash App Investing, LLC ("Cash App Investing") that alleges that Block and Cash App Investing were negligent and breached other obligations to users when a former Cash App Investing employee accessed account data without permission in 2022 and when an unauthorized user accessed certain Cash App accounts in 2023 using recycled phone numbers that were linked to the accounts. Plaintiffs further allege that Block and Cash App Investing were negligent and breached other obligations to users

when they failed to implement appropriate controls to prevent unauthorized access to and use of Cash App accounts and when they mishandled and failed to adequately resolve customer complaints regarding unauthorized and unintended transactions. Block and Cash App Investing contest these claims and deny that they did anything wrong.

This notice summarizes the proposed settlement. For the precise terms of the settlement, please see the settlement agreement available at www.cashappsecuritysettlement.com, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, United States, 450 Golden Gate Avenue, San Francisco, CA 94102-3489, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. If you have any questions contact class counsel at Gary S. Graifman - Kantrowitz, Goldhamer & Graifman, P.C., cashappsettlement@kgglaw.com, Nicholas Migliaccio - Migliaccio & Rathod LLP, info@classlawdc.com and William B. Federman - Federman & Sherwood, info@federmanlaw.com

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

Are You Included? You might be. You are a member of the Settlement Class if you are a current or former customer of Block and/or Cash App Investing, or any of its affiliates, parents, or subsidiaries, and your personal information, Cash App account, or Cash App Investing account was accessed or obtained without your authorization, or if you otherwise had unauthorized, unintended or fraudulent withdrawals or transfers of funds to or from, or a deficiency in the resolution of an error in, a Cash App account or any linked financial account from August 23, 2018 through the date of this Notice.

What Are the Settlement Benefits? Block and Cash App Investing have agreed to establish a Settlement Fund of $15,000,000.00. Settlement Class Members who submit a valid claim will be reimbursed for Out-of-Pocket Losses, Lost Time, and Transaction Losses. All attorneys' fees and costs will also be paid from the Settlement Fund.

How Can I File A Claim The only way to file a claim is by filling out a Claim Form available if you:

- Visit the settlement website at www.cashappsecuritysettlement.com or
- Call 1-866-615-9740.

All claims must be filed *before* November 18, 2024.

**What Are My Other Options?** If you do nothing and are a Settlement Class Member, you will remain in the Class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Block and/or Cash App Investing for the claims resolved by this Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by November 1, 2024. If you stay in the Settlement, you may object to it by November 1, 2024. A more detailed notice is available to explain how to exclude yourself or object. Please visit the settlement website below or call the phone number below for a copy of the more detailed notice.

**When Will the Court Decide Whether to Approve the Settlement?** On December 16, 2024, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees, costs, and expenses of $5,000,000.00 and a service award of $2,500.00 for each Plaintiff. The motion for attorneys' fees will be posted on the settlement website after it is filed. You or your own lawyer may ask to appear and speak at the hearing at your own cost, but you do not have to.

For more information, call or visit the website below.

| www.cashappsecuritysettlement.com | 1-866-615-9740 |



"ORIGINAL" "FRADULENT" PAGE:

**VENDOR NOTIFICATION**

From:aliciaridley2909@gmail.com
To:niceberg206@aol.com
Thu, Jul 20, 2023 at 9:31 AM
Hello your application has been received and approved kindly send fee to our cashapp information below.

CASHAPP: $cooks8795


Once fee is sent kindly send a screenshot so payment can be processed immediately thank you.



On Thu, 20 Jul 2023 at 5:17 PM, niceberg206@aol.com <niceberg206@aol.com> wrote:
Hello Alicia

I am grateful for your invitation and have signed up for Saturday & Sunday.
My Cash App is waiting for your fee payment....is there a portal for this?

I look forward to joining in the Fair and appreciate your making this easy at the last minute!

Cheers,
Dennis

206/ 979-3253

# Salinas, et al. v. Block, Inc. and Cash App Investing, LLC

Case No. 22-cv-04823

District Court for the Northern District of California

MENU                                                                                   SUBMIT CLAIM

**COMPLETE AND SIGN THIS FORM AND FILE ONLINE NO LATER THAN NOVEMBER 18, 2024 OR FILE BY MAIL POSTMARKED BY NOVEMBER 18, 2024.**

*You must use this form to make a claim for an Out-of-Pocket Losses Payment, Lost Time Payment, or Transaction Losses Payment.*

You **must only** submit one claim form per person, even if you have multiple Cash App accounts.

