United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE SALINAS, et al.,

          Plaintiffs,

    v.

BLOCK, INC., et al.,

          Defendants.

Case No. 22-cv-04823-SK

**ORDER REGARDING FILINGS**

Regarding Docket No. 121

On November 26, 2024, Curwood L. Price ("Price") filed a document entitled "Intervenor Notice to Parties of Interest" and signed it as "Pro Se Intervenor". (Dkt. No. 121.) However, while Price had filed a motion to intervene, based on the stipulation signed by Price and Plaintiffs to dismiss Price's motion to intervene with prejudice, on September 24, 2024, the Court struck Price's motion to intervene. (Dkt. No. 107.) Therefore, Price is not an intervenor in this case and there is no motion pending for him to intervene.

Additionally, the Court received a claim by a class member. The Court will forward this claim to Plaintiffs.

**IT IS SO ORDERED**.

Dated: December 3, 2024

_____
SALLIE KIM
United States Magistrate Judge