UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLOCK, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-04823-SK<br><br>**NOTICE REGARDING HEARING ON MOTION TO INTERVENE**<br><br>Regarding Docket No. 109 |

The hearing on the motion to intervene filed by Jerome Clarke ("Clarke") was set to be heard today. However, Clarke's audio on Zoom did not work, and the Court was not able to communicate with Clarke. Therefore, as noted at the hearing, the Court HEREBY CONTINUES the hearing on Clarke's motion to intervene to January 6, 2025 at 9:30 a.m. Again, the hearing will be conducted through Zoom for all parties. At the hearing, Clarke should be prepared to address Plaintiffs' argument that he did not use, and could not have used, the Cash App because he was incarcerated the during entire time the Cash App has been available.

Moreover, the Court notes that Defendants did not appear for the hearing on Zoom on December 16, 2024. The Court admonishes Defendants that they are required to attend all hearings in this case, including the hearing on Clarke's motion to intervene.

**IT IS SO ORDERED**.

Dated: December 16, 2024

                                                                                               SALLIE KIM<br>
                                                                                               United States Magistrate Judge