IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO - DIVISION

JEROME CLARKE,
THIRD PARTY PLAINTIFF,

SALINAS,
PLAINTIFF,
ET. AL.,

VS.

BLOCK INC., AND CASH APP.
INVESTING LLC,
DEFENDANT(S).

CASE #: 22-CV-04823

FILED
DEC 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## DEMAND FOR JUDGMENT

I.

WHEREFORE THE THIRD PARTY PLAINTIFF, JEROME CLARKE DEMAND JUDGMENT AGAINST DEFENDANT(S) BLOCK INC., AND CASH APP. INVESTING LLC, IN THE ABOVE ENTITLED CASE FOR $25.00. INVESTED IN A $10,000.00 T-BILL FOR ATLEAST FOUR YEARS IN THE AMOUNT OF $2,800.00. AND AS AN ASSERTIVE REMEDY-OVER FOR $2,800.00. REINVESTED IN A $100,000.00 T-BILL PLUS INTEREST AND COST.

(1.)

RESPECTFULLY SUBMITTED
Jerome Clarke
JEROME CLARKE
GDC# 84959 K3, 1B.
CENTRAL STATE PRISON
4600 FULTON MILL ROAD
MACON, GEORGIA 31208

THIS 15TH DAY OF October, 2024

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT I HAS THIS DAY SERVED A TRUE AND CORRECT COPY OF THE (DEMAND FOR JUDGEMENT) PRIOR TO FILING THE SAME IN THE U.S. MAIL SYSTEM WITH ADEQUATE SUFFICIENT POSTAGES AFFIXED THERETO PROPERLY UPON:

RESPECTFULLY SUBMITTED
Jerome Clarke
JEROME CLARKE
GDC# 84959 K3, 1B.
CENTRAL STATE PRISON
4600 FULTON MILL ROAD
MACON, GEORGIA 31208

ESQ. ATTORNEYS AT LAW
BLOCK INC., AND CASH APP.
INVESTING LLC
1650 ARCH STREET SUITE 2210
PHILADELPHIA, PENNSYLVANIA 19103

THIS 15TH DAY OF October, 2024

MR. [REDACTED]
GDC# 849591K3, JB.
CENTRAL STATE PRISON
4600 FULTON MILL ROAD
MACON, GEORGIA 31208

CLERK OFFICE
U.S. DISTRICT COURT NORTHERN DISTRICT OF
CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING
U.S. COURTHOUSE 1300 CLAY STREET STE 300
OAKLAND, CALIFORNIA 94612

INSPECTED BY

DEC 26 2024

U.S. MARSHALS SERVICE

CENTRAL STATE PRISON
4600 FULTON MILL RD  MACON, GA 31208
The enclosed letter was processed though special ma... ...ures for the forwarding to you. The letter has been neither opened nor its writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure ...ove a... ...ess.

RECEIVED
DEC 26 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
DEC 26 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA