IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSICO – DIVISION

FILED

JAN 06 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEROME CLARKE,
THIRD PARTY PLAINTIFF,
SAL INAS,
PLAINTIFF
ET AL.

CASE # 22-CV-04823

VS.

Block INC., AND CASH APP.
INVESTING LLC,
DEFENDANTS.

NU

MEMORANDUM IN TRAVERSE

COMES NOW, JEROME CLARKE, THIRD PARTY PLAINTIFF AND
GIVES HIS MEMORANDUM IN TRAVERSE TO MEMORANDUM
FILED IN THE CASE DATED NOVEMBER 6TH, 2024, INDICAT-
ING THERE'S NO STANDING ON THE PART OF INTERVENTION
FOR JEROME CLARKE, THIRD PARTY PLAINTIFF TO BECOME A
PARTY TO THE ACTION.

(1.)

I.               STATEMENT OF STANDARD(S)

THE PLAINTIFF SUBMITS THAT HE IN FACT DID
FILE A THIRD PARTY COMPLAINT ON OR ABOUT THE
DAY OF OCTOBER, 2024, WITH THE COURT SEEKING
INTERVENTION IN THE ACTION.

STATING IN PARTINENT PART(S)....PLAINTIFF
ASSERT(S) ON DISCLOSURE THE DEFENDANT(S) HAS A $25.00.00
INSURED INVESTMENT IN A $10,000.00-T-BILL ON
APPROXIMATELY EVERYONE OF ITS CASH APP. USERS THROUGH
ELECTRONICALLY ILLEGALLY ACCESSING THE PLAINTIFFS
FINANCIAL CASH APP. ACCOUNT(S) IN A WAY THAT VIOLATES
STATUTE / TRANSFERRING DIVERTING ADVISING THE
PLAINTIFF(S), MAKE A NEW CASH APP. ACCOUNT. WITH
OUT THE PLAINTIFF(S) HAVING THE OPPORTUNITY TO RECEIVE
THE $25.00.00. INSURED AND INVESTED IN THE DEFENDANT(S)
SHARE HOLDER(S) $10,000.00 - T-BILL.

THE $25.00.00. THAT HAS BEEN TRANSFERRED -
DIVERTED FROM THE PLAINTIFF(S) CASH APP. FINANCIAL
ACCOUNT(S),...

(2)

II. ARGUMENTATION IN SUPPORT OF MEMORANDUM

THE THIRD PARTY PLAINTIFF, JEROME CLARKE, CONTENDS THAT RIPENESS INTENT HAS BEEN DEMONSTRATED BY A ALLEGED SPECIFIC PURSUED CONDUCT OF THE DEFENDANTS VIOLATION OF A CHALLENGED STATUTE IN TERMS OF THE ELECTRONICALLY ILLEGAL ACCESSING OF THE PLAINTIFFS CASH APP. FINANCIALLY;

SEE: TITLE 18 U.S.C.A. SEC. 1030(C).

SEE: BABY NEAL V. CASEY 43 F. 3D 48, 58 (3D CIR. 1994) IN PERTINENT PARTS: ("...[C]ASES CHALLENGING THE SAME UNLAWFUL CONDUCT WHICH AFFECTS BOTH THE NAME PLAINTIFFS AND THE PUTATIVE CLASS USUALLY SATISFY THE TYPICALITY REQUIREMENT IRRESPECTIVE OF THE VARY-ING FACT PATTERNS UNDERLYING THE INDIVIDUAL CLAIMS")

SEE: SPENCER V. KEMMA, 523 U.S. 1, 17-18, 118 S.CT. 978 (1998)
IN PERTINENT PARTS: (" THE CAPABLE-of-REPETITION-DOCTRINE APPLIES only...[WHEN]...TWO CIRCUMSTANCES [ARE] SIMULTANEOUSLY PRESENT: (1) THE CHALLENGED ACTION IS IN ITS DURATION TOO SHORT TO BE FULLY LITIGATED PRIOR TO CESSATION OR EXPIRATION, AND (2) THERE IS A REASONABLE EXPECTATION THAT THE SAME COMPLAINING PARTY [WILL] BE

SUBJECT TO THE SAME ACTION AGAIN." (CITATION - OMITTED).

