**KANTROWITZ GOLDHAMER & GRAIFMAN PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT RE: SETTLEMENT ADMINISTRATION** |

I, Steven Weisbrot, declare and state as follows:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I have personal knowledge of the matters stated herein.

2. My credentials were previously reported to this Court in the Declaration of Steven Weisbrot re: Qualifications of Angeion Group and Proposed Notice Plan (ECF No. 76-10).

3. The Declaration of Steven Weisbrot re: Settlement Administration (Dkt. No. 124-1) described the work performed by Angeion to implement the Court-approved Notice Plan.

4. The purpose of this Supplemental Declaration is to provide the Court with an update regarding (1) the Settlement Website and toll-free telephone support usage; (2) Claim Form submissions and the status of claims processing; (3) additional exclusion request received.

## SETTLEMENT WEBSITE & TOLL-FREE TELEPHONE SUPPORT

5. On July 23, 2024, Angeion established the following website dedicated to this Settlement: www.CashAppSecuritySettlement.com ("Settlement Website"). As of January 9, 2025, the Settlement Website has had 7,586,052 unique visitors totaling 15,738,407 page views.

6. On July 12, 2024, Angeion established the following toll-free hotline dedicated to this settlement: 1-866-615-9740. As of January 9, 2025, the toll-free line has received approximately 117,187 calls, totaling 406,084 minutes.

## CLAIMS ADMINISTRATION

**Claim Form Submissions**

7. Since my previous declaration, Angeion has received an additional 115 Claim Form submissions by mail resulting in 667,553 total Claim Forms submissions received. Of the 667,553 Claim Forms received, 969 were received after the November 18, 2024 deadline. Of the 969 Claim Forms received after the deadline, 565 claims were postmarked on or before November 18, 2024 and are timely. Any late Claim Forms received will be processed and are subject to the Parties' approval on a case by case basis. Claim Forms received are still under review and are subject to final auditing, including a full assessment of each claim's validity and a review for duplicative and/or fraudulent

1  claim submissions. Of these Claim Forms, approximately 86,559 were submitted for transaction losses.

8. Based on Angeion's experience, the number of claim forms that have been received in this Settlement exceeds the number of claims received in similar matters.

9. As of the date of this declaration, Angeion has reviewed the majority --approximately 497,476—of the Claim Forms it has received. Based on our review, Angeion has identified 201,273 claims as fraudulent which should be denied and, 269,131 claims as deficient for not submitting a completed claim form or for not selecting any settlement benefit. All claimants determined to be deficient will be sent a notice identifying the deficiency and will be afforded an opportunity to remedy the deficiency.

10. Specific to the Transaction Loss claims, Angeion received 86,379 claims, of which we have reviewed approximately 31% or 27,082 claims. The remaining 59,307 transaction loss claims are being continually processed and reviewed in accordance with the requirements of the Settlement Agreement (*See* # of Claims Reviewed Column). A breakdown of the Transaction Loss claims as of today's date is provided in summary form below for the court's convenience:

| Transaction Loss Claimed Amount (Range) | Transaction Loss Claim Count | # Pending Review | # Claims Reviewed (%) | # Claims Approved | Preliminary Transaction Loss Amount Approved |
|---|---|---|---|---|---|
| $0.01-$100.00 | 19,683 | 16,539 | 3,144 (15.9%) | 189 | $9,553.81 |
| $100.01-$1000.00 | 41,428 | 33,566 | 7,862 (18.9%) | 402 | $180,103.77 |
| $1,000.01-$10,000.00 | 24,046 | 8,859 | 15,187 (63.1%) | 826 | $1,489,234.76 |
| $10,000.01-$50,000.00 | 937 | 295 | 642 (68.5%) | 8 | $56,489.79 |
| $50,000.01-$100,000.00 | 96 | 38 | 58 (60.4%) | 3 | $1,034.00 |
| $100,000.01-$999,999.99 | 126 | 0 | 126 (100%) | 1 | $3,000.00 |
| $1,000,000+ | 63 | 0 | 63 (100%) | 0 | N/A |
| **Totals** | **86,379** | **59,297** | **27,082 (31.3%)** | **1,429** | **$1,739,416.13** |

11. Angeion regularly administers settlements where claims review and processing are not complete at the time of the Final Hearing. This is a common occurrence because the volume and complexity of many settlements make a thorough review and fraud audit nearly impossible before a

final approval hearing date. In fact, the claims process in many complex settlement structures including data breach cases continue past the Final Hearing.[1]

12. Angeion will continue to review and process claim submissions in an expeditious manner following the motion hearing and will likewise keep the Parties updated on the status of claim review until completion

**Requests for Exclusion**

13. Angeion has received one (1) additional request for exclusion. A table summarizing the 192 unique exclusions received is attached hereto as **Exhibit A**.

