United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BLOCK, INC., et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04823-SK<br><br>**ORDER REGARDING PENDING MOTIONS** |

At the hearing on the motion to intervene filed by Jerome Clarke, Defendant represented that an individual is required to open an account in hir or her own name and Defendant's policy prohibited another person to open an account for a user. The Court directed Defendant to file a copy of the documents setting these terms and informed Plaintiff that he would have an opportunity to file a response. The Court HEREBY ORDERS that Mr. Clarke shall file his response, if any, by no later than January 27, 2025.

Additionally, the Court held a hearing on Plaintiffs' motion for final approval of the class action settlement and reviewed the declaration filed by Steven Weisbrot ("Weisbrot"), the President and Chief Executive Officer of the settlement claims administration firm Angeion Group, LLC ("Angeion"). (Dkt. No. 134.) The Court finds that

By no later than March 17, 2025, Plaintiffs, either directly or through Angeion, shall file a status update to inform the Court as to:

1. The status of the late claim forms postmarked after November 18, 2024, including whether they were approved or denied and the basis for that determination. Weisbrot stated that these late claim forms will be processed subject to the parties' approval on a case-by-case basis.

2. The status of the deficient claims, including whether the deficiencies were

remedied.

3. The status of Angeion's audit and assessment of the claim submissions, including the late claim forms the parties have approved.

4. The status of Angeion's administration costs.

**IT IS SO ORDERED**.

Dated: January 13, 2025



SALLIE KIM
United States Magistrate Judge