B Theophilus Mambu
195 Harvard Street
Apt 3
Rochester, NY 14607

Cashapp information:
$cashtag: $BTM0603
Email: theophilus.mambu@gmail.com

November 16, 2024

**FILED**

**NOV 16 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Hon. Sallie Kim**
United States District Court
Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Subject: Formal Objection to Settlement in Salinas v. Block Inc., et al., Case No. 22-cv-4823 (N.D. Cal.)

Dear Judge Kim,

I respectfully submit my objection to the proposed settlement in the matter of Salinas v. Block Inc., et al. My experience with the data breach caused by Cash App has resulted in significant and ongoing financial, emotional, and psychological harm. I am requesting a claimant award of $75,000, which I believe is a more appropriate and just compensation for the damages I have sustained.

The settlement amount of $2,500 is insufficient to cover the substantial losses and distress I have endured. It fails to adequately consider the depth of the emotional and financial toll, nor does it acknowledge the long-term burden of the breach. Below, I present compelling, documented evidence to support my position.

1. Continuous Unauthorized Withdrawals: From January 4 to August 4, 2024, I endured persistent, unauthorized attempts to withdraw funds from my Cash App account. These withdrawals, amounting to $5,072.77, were not only financially damaging but also caused immense psychological distress as I constantly had to monitor my account for fraudulent activity. These fraudulent attempts are detailed in the document titled "*Cashapp notification - Homeaglow and Jelena losses $BTM0603.xlsx*."

2. Credit Monitoring and Identity Theft Costs: Between March and May 2024, I incurred costs to protect my identity and credit, including purchasing credit monitoring and identity theft protection services, as well as requesting credit reports. These efforts, totaling $500, were necessary due to the breach, and the ongoing risk of identity theft has burdened me emotionally and financially. The following documents support these claims:

- *"Theophilus-B-Mambu-000017_THE HILTON LAW FIRM RECEIPT_CREDIT COST $BTM0603.pdf"*
- *"Theophilus-B-Mambu-000021_Feb 24 - Mar 24-2024_THE HILTON LAW FIRM_CREDIT COST $BTM0603.pdf"*
- *"Theophilus-B-Mambu-000025_Mar 24 - Apr 24-2024_THE HILTON LAW FIRM CREDIT COST $BTM0603.pdf"*
- *"Theophilus-B-Mambu-000027-APR 24 to MAY 24-HILTON LAW FIRM CREDIT REPAIR CREDIT COST $BTM0603.pdf"*

3. Emotional Distress and Ongoing Engagement with Cash App (please see file titled: "*complaints with cashapp rep on fraudulent transactions and losses_$BTM0603.pdf*": I have spent countless hours, across multiple days and weeks, trying to resolve this issue with Cash App. Despite spending time with customer service representatives—often for several hours at a time—my situation remains unresolved. I have replaced my Cash App debit cards multiple times, yet the breach continues. This ongoing issue has been emotionally draining, leaving me in a constant state of stress and insecurity regarding the safety of my financial information. The accompanying screenshots and records of my interactions with Cash App (between January and July 2024) provide clear evidence of my ongoing efforts to resolve this matter, yet the breach persists. Please see:
   - *"first homeaglow deduction on 1-4-24 on cashapp card ending in 7697_$BTM0603"*
   - *"first jelena deduction on 1-9-24 on cashapp card ending in 7697_$BTM0603"*
   - *"homeaglow forced attempted withdrawal even being blocked on 1-13-24 on cashapp card ending in 7697_$BTM0603"*
   - *"homeaglow forced attempted withdrawal even being blocked on 1-23-24 on cashapp card ending in 6006_$BTM0603"*
   - *"homeaglow forced attempted withdrawal even being blocked on 7-28-24 on cashapp card ending in 0691_$BTM0603"*
   - *"homeaglow forced attempted withdrawal even being blocked on 8-4-24 on cashapp card ending in 0691_$BTM0603"*
   - *"homeaglow forced attempted withdrawal even being blocked on 11-4-24 on cashapp card ending in 0691_$BTM0603"*
   - *"second homeaglow deduction on 1-12-24 on cashapp card ending in 7697_$BTM0603"*

