IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSISCO — DIVISION

JEROME CLARKE
THIRD PARTY PLAINTIFF,
SALINAS,
PLAINTIFF,
ET, AL.

VS.

BLOCK INC., AND CASH APP.
INVESTING LLL,
DEFENDANT(S).

CASE # 22-CV-04823

FILED
FEB 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEMAND FOR JUDGEMENT

I.

REFERENCE AND PURSUANT TO COURT ORDER DATED JANUARY 13, 2025; WHEREFORE THIRD PARTY PLAINTIFF AND/OR INDIVIDUAL PLAINTIFF AND/OR PUTATIVE PLAINTIFF, JEROME CLARKE, CASH APP. USER EMAIL JCLARKE195@OUTLOOK.COM, TAG $JCLARKE DEMAND A CLAIM JUDGMENT AGAINST DEFENDANT(S) BLOCK INC., AND CASH APP. INVESTING LLL, IN THE ABOVE ENTITLED CASE IN MY BEHALF FOR $25.00. INVESTED IN A $10,000.00. T-BILL FOR AT LEAST FOUR YEARS IN THE AMOUNT OF $7,800.00; AND AS A ASSERTIVE REMEDY OVER FOR $2,800.00. REINVESTED IN A $100,000.00. T-BILL PLUS INTEREST AND COST.

RESPECTFULLY SUBMITTED THIS 27TH DAY OF January, 2025
Jerome Clarke
JEROME CLARKE

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFIES THAT I HAS THE UNDERSIGN DATE SERVED A TRUE AND CORRECT COPY OF THE WITHIN DOCUMENT-DEMAND FOR JUDGMENT-PRIOR TO FILING THE SAME IN THE U.S. MAIL SYSTEM WITH ADEQUATE AND SUFFICIENT POSTAGES AFFIXED THERETO PROPERLY UPON:

RESPECTFULLY SUBMITTED
Jerome Clarke
JEROME CLARKE
GDC#8495913,32B.
CENTRAL STATE PRISON
4600 FULTON MILL ROAD
MACON, GEORGIA 31208

ESQ. ATTORNEYS AT LAW
BLOCK INC; AND CASH APP.
INVESTING CLL
1650 ARCH STREET SUITE 2210
PHILADELPHIA, PENNSYLVANIA 19103;

ESQ. ATTORNEY AT LAW
DAVID A. GOODWIN
GUSTAFSON GLUEK PLLC
CANADIAN PACIFIC PLAZA
120 SOUTH SIXTH STREET, SUITE 2600
MINNEAPOLIS, MN. 55402

THIS 27TH DAY OF January, 2025