RESPECTFULLY SUBMITTED

Jerome Clarke

JEROME CLARKE

GDC# 849591 K3, 32 B

CENTRAL STATE PRISON

4600 FULTON MILL ROAD

MACON, GEORGIA 31208

THIS 27TH DAY OF JANUARY 2025

**FILED**

FEB 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

C.C. CLAIMANT FURTHER DECLARES UNDER THE PENALTY OF PERJURY HAS SERVED A COPY OF THE CLAIMANT, JEROME CLARKE, INCORPORATED CLAIM FORM TO:

CLERK OF COURT IN CONSEQUENCE DIRECTED TOWARDS PRESIDENT AND CHIEF EXECUTIVE OFFICER OF THE SETTLEMENT CLAIM ADMINISTRATION FIRM ANGEION GROUP, LLC

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

THIS 27TH DAY OF JANUARY, 2025

(2.)

# INCORPORATED CLAIM FORM

IN RE:

JEROME CLARKE,
  CLAIMANT,

WHEREFOR THIRD PARTY PLAINTIFF AND/OR INDIVIDUAL PLAINTIFF AND/OR PUTATIVE PLAINTIFF CLAIMANT, JEROME CLARKE, CASH APP. USER EMAIL JCLARKE195@OUTLOOK.COM. TAG # JCLARKE195 DEMAND A CLAIM JUDGMENT AGAINST DEFENDANT(S) BLOCK INC; AND CASH APP. INVESTING LLC, IN THE ABOVE-REFERENCE CASE IN CLAIMANT BEHALF FOR $25.00 - INVESTED IN A $10,000.00 T-BILL FOR ATLEAST FOUR YEARS IN THE AMOUNT OF $2,800.00. AND AS A ASSERTIVE REMEDY OVER FOR $2,800.00 REINVESTED IN A $100,000.00 T-BILL PLUS INTEREST AND COST.

DUE TO: ON DISCLOSURES THE DEFENDANT(S) HAS A $25.00.00 INSURED INVESTMENT IN A $10,000.00 T-BILL ON CLAIMANT [I]TS CASH APP. USER THROUGH ELECTRONICALLY ILLEGALLY ACCESSING THE CLAIMANT FINANCIAL CASH APP. ACCOUNT IN AWAY THAT VIOLATES STATUTE/TRANSFERRING DIVERTING ADVISING THE CLAIMANT TO TAKE A NEW CASH APP. ACCOUNT WITHOUT THE CLAIMANT HAVING THE OPPORTUNITY TO RECEIVE THE $25.00.00 INSURED AND INVESTED IN THE DEFENDANT(S) SHARE HOLDER(S) $10,000.00 T-BILL;

THE $25.00.00 THAT HAS BEEN TRANSFERRED - DIVERTED FROM THE CLAIMANT CASH APP. FINANCIAL ACCOUNT.

(1.)

Mr. Jerome Clarke
SO CF 84959 K3 32B
Central State Prison
600 Fulton Mill Road
Macon, Georgia 31208

RECEIVED
FEB 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court Northern District
of California
450 Golden Gate Avenue
San Francisco, California 94102

94102-366199



CENTRAL STATE PRISON
4600 FULTON MILL RD MACON, GA 31208

The enclosed le... as processed though special m...
Forwarding to you. ...tter has been neither ...
Writer raises a question ... ...blem over ...
jurisdiction, you may wish to re... ...material for further infor...
clarification. If the write... ...correspondence for forwardi...
another addressee, please return the enclosure to above addre...