# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No.: 3:22-cv-04823<br><br>Hon. Magistrate Judge Sallie Kim<br><br>**ORDER DENYING STIPULATION AS MOOT** |

The parties filed a stipulation to strike the hearing on DeVita's motion to intervene. However, the motion, including the hearing, was terminated after DeVita filed a notice to withdraw his motion. Therefore, the Court HEREBY DENIES the stipulation as MOOT.

Dated: February 21, 2025

_____
Hon. Magistrate Judge Sallie Kim

1