Questions? Call (866) 615-9740 or email info@cashappsecuritysettlement.com

**Please add the email, *Confirmation@cashappsecuritysettlement.com*, to your contact list to ensure that future correspondence is delivered to your inbox.**

## Your Contact Information

You must use this form to make a claim for an Out-of-Pocket Losses Payment, Lost Time Payment, or Transaction Losses Payment. Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form. NOTE: The personal information you provide below will be processed only for purposes of effectuating the Settlement.

* R

Need assistance?

Firs

DE   DENNIS

Last Name*

Privacy - Terms

FRISCIA

Street Address 1*

~~12932~~ SE KENT KANGLEY RD
13036

04.

Street Address 2

279

City*

KENT

State*

Washington

Zip Code*

98030

Country*

United States

Email Address*

niceberg206@aol.com

Confirm Email Address*

niceberg206@aol.com

Phone 1*

253-487-9591

Phone 2

as part of your claim. This may include receipts or other documentation and may not be "self-prepared." "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but may be considered to add clarity or support to other submitted documentation.

**Compensation for Lost Time:** In addition to the Out-of-Pocket Losses Payment, Settlement Class Members who submit a valid and timely Claim Form may be eligible to receive reimbursement for Lost Time of up to three (3) hours at a rate of $25.00 per hour for time spent in response to a Data Security Incident or an Unauthorized Account Event or a deficiency in error resolution in connection with a Cash App or Cash App Investing account.

**Compensation for Transaction Losses:** Settlement Class Members who submit a valid and timely Claim Form, who experienced an Unauthorized Account Event that resulted in a monetary loss that has not yet been reimbursed, which occurred during the period of August 23, 2018 through August 20, 2024, may be entitled to reimbursement for Transaction Losses. Class Members seeking reimbursement for Transaction Losses must provide one of the following: (a) documentation showing that they notified Defendants of the Unauthorized Account Event during the period of August 23, 2018 through August 20, 2024; or (b) documentation showing that they filed a police report concerning the Unauthorized Account Event during the period of August 23, 2018 through August 20, 2024; or (c) documentation that the Settlement Administrator, in its sole discretion, determines is sufficient to demonstrate the occurrence of an Unauthorized Account Event during the period of August 23, 2018 through August 20, 2024.

# CLAIM INFORMATION

**Failure to provide all required information will result in your claim being rejected by the Settlement Administrator.**

Were you sent a notice by Defendants that your information may have been impacted in a Data Security Incident that was disclosed in April 2022 or September 2023?*

[ NO ]

Did you experience an Unauthorized Account Event in the form of an unauthorized, unintended, or fraudulent withdrawals from your Cash App or Cash App Investing account or any linked financial account which occurred between August 23, 2018 through and including July 18, 2024 which resulted in financial losses?*

[ YES - (You may make a claim for Out-of-Pocket Losses, Lost Time, and Transaction Losses i ]

Did you spend time or incur cost as a result of Defendants' failure to properly resolve your claim in connection with your Cash App or Cash App Investing account?*

[ YES - (You may make a claim for Out-of-Pocket Losses and Lost Time if applicable) ]

# CLAIM FOR REIMBURSEMENT FOR OUT-OF-POCKET LOSSES PAYMENT

- ◉ Costs associated with credit monitoring or identity theft insurance purchased as a result of a Data Security Incident or Unauthorized Account Event

- ◉ Professional fees including attorneys' and accountants' fees, and fees for credit repair services

- ◉ Costs associated with requesting a credit report or freezing or unfreezing credit with any credit reporting agency

- ◉ Costs associated with canceling a payment card and/or obtaining a replacement payment card

- ◉ Costs associated with closing a bank account and/or opening a new bank account

- ◉ Unrefunded overdraft and/or overdraft protection fees

- ◉ Unrefunded late and/or missed payment fees and/or charges

- ◉ Miscellaneous expenses such as notary, data charges (if charged based on the amount of data used), fax, postage, copying, mileage, cell phone charges (only if charged by the minute), and long-distance telephone charges

## Unique $Cashtag Identifier*

🛈 You must only submit one claim form per person, even if you have multiple Cash App Accounts. If you have multiple Cash App Accounts, please list all of your $Cashtags in the field below, separated by commas. Spaces are not allowed.