AND THE THIRD PARTY PLAINTIFF FURTHER ARGUES THAT HE HAS ABSOLUTE STANDING TO INTERVENE IN THE ACTION SEE: FLOWER V. JOHNSON, 931 F. Supp. 1360, 1371 (E.D. MICH. 1996), aff'd IN PART, REV'd IN PART ON OTHER GROUNDS AND REMANDED, 138 F.3D 229 (6TH CIR. 1998).

SEE: SUMITOMO COPPER LITIGATION V. CREDIT LYON-NAIS ROUSE, LTD., 262 F. 3D 134, 139 (2d CIR. 2001) AND UNLIKE AN (INTERVENTION MOTION REQUEST PURSUANT TO F.R.C.P. [R.24(B)].[A] F.R.C.P. [R.23(C) WOULD BE MORE UNTIMELY IN THE COURT'S EXER-CISING [ITS] DISCRETION TO-DO-SO IN THIS DELICATE TIME IN THE PROCEEDINGS AND PLAINTIFF(S) AS A THIRD PARTY REQUEST TO INTERVENE IN THE ACTION. (DOC. NO. 109)./(DOC. NO. 73 AT ¶ 108):

(4.)

III.    CONCLUSION

WHEREFORE THIRD PARTY PLAINTIFF FURTHERS REQUEST THE DISTRICT COURT-ADVISORY-TAKE HIS REQUEST(S) IN CONSIDERATION.

RESPECTFULLY SUBMITTED    THIS 25TH DAY of NOVEMBER,
                                    2024
JEROME CLARKE

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFIED THAT I HAS THE UNDERSIGN DATE SERVED A TRUE AND CORRECT COPY OF THE WITHIN DOCUMENT PRIOR TO FILING THE SAME IN THE U.S. MAIL SYSTEM WITH ADEQUATE AND SUFFICIENT POSTAGES AFFIXED THERETO PROPERLY UPON:

RESPECTFULLY SUBMITTED        ESQ. ATTORNEYS AT LAW
JEROME CLARKE        BLOCK INC. AND CASH APP.
JEROME CLARKE INVESTING CLL
GA#841959 K3 1B.        1650 ARCH STREET SUITE 2210
CENTRAL STATE PRISON    PHILADELPHIA, PENNSYLVANIA 19103;
4600 FULTON MILL RD.
MACON, GEORGIA 31208      ATTORNEYS AT LAW
                ESQ. DAVID A. GOODWIN

                GUSTAFSON GLUEK PLLC
                CANADIAN PACIFIC PLAZA
                120 SOUTH SIXTH STREET, SUITE 2600
                MINNEAPOLIS, MN. 55402
                THIS 25TH DAY of NOVEMBER,
                    2024

MR. JEROME CLARKE
#1 CH 84959 KY 1B-
CENTRAL STATE PRISON
4600 FULTON MCCLELLAN
MACON, GEORGIA 31208

CLARKY OFFICE
U.S. DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE 4300 CLAYSTREET STE 300
OAKLAND, CALIFORNIA 94612

RECEIVED
JAN 06 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7017 1000 0000 9497 4290

12/10/2024 ZIP 31208
19 DEC 2024
PM 8 L
RDC 302
US P

quadient
FIRST-CLASS
IMI
$005.82
12/19/2024 ZIP
043M31257973

CENTR" .

~N. G

460

The enclosed letter was processed through spe.    ...ng procedure for Forwarding to you. The letter has been neither opened nor inspe....d. If the Writer raises a question or problem over which this facility/ce... .r has jurisdiction, you may wish to return the material for furth...formation or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to above address.