**Objections**

14. Angeion has not received any additional objections to the Settlement. Angeion received a total of two (2) objections.

## ESTIMATED NOTICE AND ADMINISTRATION COSTS

15. Through November 30, 2024, Angeion has incurred $903,884.19 in notice and administration costs. Angeion's estimate of total costs for administration of $1,515,687.00 is the same as reported in our previous declaration.

## CONCLUSION

16. It remains my professional opinion that the Notice Plan implemented in this Settlement met the requirements of due process, Fed. R. Civ. P. 23 and the Northern District's Procedural Guidance for Class Action Settlements, provided the best notice that was practicable under the circumstances,

---

[1] See for example: *In re: Facebook Inc. Consumer Privacy User Profile Litigation*, No. 3:18-md-02843 (N.D. Cal.); *Leventhal v. Streamlabs, LLC*, No. 3:22-cv-01330 (N.D. Cal.); *Hough v. Navistar*, No. 2021L001161 (Ill. Cir. Ct.); *Slos v. Select Health Network, Inc*., No. 71D05-2002-PL-000060 (Ind. Super. Ct.); *Hestrup v. DuPage Medical Group LTD*, No. 2021L000937-350 (Ill. Cir. Ct.); *Goetz v. Benefit Recovery Specialists, Inc*., No. 2020CV000550 (Wis. Cir. Ct.); *Colston v. Envision Credit Union*, No. 2022CA001476 (Fla. Cir. Ct.); *Bruner v. Southern Illinois Hospital Services*, No. 2023CH14 (Ill. Cir. Ct.); *J.M., et al. v. HealthAlliance, Inc., et al*., No. 72450/2023 (N.Y. Super. Ct.); *Alexander v. Otis R. Bowen Center for Human Services,* No. 43D04-2104-CT-000019 (Ind. Super. Ct.); *Wolff v. Lower, LLC*, No. 1:22-cv-02003 (N.D. Md.); *Martinez v. Valex Corp*., No. 56-2022-00572595 (Cal. Super. Ct.); *Hartman v. Monarch Recovery Management, Inc*., No. 2:15-cv-01364 (W.D. Pa.); *Paul v. Rogers Behavioral System, Inc*., No. 2023cv001572 (Wis. Cir. Ct.); *Esposito, et al. v. Cellco Partnership d/b/a Verizon Wireless*, No. MID-L-6360-23 (N.J. Super. Ct.); *Dickerson, et al. v. York International Corp*., et al., No. 1:15-cv-01105 (M.D. Pa.); *Cole, et al. v. NIBCO, Inc*., No. 3:13-cv-07871; *Matson, et al. v. NIBCO, Inc*., No. 5:19-cv-00717 (W.D. Tex.); *In re: Allura Fiber Cement Siding Products Liability Litigation*, No. 2:19-mn-02886 (D.S.C.); *Cox v. Spirit Airlines, Inc*., No. 1:17-cv-05172 (E.D.N.Y.); *Schmidt v. Jaguar Land Rover North America LLC*, No. 2:18-cv-08528 (D.N.J.); *Henning v. Luxury Brand Partners LLC*, No. 3:22-cv-07011 (N.D. Cal.); *Bentley, et al. v. LG Electronics USA, Inc*., No. 2:19-cv-13554 (D.N.J.).

and incorporated contemporary media and best practices to alert and engage the participation of Class Members in the proposed Settlement.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 10, 2025