4. Ongoing Costs for Protection: Beyond the immediate costs incurred in response to the breach, I continue to pay for ongoing protection against identity theft. I am subscribed to Experian's CreditWorks premium membership ($24.99/month), and I have also purchased additional protection services from Better Qualified (at $105/month). These ongoing costs reflect the ongoing threat and burden caused by the breach, yet the settlement does not address this continued strain. Please see:
   - *"Experian CreditWorks premium membership_CREDIT COST $BTM0603"*
   - *"BQ Contract B Theophilus Mambu_CREDIT COST $BTM0603.pdf"*

The impact of this breach on my life cannot be overstated. The emotional toll, compounded by the financial strain and the constant anxiety caused by the breach, is ongoing. I implore the Court to consider not only the immediate costs incurred but also the future burden this breach will impose on me. Given the facts and evidence presented, I believe that an award of $75,000 is justified.

I appreciate your time and attention to this matter, and I respectfully request that my objection be considered in the final settlement determination.

Sincerely,

B Theophilus Mambu

B Theophilus Mambu
195 Harvard Street
Apt 3
Rochester, NY 14607

Cashapp information:
$cashtag: $BTM0603
Email: theophilus.mambu@gmail.com

Reference file: https://cashappsecuritysettlement.com/home

**"complaints with cashapp rep on fraudulent transactions and losses_$BTM0603"**



| Date | Transaction ID | Transaction T | Currency | Amount | Fee | Net Amount | Asset Type | Asset Price | Asset Amoun | Status | Notes | Name of senc | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-11-04 18:30:24 EST | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW G04NOV FCI | Cash Balance | ...0691 |
| 2024-10-28 18:25:09 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW G28OCT FCI | Cash Balance | |
| 2024-10-25 18:09:20 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW K25OCT FCI | Cash Balance | |
| 2024-10-24 18:24:40 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW D24OCT FCI | Cash Balance | |
| 2024-10-04 20:36:01 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW D05OCT FCI | Cash Balance | |
| 2024-09-28 18:22:30 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW E28SEP FCM | Cash Balance | |
| 2024-09-25 06:23:55 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW D25SEP FCM | Cash Balance | |
| 2024-09-24 18:10:41 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW R24SEP FCV | Cash Balance | |
| 2024-09-04 18:10:28 EDT | | Cash Card | USD | ($39.69) | $0.00 | ($39.69) | | | | FAILED | HOMEAGLOW L04SEP FCM | Cash Balance | |
| 2024-08-28 18:14:09 EDT | | Cash Card | USD | ($44.98) | $0.00 | ($44.98) | | | | FAILED | HOMEAGLOW D28AUG FCI | Cash Balance | |
| 2024-08-25 18:24:44 EDT | | Cash Card | USD | ($44.98) | $0.00 | ($44.98) | | | | FAILED | HOMEAGLOW S25AUG FCA | Cash Balance | |
| 2024-08-24 18:23:49 EDT | | Cash Card | USD | ($44.98) | $0.00 | ($44.98) | | | | FAILED | HOMEAGLOW P24AUG FCA | Cash Balance | |
| 2024-08-04 18:17:01 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW 04AUG FC V | Cash Balance | |
| 2024-07-28 18:15:01 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW 28JUL FC MI | Cash Balance | |
| 2024-07-25 18:09:44 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW 25JUL FC MI | Cash Balance | |
| 2024-07-24 18:21:45 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW 24JUL FC MI | Cash Balance | |
| 2024-07-10 18:42:50 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW 10JUL FC MI | Cash Balance | |
| 2024-06-30 00:39:56 EDT | | Cash Card | USD | ($99.20) | $0.00 | ($99.20) | | | | FAILED | HOMEAGLOW 7/6 | Cash Balance | |
| 2024-06-23 18:09:26 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW FOREVERCLI | Cash Balance | |
| 2024-06-15 10:05:11 EDT | | Cash Card | USD | ($114.12) | $0.00 | ($114.12) | | | | FAILED | HOMEAGLOW 6/22 | Cash Balance | |