Enter your $Cashtag(s) then press Enter or comma

## SETTLEMENT OVERVIEW

**For the precise terms of the settlement, please see the settlement agreement available on the <u>Important Documents</u> page.**

**Compensation for Out-of-Pocket Losses:** Settlement Class Members who submit a valid and timely Claim Form are eligible to receive reimbursement of up to $2,500.00 per Settlement Class Member for Out-of-Pocket Losses that are fairly traceable to a Data Security Incident, an Unauthorized Account Event, or a deficiency in error resolution in connection with a Cash App or Cash App Investing account that occurred during the period of August 23, 2018 through August 20, 2024, and that have not already been reimbursed by Block, Cash App Investing, or a third party. An Unauthorized Account Event is any event where there was unauthorized account access to, or unauthorized or fraudulent withdrawals or transfers to and from your Cash App or Cash App Investing Account or any linked financial account between August 23, 2018 and August 20, 2024. Out-of-Pocket Losses may include: (a) Costs associated with credit monitoring or identity theft insurance purchased directly by the Class Member; (b) Costs associated with requesting a credit report; (c) Costs associated with a credit freeze; (d) Costs associated with canceling a payment card and/or obtaining a replacement payment card; (e) Costs associated with closing a bank account and/or opening a new bank account; (f) Miscellaneous expenses such as postage fees, long-distance phone charges, express mail, and other incidental expenses; (g) Unrefunded overdraft and/or overdraft protection fees; and (h) Unrefunded late and/or missed payment fees and/or charges. Out-of-Pocket Losses must have been incurred on or after August 23, 2018 and before August 20, 2024. You must submit documentation of the Out-of-Pocket Losses

# CLAIM FOR REIMBURSEMENT FOR LOST TIME PAYMENT

Lost Time

> YES

Date of Loss Time

> 07/20/2023

Amount of Time (Hours)

> 3 HOURS

Description of Your Actions That Resulted in Lost Time

> I paid falsified website via CashApp

# CLAIM FOR REIMBURSEMENT FOR TRANSACTION LOSSES PAYMENT

Type of Account That Unauthorized Account Event Occurred

> Cash App Account

Date of Unauthorized Account Event

> 07/20/2023

Amount of Loss

> 21500

Description of Required Documents You are Submitting to Substantiate Your Claim of an Unauthorized Account Event

> Documents of Fraudulent Website fees prepaid, and my time and financial preparation that was leading up to cancellation of event due to fictitious circumstances, and thus — COSTING ME IN LOSS OF INCOME, AS EXPECTED. p.2.

## Supporting Documentation

**Accepted file types are:** PDF, TIF, JPG, GIF, PNG. *Other file types will be rejected.*

**Please confirm in the grid below that your file has been successfully uploaded.**

Select File for Upload:

| Choose File | No file chosen |

File Description:

| .pdf | Add File |

**File List:** No Files Selected

## Payment Selection

**Payment Options**

You have successfully submitted your payment details.

*ZELLE - 253/487-9591    e: NICEBERG206@aol.com*

## Certification & Signature

By submitting this Claim Form, I certify that I am a Settlement Class Member and am eligible to make a claim in this settlement and that the information provided in this Claim Form and any attachments is true and correct. I do hereby swear (or affirm), under penalty of perjury, that the information provided above is true and accurate to the best of my knowledge and that any cash compensation or benefits I am claiming are based on losses or expenses I reasonably believe, to the best of my knowledge, were incurred as a result of a Data Security Incident, an Unauthorized Account Event, or a deficiency in error resolution in connection with a Cash App or Cash App Investing account.

I understand that this claim may be subject to audit, verification, and Court review and that the Settlement Administrator may require supplementation of this claim or additional information from me. I also understand that all claim payments are subject to the availability of Settlement Funds and may be reduced, depending on the type of claim and the determinations of the Settlement Administrator.

*\* SIGNATURE ON NEXT PAGE →*

| Dennis B Friscia |
|---|

Signature* *[signature: Dennis B. Friscia]*

| 11/18/2024, 11:42:42 AM |
|---|

Date

11/18/2024        (Submit)   VIA U.S. MAIL

© 2024 | Privacy Policy | Version 3.3.0