                                             STEVEN WEISBROT

# Exhibit A

| Exclusion # | Name | Exclusion Date (Postmark Date) |
|---|---|---|
| 1 | AARON LOREN | 9/20/2024 |
| 2 | ADAM MUENCHEN | 11/5/2024 |
| 3 | ADDISON M CRUM | 9/11/2024 |
| 4 | AL REYES | 11/7/2024 |
| 5 | ALEC RAMB | 9/24/2024 |
| 6 | ALEXANDER ROGERS | 11/18/2024 |
| 7 | ALEXIS RICHARDSON | 8/29/2024 |
| 8 | ALICIA JONES | 9/24/2024 |
| 9 | ALISSA TOTURA | 11/7/2024 |
| 10 | AMANDA BAKER | 11/7/2024 |
| 11 | AMANDA SIEGFRIED | 10/29/2024 |
| 12 | ANA CAROLINA VILLAR DE JIMENEZ | 9/20/2024 |
| 13 | ANDREA YOUNG | 11/5/2024 |
| 14 | ANDRES CECILIA GALLEGOS | 11/1/2024 |
| 15 | ANDREW BAIN | 8/29/2024 |
| 16 | ANDREW LUEIBELLO JR | 11/21/2024 (11/18/2024) |
| 17 | ANGELA SPANN | 11/5/2024 |
| 18 | ANGELICA LESTER | 10/15/2024 |
| 19 | ANTONIO NEGRUN | 11/5/2024 |
| 20 | APRIL MARIA WILLIAMS | 10/29/2024 |
| 21 | ARTURO LEON | 10/3/2024 |
| 22 | AUGUSTINAS MARINICER | 11/7/2024 |
| 23 | BARETT MCGAVOCK | 10/14/2024 |
| 24 | BERNARD COALEY | 11/21/2024 (11/12/2024) |
| 25 | BETH HENSON | 11/5/2024 |
| 26 | BETHANY KOLCU | 9/24/2024 |
| 27 | BILL CAGE | 11/7/2024 |
| 28 | BRANDON BELL | 10/22/2024 |
| 29 | BRANDON JEFFREY CHE | 11/7/2024 |
| 30 | BRANDON SWANSON | 11/5/2024 |
| 31 | BREAN PALMER | 8/22/2024 |
| 32 | BRIAN STRUMPF | 9/24/2024 |
| 33 | BRITTANY THOMAS | 10/15/2024 |
| 34 | CARL HOLLINGSWORTH | 8/26/2024 |
| 35 | CHANTIA WOODROP | 11/12/2024 |
| 36 | CHRISTINA SPEARS | 9/17/2024 |
| 37 | CHRISTOPHER NITKIN | 9/9/2024 |
| 38 | CORISSA LaFONTAINE | 10/15/2024 |
| 39 | CRAIG VOLLMAR | 9/24/2024 |
| 40 | DAISY CAMPOS - GARCIA | 10/14/2024 |
| 41 | DANIEL H ADAMS | 9/9/2024 |
| 42 | DANIELLE ADAMS | 11/12/2024 |
| 43 | DANIELLE MANLEY | 8/8/2024 |

| | | |
|---|---|---|
| 44 | DAWN FRANK | 8/13/2024 |
| 45 | DEA ADAMS | 11/12/2024 |
| 46 | DEANGELO JOHNSON | 10/8/2024 |
| 47 | DESIREE FULTON | 12/2/2024 (10/31/2024) |
| 48 | DESTINY RORIE | 11/21/2024 (11/15/2024) |
| 49 | DOMINIQUE MOORE | 11/26/2024 (11/18/2024) |
| 50 | DOROTHY BOWIE | 11/5/2024 |
| 51 | DOROTHY HARRIS | 9/16/2024 |
| 52 | DULA HERMANDEY | 11/7/2024 |
| 53 | DWAYNE FORD | 10/15/2024 |
| 54 | ED WUNCH | 11/5/2024 |
| 55 | EDWINA YUAN | 9/11/2024 |
| 56 | ELIZABETH CHENAULT | 11/5/2024 |
| 57 | ERIC BLAIR | 8/6/2024 |
| 58 | ERIC COOLEY | 11/21/2024 (11/13/2024) |
| 59 | ERIK DENKERS | 10/8/2024 |
| 60 | ERIKA NICOLE GARCIA CARDENAS | 11/7/2024 |
| 61 | ESTHER GIEZENDANNER | 10/21/2024 |
| 62 | ETHAN HICKEY | 11/26/2024 (11/18/2024) |
| 63 | ETHAN ROBERT BAKKEDAHL | 10/3/2024 |
| 64 | EUMARIE VEGA | 10/29/2024 |
| 65 | EVAN ANDARIESE | 11/7/2024 |
| 66 | GABRIELL PACINO | 9/9/2024 |
| 67 | GENEVIEVE BERGESON | 10/22/2024 |
| 68 | GINGER BLUMENTHAL | 11/12/2024 |
| 69 | GLEN GOELOE II | 11/4/2024 |
| 70 | GRACIELA ARREDONDO | 11/7/2024 |
| 71 | GREGORY IN DEN BERKEN | 9/11/2024 |
| 72 | HALEIGH SANDINE | 8/20/2024 |
| 73 | HECTOR RUBIO-GARCIA | 8/26/2024 |
| 74 | ISMAEL AGUAYO | 11/5/2024 |
| 75 | ISRAEL ROBINSON | 11/7/2024 |
| 76 | JACQUELINE GOLDSTEIN | 11/7/2024 |
| 77 | JACQUELINE MATHIS | 10/22/2024 |
| 78 | JAMES CLAYBURN | 10/15/2024 |
| 79 | JAMES MARTEZ CALDWELL | 8/26/2024 |
| 80 | JAMILLEA BANKS | 11/7/2024 |
| 81 | JASMINE SIMTH | 11/5/2024 |
| 82 | JASON RINGHAM | 10/3/2024 |
| 83 | JAZMINE GAINER | 11/5/2024 |
| 84 | JEAN GUERRIER | 11/5/2024 |
| 85 | JEANNETTE MITCHELL | 10/14/2024 |
| 86 | JENNIFER HART | 9/16/2024 |
| 87 | JILL ASLESON | 8/29/2024 |