| 2024-05-14 18:05:41 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW FOREVERCLI | Cash Balance | |
| 2024-05-02 18:09:51 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW FOREVER CL | Cash Balance | |
| 2024-04-24 18:09:24 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V FOREVERCLEAN HOMEA( | Cash Balance | |
| 2024-04-02 07:09:02 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVER( | Cash Balance | |
| 2024-03-27 07:13:33 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V FOREVER CLEAN HOMEA | Cash Balance | |
| 2024-03-23 09:14:09 EDT | | Cash Card | USD | ($129.04) | $0.00 | ($129.04) | | | | FAILED | V HOMEAGLOW 3/30 | Cash Balance | |
| 2024-03-23 07:14:57 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V FOREVER CLEAN HOMEA | Cash Balance | |
| 2024-03-19 07:04:39 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVER ( | Cash Balance | |
| 2024-03-15 07:08:15 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVER ( | Cash Balance | |
| 2024-03-13 09:13:34 EDT | | Cash Card | USD | ($119.12) | $0.00 | ($119.12) | | | | FAILED | V HOMEAGLOW 3/16 | Cash Balance | |
| 2024-03-12 18:25:12 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V FOREVER CLEAN HOMEA | Cash Balance | |
| 2024-03-11 18:24:12 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVER( | Cash Balance | |
| 2024-03-10 18:26:21 EDT | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V FC MEMBERSHIP HOMEA | Cash Balance | |
| 2024-03-09 07:27:12 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVER ( | Cash Balance | |
| 2024-03-05 07:19:49 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVER ( | Cash Balance | |
| 2024-03-01 18:16:25 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FC MEMBI | Cash Balance | |
| 2024-02-29 18:18:24 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVER ( | Cash Balance | |
| 2024-02-28 07:29:02 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVERC | Cash Balance | |
| 2024-02-27 11:28:07 EST | | Cash Card | USD | ($171.08) | $0.00 | ($171.08) | | | | FAILED | V HOMEAGLOW 1ST CLEAN | Cash Balance | |
| 2024-02-24 08:27:09 EST | | Cash Card | USD | ($104.20) | $0.00 | ($104.20) | | | | FAILED | V HOMEAGLOW 3/2 | Cash Balance | |
| 2024-02-24 07:20:23 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V FOREVERCLEAN HOMEA( | Cash Balance | |
| 2024-02-20 07:27:25 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | V HOMEAGLOW FOREVERC | Cash Balance | |
| 2024-02-16 07:30:52 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | FC MEMBERSHIP HOMEAG | Cash Balance | |
| 2024-02-15 07:27:08 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | FOREVERCLEAN HOMEAGL | Cash Balance | |
| 2024-02-14 08:29:40 EST | | Cash Card | USD | ($119.12) | $0.00 | ($119.12) | | | | FAILED | HOMEAGLOW 2/17 | Cash Balance | |
| 2024-02-13 18:27:20 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | FC MEMBERSHIP HOMEAG | Cash Balance | |
| 2024-02-12 18:26:10 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW FOREVER CL | Cash Balance | |
| 2024-02-11 18:31:16 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW FOREVER CL | Cash Balance | |
| 2024-02-10 07:11:04 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | FC MEMBERSHIP HOMEAG | Cash Balance | |
| 2024-02-06 12:38:23 EST | | Cash Card | USD | ($171.08) | $0.00 | ($171.08) | | | | FAILED | HOMEAGLOW 1ST CLEAN A | Cash Balance | |
| 2024-02-06 07:14:15 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | FC MEMBERSHIP HOMEAG | Cash Balance | |
| 2024-02-04 02:48:16 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW FOREVERCLI | Cash Balance | |
| 2024-02-02 18:23:09 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | FOREVERCLEAN HOMEAGL | Cash Balance | |
| 2024-02-01 18:29:33 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | | | | FAILED | HOMEAGLOW FC MEMBER | Cash Balance | |