| # | Name | Date |
|---|---|---|
| 88 | JOCELYN HICKMAN | 11/5/2024 |
| 89 | JODIE BULLOCK GOLDSTEIN | 11/7/2024 |
| 90 | JORDAINE DAWKINS | 11/12/2024 |
| 91 | JORDAN POWELL | 10/29/2024 |
| 92 | JOSE YBARRA III | 11/5/2024 |
| 93 | JOSEPH MOORE | 11/5/2024 |
| 94 | JOSHUA SCOTT | 10/22/2024 |
| 95 | JOY WILLIAMS | 9/24/2024 |
| 96 | JUSTICE SMITH | 10/4/2024 |
| 97 | JUSTIN REESE | 10/15/2024 |
| 98 | KAREN SANDINE | 8/20/2024 |
| 99 | KATTYA KANCYLARYSTA | 10/22/2024 |
| 100 | KELLYE WRIGHT | 9/17/2024 |
| 101 | KEN BRUMFIELD | 11/5/2024 |
| 102 | KENNETH HAWKINS | 8/26/2024 |
| 103 | KEVIN SHOTWELL | 8/26/2024 |
| 104 | KEVIN UNG | 10/29/2024 |
| 105 | KEYVETTE DANSBY | 11/7/2024 |
| 106 | KIM JONES | 8/6/2024 |
| 107 | KOURTNEY BROWN | 8/15/2024 |
| 108 | LAKENNYA YVETTE MARCH | 9/9/2024 |
| 109 | LARVATA WRICE | 11/5/2024 |
| 110 | LAUREN STEIDL | 11/5/2024 |
| 111 | LAWRENCE VALEZQUEZ | 11/21/2024 (11/18/2024) |
| 112 | LAZARO MOLINA | 11/7/2024 |
| 113 | LEWIS BURWELL | 11/21/2024 (11/19/2024) |
| 114 | LOIS RUSSO-LOPEZ | 8/29/2024 |
| 115 | LORI BROWN | 11/5/2024 |
| 116 | LOUIE YI JIE TAN | 10/15/2024 |
| 117 | M CHRIS SILVA | 10/8/2024 |
| 118 | MAGGALI COLE | 10/8/2024 |
| 119 | MALCOLM TYSON | 11/5/2024 |
| 120 | MALIK JOHNSON | 8/26/2024 |
| 121 | MARC GOLDSTEIN | 11/7/2024 |
| 122 | MARCELLA DEBRITO | 10/8/2024 |
| 123 | MARCELLA DEBRITO | 9/12/2024 |
| 124 | MARK JACKSON | 10/16/2024 |
| 125 | MARVIN ORAGUZIE | 10/29/2024 |
| 126 | MATTHEW RAMSAYWACK | 9/11/2024 |
| 127 | MATTIE LAFOUNTAIN | 9/24/2024 |
| 128 | MELISSA TYSON | 11/5/2024 |
| 129 | MICHAEL CASTLEMAN | 10/3/2024 |
| 130 | MICHAEL DEVITA | 11/15/2024 |
| 131 | MICHAEL EKIZIAN | 11/7/2024 |