| Date | | Type | Currency | Amount | | | Status | Description | Source | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2024-01-31 18:13:02 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVERCLEAN HOMEAGL | Cash Balance | |
| 2024-01-31 08:22:10 EST | | Cash Card | USD | ($119.12) | $0.00 | ($119.12) | FAILED | HOMEAGLOW 2/3 | Cash Balance | |
| 2024-01-30 07:07:04 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVER CLEAN HOMEAGL | Cash Balance | |
| 2024-01-29 07:32:10 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FOREVERCLI | Cash Balance | |
| 2024-01-28 07:14:41 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FOREVER CL | Cash Balance | |
| 2024-01-27 07:22:09 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVERCLEAN HOMEAGL | Cash Balance | |
| 2024-01-23 07:24:07 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FC MEMBER | Cash Balance | ...6006 |
| 2024-01-21 06:17:43 EST | | Cash Card | USD | ($56.75) | $0.00 | ($56.75) | FAILED | PAYPAL *JELENA | Cash Balance | |
| 2024-01-21 06:17:41 EST | | Cash Card | USD | ($56.75) | $0.00 | ($56.75) | FAILED | PAYPAL *JELENA | Cash Balance | |
| 2024-01-19 18:21:22 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FC MEMBER | Cash Balance | |
| 2024-01-19 07:24:06 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVERCLEAN HOMEAGL | Cash Balance | |
| 2024-01-18 18:19:06 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVER CLEAN HOMEAGL | Cash Balance | |
| 2024-01-18 07:31:11 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FOREVER CL | Cash Balance | |
| 2024-01-17 18:23:30 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVERCLEAN HOMEAGL | Cash Balance | |
| 2024-01-17 07:32:27 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVER CLEAN HOMEAGL | Cash Balance | |
| 2024-01-16 18:09:09 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FOREVERCLI | Cash Balance | |
| 2024-01-16 07:34:30 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FC MEMBER | Cash Balance | |
| 2024-01-16 06:01:38 EST | | Cash Card | USD | ($57.11) | $0.00 | ($57.11) | FAILED | PAYPAL *JELENA | Cash Balance | |
| 2024-01-16 06:01:37 EST | | Cash Card | USD | ($57.11) | $0.00 | ($57.11) | FAILED | PAYPAL *JELENA | Cash Balance | |
| 2024-01-15 18:31:31 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVER CLEAN HOMEAGL | Cash Balance | |
| 2024-01-15 07:10:32 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FOREVERCLEAN HOMEAGL | Cash Balance | |
| 2024-01-14 18:28:52 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FOREVER CL | Cash Balance | |
| 2024-01-14 07:24:03 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FOREVERCLI | Cash Balance | |
| 2024-01-13 18:26:07 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | FC MEMBERSHIP HOMEAG | Cash Balance | |
| 2024-01-13 07:11:15 EST | | Cash Card | USD | ($52.92) | $0.00 | ($52.92) | FAILED | HOMEAGLOW FC MEMBER | Cash Balance | |
| 2024-01-12 21:47:22 EST | | Cash Card | USD | ($17.00) | $0.00 | ($17.00) | COMPLETE | HOMEAGLOW TIP 1/12 | Cash Balance | |
| 2024-01-09 17:32:50 EST | | Cash Card | USD | ($57.17) | $0.00 | ($57.17) | COMPLETE | PAYPAL *JELENA | Cash Balance | |
| 2024-01-04 06:38:08 EST | | Cash Card | USD | ($42.12) | $0.00 | ($42.12) | COMPLETE | V 4HR HOMEAGLO VOUCH | Cash Balance | ...7697 |
| 2023-07-22 18:38:44 EDT | | Cash Card | USD | ($165.00) | $0.00 | ($165.00) | COMPLETE | LIBERIA ONLINE | Cash Balance | |
| 2023-07-22 18:36:26 EDT | | Cash Card | USD | ($165.00) | $0.00 | ($165.00) | FAILED | LIBERIA ONLINE | Cash Balance | |
| 2023-07-22 18:34:47 EDT | | Cash Card | USD | ($165.00) | $0.00 | ($165.00) | FAILED | LIBERIA ONLINE | Cash Balance | |
| 2023-07-22 18:13:16 EDT | | Cash Card | USD | ($165.00) | $0.00 | ($165.00) | COMPLETE | LIBERIA ONLINE | Cash Balance | |
| 2019-09-15 14:46:49 EDT | fqjqzya | P2P | USD | ($65.00) | $0.00 | ($65.00) | COMPLETE | Debt on Sept Annie Kamar: | Chase Bank | |

|  | total | ($5,564.92) |
|---|---|---|
|  | others | ($1,009.89) |
|  | jelena | ($284.89) |
|  | jelena + aglow | ($4,839.92) |
|  |  |  |
|  | completed jelena + aglow | ($116.29) |
|  |  |  |
|  | attempted withdrawals from Jan 4 to Aug 4, 2024 | ($5,072.77) |