| 132 | MICHAEL VAN WORMER II | 9/26/2024 |
| --- | --- | --- |
| 133 | MICHAEL WAYNE MILLER JR | 10/8/2024 |
| 134 | MICHAEL WILSON | 11/7/2024 |
| 135 | MOHAMMAD SAIF ULLAH | 10/8/2024 |
| 136 | MOSAMMAT K NAYEM | 10/8/2024 |
| 137 | MT OLIVE CHURCH OF PLANO | 10/29/2024 |
| 138 | N SITAWISHA | 10/15/2024 |
| 139 | NAISHA FINKLEA | 11/21/2024 (11/18/2024) |
| 140 | NGOCTRUC AMY NGUYEN | 10/15/2024 |
| 141 | NIKIA DAVIS | 10/29/2024 |
| 142 | NYLBA QUINONES | 11/5/2024 |
| 143 | ONKUR SEN | 8/26/2024 |
| 144 | PAMELA GRIMES | 11/5/2024 |
| 145 | PATRICIA GERLITZKI | 8/8/2024 |
| 146 | PATRICIA GRIFFIN | 11/5/2024 |
| 147 | PERRY JONES | 11/26/2024 (11/18/2024) |
| 148 | PIERRE WILSON | 11/7/2024 |
| 149 | QUENTON D BRATTON | 10/29/2024 |
| 150 | RAHIEM TRACEY | 11/21/2024 (11/18/2024) |
| 151 | RASAON CARR | 9/17/2024 |
| 152 | RAYMOND JOHNSON | 11/18/2024 |
| 153 | ROBERT REINHART | 9/21/2024 |
| 154 | RONEISHALA MILTON | 10/16/2024 |
| 155 | RONNIE RIZZO | 10/9/2024 |
| 156 | ROSE CRAMPTON | 8/29/2024 |
| 157 | RYAN COLLINS | 8/26/2024 |
| 158 | SARAH PITKINS | 11/21/2024 (11/19/2024) |
| 159 | SCOT COLFORD | 11/5/2024 |
| 160 | SCOTT ASIALA | 9/16/2024 |
| 161 | SHANNON LUZIK | 9/17/2024 |
| 162 | SHARMIN MOWRY | 8/26/2024 |
| 163 | SHERI POWERS | 11/5/2024 |
| 164 | SHIRLEY LEI | 11/5/2024 |
| 165 | SIMPSON | 11/5/2024 |
| 166 | STEPHANIE BOOKER | 11/7/2024 |
| 167 | STEPHANIE CURTIS | 8/26/2024 |
| 168 | STEPHANIE HUDSON | 11/5/2024 |
| 169 | STEPHANIE MATHENY | 11/5/2024 |
| 170 | STEPHEN JOHNSON | 10/3/2024 |
| 171 | STEPHEN J MAKI | 9/11/2024 |
| 172 | STEVEN MENDEZ | 8/29/2024 |
| 173 | SUSANNE THOMAS | 10/14/2024 |
| 174 | SUZANNE M BORHO | 9/11/2024 |
| 175 | TAMARA J YEH | 10/22/2024 |

| | | |
|---|---|---|
| 176 | TANYA MIRANDA | 8/29/2024 |
| 177 | TEAKETA REED | 11/22/2024 (11/18/2024) |
| 178 | TENEISHA BROWN | 11/12/2024 |
| 179 | THOMAS C FISCHER | 8/13/2024 |
| 180 | THOMAS HAWLEY | 10/3/2024 |
| 181 | TIM DABAREINE | 11/7/2024 |
| 182 | TIMOTHY JANSSEN | 8/29/2024 |
| 183 | TIMOTHY XU | 11/5/2024 |
| 184 | TRACIE SAMS | 11/5/2024 |
| 185 | TRISHA ADKINS | 10/29/2024 |
| 186 | TYSEANAH SPELL | 9/11/2024 |
| 187 | WENDY RAMOS | 11/5/2024 |
| 188 | YOLANDA MATTA | 10/29/2024 |
| 189 | YUSSEF HADI AFRA | 10/8/2024 |
| 190 | ZACHARY DARK | 9/24/2024 |
| 191 | ZACHARY LE | 11/7/2024 |
| 192 | SAIGE HILL ROBERTS | 1/7/2025 (11/4/2024) |