6:26 🌙

## Cash App Support ✅    ✕

Thu, Jan 18 8:14 AM

> Where in the app can I navigate to find a list of all my current disputes

 Advocate

Give me just a moment while I look further into this for you. I'll reach back out once I have an update.

Thu, Jan 18 8:23 AM

 Advocate

At this time we don't offer the option to see your disputes on app. We're always looking to improve based on our customers' feedback and we enjoy hearing from you about how we can make the app as useful as it can be. I'll pass your request on to our team. Thanks for sharing your insight with us.

I will need the following information to look into this for you:

- Merchant name
- Transaction Date:
- Transaction Amount (or amount disputed, if different):
- Reason for dispute:
- Date you submitted the dispute to us:

⌄

＋   Chat with Support

6:26 🌙

## Cash App Support      ✕

> I already submitted the dispute!!!
> Don't you see it already? I just
> wanted to know if there's a one stop
> shop place to see all open
> disputes!!!!!!

🙂 Advocate

We are unable to provide any more
information regarding your dispute
filed on 1/18/24 at this time. As a
reminder, dispute claims may take up
to 45 days from the date that we
received your notice of error to
review and resolve your claim.

Once we have an update on your
dispute, you will receive an in-app
notification, email, and an updated
status in the dispute details in your
Cash App when more information is
available. You can view that
information in your Cash App by
following these steps:
1. Tap the Activity icon
2. Select the Cash Card transaction
being disputed
3. Tap the payment status for more
dispute details

Thank you for your continued
patience and cooperation during the
dispute process.

⌄

Thu, Jan 18 8:33 AM

╋  Chat with Support

6:27 🌙

## Cash App Support  ✕

Thu, Jan 18 8:47 AM

> Why didn't I receive an email from Cashapp notifying me that my dispute has been received and they're reviewing? Shouldn't that be the process?

 Advocate

Give me just a moment while I look further into this for you. I'll reach back out once I have an update.

Once we have an update on your dispute, you will receive an in-app notification, email, and an updated status in the dispute details in your Cash App when more information is available. You can view that information in your Cash App by following these steps:
1. Tap the Activity icon
2. Select the Cash Card transaction being disputed
3. Tap the payment status for more dispute details

Thank you for your continued patience and cooperation during the dispute process.

Tue, Jan 23 5:27 PM ⌄

＋ Chat with Support

6:27 🌙                          ⚭ ▬

**Cash App Support**           ✕

Thu, Jan 18 8:47 AM

> Why didn't I receive an email from Cashapp notifying me that my dispute has been received and they're reviewing? Shouldn't that be the process?

 Advocate

Give me just a moment while I look further into this for you. I'll reach back out once I have an update.

Once we have an update on your dispute, you will receive an in-app notification, email, and an updated status in the dispute details in your Cash App when more information is available. You can view that information in your Cash App by following these steps:
1. Tap the Activity icon
2. Select the Cash Card transaction being disputed
3. Tap the payment status for more dispute details

Thank you for your continued patience and cooperation during the dispute process.

Tue, Jan 23 5:27 PM                ⌄



➕   Chat with Support            ⋗

6:27 🌙

## Cash App Support  ✕

> I changed my cashapp card to a New Card a day or two ago, how come the merchant has access to my new card that is en route and the merchant keeps charging me $52.92??? This is insane!!!! How is this possible???? My card hasn't even reached me and the merchant has access to it? $52.92 charge every day! How is this possible? Explain please.

 Cashbot

I'll get you to someone who can help. It may take a few minutes, but you don't have to wait. We'll notify you when they reply.

 Advocate

Hi  Theo, Jeff here! Thanks for contacting Cash App. Let me take a look into your case.

I'm truly sorry that you've had to deal with this unfortunate incident, I am willing to do everything in my power.

I see you reported your previous card as compromised and then order the new one ending in 6006 But it seems that you're still getting charged from this merchant.

➕  Chat with Support

6:27 ➤                    

### Cash App Support                     ✕

I'm truly sorry that you've had to deal with this unfortunate incident, I am willing to do everything in my power.

I see you reported your previous card as compromised and then order the new one ending in 6006
But it seems that you're still getting charged from this merchant.

There are cases where merchants can force an authorization on your card and continue to pull funds from your balance, even if you've disabled or reported the card.

We kindly suggest getting in touch with the merchant directly associated with the unauthorized transactions, They should be able to assist you in confirming whether any active subscriptions or membership are linked to your Cash card and remove it from their systems they can help you initiate the cancellation process.

If you wish we can block them for you

In order to avoid future unwanted transactions.                    ⌄

＋

6:28 🌙

## Cash App Support     ✕

Tue, Jan 23 5:51 PM

Block them!!!! This is bs!!!! They go by many names! Block all $52.92 log items on my transaction log! Thank you!

 Advocate

Sure!!! I'll block them now

Thank you so much!

 Advocate

Per your request, your account is blocked from transactions with Homeaglow Reactivation. If you would like to unblock this merchant, please let me know. If you attempt to use your Cash Card with this merchant, the transaction will be declined.

Please note, merchant blocking does not protect from outstanding account balances that are overdue from past transactions. A merchant can force a transaction to complete in these instances. If you have an outstanding balance with a merchant, please contact them directly to resolve the issue.

⌄

╋  Chat with Support



6:28 🌙

## Cash App Support      ✕

Per your request, your account is blocked from transactions with V Homeaglow Forever CI. If you would like to unblock this merchant, please let me know. If you attempt to use your Cash Card with this merchant, the transaction will be declined.

Please note, merchant blocking does not protect from outstanding account balances that are overdue from past transactions. A merchant can force a transaction to complete in these instances. If you have an outstanding balance with a merchant, please contact them directly to resolve the issue.

What do you mean?

I'm confused

These guys go by many names. Check my transaction history- sometimes they charge $174, sometimes $104, sometimes $52

 Advocate

To help us look into this, please provide more details about your presented issue. Tap below to select the transaction related to your issue:

⌄

➕  Chat with Support          ⊲

6:29 🌙

## Cash App Support 🔵                    ✕

you wait, you may have access to your card details to link to Apple or Google Pay from your app:

1. Go to the Cash Card tab
2. Select Add to Google Pay or Apple Pay
3. Follow the prompts

If you're unable to view your card details in the app, you'll need to wait to activate your physical card first.

> Do you understand what I'm saying?

> This merchant has no access to my information. It's because of this merchant I had to request a replacement chime Debit card. However, even after replacing my Chime debit card which this merchant doesn't have access to, they're still able to charge my account. HOW IS THIS POSSIBLE?

😊 Advocate

Well, they have access, they are trying to purchase using it.

Please report this card as stolen.

Take your time.                          ⌄

＋   Chat with Support



**The Hilton Law Firm, PLLC**
100 S Ashley Dr Ste 600
Tampa, FL 33602-5300 United States
813-955-2631

Invoice #000017

**Issue date**
Feb 11, 2024

# The Hilton Law Firm, PLLC - Credit Repair Program Credit Analysis

**Customer**
Theophilus B Mambu
theophilus.mambu@gmail.com
66 Fort Hill
Terrace 2
New York, NY 14620

**Invoice Details**
PDF created February 20, 2024
$250.00

**Payment**
Due February 11, 2024
$250.00

| Items | Quantity | Price | Amount |
|-------|---------|-------|--------|
| THLFCRP - Client Credit Analysis | 1 | $250.00 | $250.00 |
| Subtotal | | | $250.00 |

## Total Paid $250.00

**Payments**
Feb 20, 2024 (Visa 6206) $250.00



**View online**

**To view your invoice go to https://squareup.com/u/oepEerPl**

Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**The Hilton Law Firm, PLLC**
100 S Ashley Dr Ste 600
Tampa, FL 33602-5300 United States
813-955-2631

Invoice #000021

Issue date
Mar 15, 2024

# THLFCRP February '24 - March '24 Counsel

**Customer**
Theophilus B Mambu
theophilus.mambu@gmail.com
195 Harvard St
Apt 3
Rochester, NY 14607

**Invoice Details**
PDF created April 29, 2024
$75.00

**Payment**
Due March 19, 2024
$75.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| THLFCRP - Monthly Invoice | 1 | $75.00 | $75.00 |
| Subtotal | | | $75.00 |

## Total Paid $75.00

**Payments**
Mar 26, 2024 (Visa 1450)                                          $75.00



**View online**

**To view your invoice go to** https://squareup.com/u/usy2ZUMp
Or open the camera on your mobile device and place the QR code in the camera's view.



**The Hilton Law Firm, PLLC**
100 S Ashley Dr Ste 600
Tampa, FL 33602-5300 United States
813-955-2631

Invoice #000025

**Issue date**
Apr 16, 2024

# THLFCRP March '24 - April '24 Counsel

**Customer**
Theophilus B Mambu
theophilus.mambu@gmail.com
195 Harvard St
Apt 3
Rochester, NY 14607

**Invoice Details**
PDF created April 29, 2024
$75.00

**Payment**
Due April 19, 2024
$75.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| THLFCRP - Monthly Invoice | 1 | $75.00 | $75.00 |
| Subtotal | | | $75.00 |

## Total Paid $75.00

**Payments**
Apr 29, 2024 (Visa 6206) $75.00



**View online**
**To view your invoice go to https://squareup.com/u/Uki8n1m6**
Or open the camera on your mobile device and place the QR code in the camera's view.

Page 1 of 1



**The Hilton Law Firm, PLLC**
100 S Ashley Dr Ste 600
Tampa, FL 33602-5300 United States
813-955-2631

Invoice #000027

**Issue date**
May 21, 2024

# THLFCRP April '24 - May '24 Counsel

**Customer**
Theophilus B Mambu
theophilus.mambu@gmail.com
195 Harvard St
Apt 3
Rochester, NY 14607

**Invoice Details**
PDF created May 31, 2024
$75.00

**Payment**
Due May 21, 2024
$75.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| THLFCRP - Monthly Invoice | 1 | $75.00 | $75.00 |
| Subtotal | | | $75.00 |

## Total Paid $75.00

**Payments**
May 31, 2024 (Visa 6206)                                                    $75.00



**View online**

**To view your invoice go to https://squareup.com/u/c2k5PccG**
Or open the camera on your mobile device and place the QR code in the camera's view.



**Homeaglow 04aug Fc Mem**

## $52.92

Aug 4 at 5:17 PM

This payment was declined because you don't have enough cash available

| Amount | $52.92 |
| Source | Cash App Card 0691 |



**Homeaglow 28jul Fc Mem**

# $52.92

Jul 28 at 5:15 PM

**This payment was declined because you don't have enough cash available**

| Amount | $52.92 |
|---|---|
| Source | Cash App Card 0691 |







Homeaglow Reactivation

$17.00

Jan 12 at 9:47 PM

Completed

| Amount | $17.00 |
| Source | Cash App Card 7697 |

**Homeaglow Reactivation**

## $52.92

Jan 23 at 7:24 AM

**This payment was declined because
you don't have enough cash available**

Amount                                    $52.92

Source                    Cash App Card 6006



**Homeaglow G04nov Fcmem**

# $39.69

Nov 4 at 6:30 PM

**This payment was declined because you don't have enough cash available**

| | |
|---|---|
| Amount | $39.69 |
| Source | Cash App Card 0691 |



$cashtag*

$BTM0603                                                    ⓘ

ⓘ Enter your email address **or** phone number below.

Email Address

theophilus.mambu@gmail.com                                 ⓘ

Phone Number

                                                           ⓘ

Submit

**You are identified as a member of the settlement class but we do not have an email on file for your record. Please reach out to the settlement inbox, info@cashappsecuritysettlement.com to receive your Notice ID.**

eed assistance?

