# Exhibit 1

| Exclusion # | Name | Exclusion Date (Postmark Date) |
|---|---|---|
| 1 | AARON LOREN | 9/20/2024 |
| 2 | ADAM MUENCHEN | 11/5/2024 |
| 3 | ADDISON M CRUM | 9/11/2024 |
| 4 | AL REYES | 11/7/2024 |
| 5 | ALEC RAMB | 9/24/2024 |
| 6 | ALEXANDER ROGERS | 11/18/2024 |
| 7 | ALEXIS RICHARDSON | 8/29/2024 |
| 8 | ALICIA JONES | 9/24/2024 |
| 9 | ALISSA TOTURA | 11/7/2024 |
| 10 | AMANDA BAKER | 11/7/2024 |
| 11 | AMANDA SIEGFRIED | 10/29/2024 |
| 12 | ANA CAROLINA VILLAR DE JIMENEZ | 9/20/2024 |
| 13 | ANDREA YOUNG | 11/5/2024 |
| 14 | ANDRES CECILIA GALLEGOS | 11/1/2024 |
| 15 | ANDREW BAIN | 8/29/2024 |
| 16 | ANDREW LUEIBELLO JR | 11/21/2024 (11/18/2024) |
| 17 | ANGELA SPANN | 11/5/2024 |
| 18 | ANGELICA LESTER | 10/15/2024 |
| 19 | ANTONIO NEGRUN | 11/5/2024 |
| 20 | APRIL MARIA WILLIAMS | 10/29/2024 |
| 21 | ARTURO LEON | 10/3/2024 |
| 22 | AUGUSTINAS MARINICER | 11/7/2024 |
| 23 | BARETT MCGAVOCK | 10/14/2024 |
| 24 | BERNARD COALEY | 11/21/2024 (11/12/2024) |
| 25 | BETH HENSON | 11/5/2024 |
| 26 | BETHANY KOLCU | 9/24/2024 |
| 27 | BILL CAGE | 11/7/2024 |
| 28 | BRANDON BELL | 10/22/2024 |
| 29 | BRANDON JEFFREY CHE | 11/7/2024 |
| 30 | BRANDON SWANSON | 11/5/2024 |
| 31 | BREAN PALMER | 8/22/2024 |
| 32 | BRIAN STRUMPF | 9/24/2024 |
| 33 | BRITTANY THOMAS | 10/15/2024 |
| 34 | CARL HOLLINGSWORTH | 8/26/2024 |
| 35 | CHANTIA WOODROP | 11/12/2024 |
| 36 | CHRISTINA SPEARS | 9/17/2024 |
| 37 | CHRISTOPHER NITKIN | 9/9/2024 |
| 38 | CORISSA LaFONTAINE | 10/15/2024 |
| 39 | CRAIG VOLLMAR | 9/24/2024 |
| 40 | DAISY CAMPOS - GARCIA | 10/14/2024 |
| 41 | DANIEL H ADAMS | 9/9/2024 |
| 42 | DANIELLE ADAMS | 11/12/2024 |
| 43 | DANIELLE MANLEY | 8/8/2024 |

| | | |
|---|---|---|
| 44 | DAWN FRANK | 8/13/2024 |
| 45 | DEA ADAMS | 11/12/2024 |
| 46 | DEANGELO JOHNSON | 10/8/2024 |
| 47 | DESIREE FULTON | 12/2/2024 (10/31/2024) |
| 48 | DESTINY RORIE | 11/21/2024 (11/15/2024) |
| 49 | DOMINIQUE MOORE | 11/26/2024 (11/18/2024) |
| 50 | DOROTHY BOWIE | 11/5/2024 |
| 51 | DOROTHY HARRIS | 9/16/2024 |
| 52 | DULA HERMANDEY | 11/7/2024 |
| 53 | DWAYNE FORD | 10/15/2024 |
| 54 | ED WUNCH | 11/5/2024 |
| 55 | EDWINA YUAN | 9/11/2024 |
| 56 | ELIZABETH CHENAULT | 11/5/2024 |
| 57 | ERIC BLAIR | 8/6/2024 |
| 58 | ERIC COOLEY | 11/21/2024 (11/13/2024) |
| 59 | ERIK DENKERS | 10/8/2024 |
| 60 | ERIKA NICOLE GARCIA CARDENAS | 11/7/2024 |
| 61 | ESTHER GIEZENDANNER | 10/21/2024 |
| 62 | ETHAN HICKEY | 11/26/2024 (11/18/2024) |
| 63 | ETHAN ROBERT BAKKEDAHL | 10/3/2024 |
| 64 | EUMARIE VEGA | 10/29/2024 |
| 65 | EVAN ANDARIESE | 11/7/2024 |
| 66 | GABRIELL PACINO | 9/9/2024 |
| 67 | GENEVIEVE BERGESON | 10/22/2024 |
| 68 | GINGER BLUMENTHAL | 11/12/2024 |
| 69 | GLEN GOELOE II | 11/4/2024 |
| 70 | GRACIELA ARREDONDO | 11/7/2024 |
| 71 | GREGORY IN DEN BERKEN | 9/11/2024 |
| 72 | HALEIGH SANDINE | 8/20/2024 |
| 73 | HECTOR RUBIO-GARCIA | 8/26/2024 |
| 74 | ISMAEL AGUAYO | 11/5/2024 |
| 75 | ISRAEL ROBINSON | 11/7/2024 |
| 76 | JACQUELINE GOLDSTEIN | 11/7/2024 |
| 77 | JACQUELINE MATHIS | 10/22/2024 |
| 78 | JAMES CLAYBURN | 10/15/2024 |
| 79 | JAMES MARTEZ CALDWELL | 8/26/2024 |
| 80 | JAMILLEA BANKS | 11/7/2024 |
| 81 | JASMINE SIMTH | 11/5/2024 |
| 82 | JASON RINGHAM | 10/3/2024 |
| 83 | JAZMINE GAINER | 11/5/2024 |
| 84 | JEAN GUERRIER | 11/5/2024 |
| 85 | JEANNETTE MITCHELL | 10/14/2024 |
| 86 | JENNIFER HART | 9/16/2024 |
| 87 | JILL ASLESON | 8/29/2024 |

| | | |
|---|---|---|
| 88 | JOCELYN HICKMAN | 11/5/2024 |
| 89 | JODIE BULLOCK GOLDSTEIN | 11/7/2024 |
| 90 | JORDAINE DAWKINS | 11/12/2024 |
| 91 | JORDAN POWELL | 10/29/2024 |
| 92 | JOSE YBARRA III | 11/5/2024 |
| 93 | JOSEPH MOORE | 11/5/2024 |
| 94 | JOSHUA SCOTT | 10/22/2024 |
| 95 | JOY WILLIAMS | 9/24/2024 |
| 96 | JUSTICE SMITH | 10/4/2024 |
| 97 | JUSTIN REESE | 10/15/2024 |
| 98 | KAREN SANDINE | 8/20/2024 |
| 99 | KATTYA KANCYLARYSTA | 10/22/2024 |
| 100 | KELLYE WRIGHT | 9/17/2024 |
| 101 | KEN BRUMFIELD | 11/5/2024 |
| 102 | KENNETH HAWKINS | 8/26/2024 |
| 103 | KEVIN SHOTWELL | 8/26/2024 |
| 104 | KEVIN UNG | 10/29/2024 |
| 105 | KEYVETTE DANSBY | 11/7/2024 |
| 106 | KIM JONES | 8/6/2024 |
| 107 | KOURTNEY BROWN | 8/15/2024 |
| 108 | LAKENNYA YVETTE MARCH | 9/9/2024 |
| 109 | LARVATA WRICE | 11/5/2024 |
| 110 | LAUREN STEIDL | 11/5/2024 |
| 111 | LAWRENCE VALEZQUEZ | 11/21/2024 (11/18/2024) |
| 112 | LAZARO MOLINA | 11/7/2024 |
| 113 | LEWIS BURWELL | 11/21/2024 (11/19/2024) |
| 114 | LOIS RUSSO-LOPEZ | 8/29/2024 |
| 115 | LORI BROWN | 11/5/2024 |
| 116 | LOUIE YI JIE TAN | 10/15/2024 |
| 117 | M CHRIS SILVA | 10/8/2024 |
| 118 | MAGGALI COLE | 10/8/2024 |
| 119 | MALCOLM TYSON | 11/5/2024 |
| 120 | MALIK JOHNSON | 8/26/2024 |
| 121 | MARC GOLDSTEIN | 11/7/2024 |
| 122 | MARCELLA DEBRITO | 10/8/2024 |
| 123 | MARCELLA DEBRITO | 9/12/2024 |
| 124 | MARK JACKSON | 10/16/2024 |
| 125 | MARVIN ORAGUZIE | 10/29/2024 |
| 126 | MATTHEW RAMSAYWACK | 9/11/2024 |
| 127 | MATTIE LAFOUNTAIN | 9/24/2024 |
| 128 | MELISSA TYSON | 11/5/2024 |
| 129 | MICHAEL CASTLEMAN | 10/3/2024 |
| 130 | MICHAEL DEVITA | 11/15/2024 |
| 131 | MICHAEL EKIZIAN | 11/7/2024 |

| | | |
|---|---|---|
| 132 | MICHAEL VAN WORMER II | 9/26/2024 |
| 133 | MICHAEL WAYNE MILLER JR | 10/8/2024 |
| 134 | MICHAEL WILSON | 11/7/2024 |
| 135 | MOHAMMAD SAIF ULLAH | 10/8/2024 |
| 136 | MOSAMMAT K NAYEM | 10/8/2024 |
| 137 | MT OLIVE CHURCH OF PLANO | 10/29/2024 |
| 138 | N SITAWISHA | 10/15/2024 |
| 139 | NAISHA FINKLEA | 11/21/2024 (11/18/2024) |
| 140 | NGOCTRUC AMY NGUYEN | 10/15/2024 |
| 141 | NIKIA DAVIS | 10/29/2024 |
| 142 | NYLBA QUINONES | 11/5/2024 |
| 143 | ONKUR SEN | 8/26/2024 |
| 144 | PAMELA GRIMES | 11/5/2024 |
| 145 | PATRICIA GERLITZKI | 8/8/2024 |
| 146 | PATRICIA GRIFFIN | 11/5/2024 |
| 147 | PERRY JONES | 11/26/2024 (11/18/2024) |
| 148 | PIERRE WILSON | 11/7/2024 |
| 149 | QUENTON D BRATTON | 10/29/2024 |
| 150 | RAHIEM TRACEY | 11/21/2024 (11/18/2024) |
| 151 | RASAON CARR | 9/17/2024 |
| 152 | RAYMOND JOHNSON | 11/18/2024 |
| 153 | ROBERT REINHART | 9/21/2024 |
| 154 | RONEISHALA MILTON | 10/16/2024 |
| 155 | RONNIE RIZZO | 10/9/2024 |
| 156 | ROSE CRAMPTON | 8/29/2024 |
| 157 | RYAN COLLINS | 8/26/2024 |
| 158 | SARAH PITKINS | 11/21/2024 (11/19/2024) |
| 159 | SCOT COLFORD | 11/5/2024 |
| 160 | SCOTT ASIALA | 9/16/2024 |
| 161 | SHANNON LUZIK | 9/17/2024 |
| 162 | SHARMIN MOWRY | 8/26/2024 |
| 163 | SHERI POWERS | 11/5/2024 |
| 164 | SHIRLEY LEI | 11/5/2024 |
| 165 | SIMPSON | 11/5/2024 |
| 166 | STEPHANIE BOOKER | 11/7/2024 |
| 167 | STEPHANIE CURTIS | 8/26/2024 |
| 168 | STEPHANIE HUDSON | 11/5/2024 |
| 169 | STEPHANIE MATHENY | 11/5/2024 |
| 170 | STEPHEN JOHNSON | 10/3/2024 |
| 171 | STEPHEN J MAKI | 9/11/2024 |
| 172 | STEVEN MENDEZ | 8/29/2024 |
| 173 | SUSANNE THOMAS | 10/14/2024 |
| 174 | SUZANNE M BORHO | 9/11/2024 |
| 175 | TAMARA J YEH | 10/22/2024 |

| 176 | TANYA MIRANDA | 8/29/2024 |
|---|---|---|
| 177 | TEAKETA REED | 11/22/2024 (11/18/2024) |
| 178 | TENEISHA BROWN | 11/12/2024 |
| 179 | THOMAS C FISCHER | 8/13/2024 |
| 180 | THOMAS HAWLEY | 10/3/2024 |
| 181 | TIM DABAREINE | 11/7/2024 |
| 182 | TIMOTHY JANSSEN | 8/29/2024 |
| 183 | TIMOTHY XU | 11/5/2024 |
| 184 | TRACIE SAMS | 11/5/2024 |
| 185 | TRISHA ADKINS | 10/29/2024 |
| 186 | TYSEANAH SPELL | 9/11/2024 |
| 187 | WENDY RAMOS | 11/5/2024 |
| 188 | YOLANDA MATTA | 10/29/2024 |
| 189 | YUSSEF HADI AFRA | 10/8/2024 |
| 190 | ZACHARY DARK | 9/24/2024 |
| 191 | ZACHARY LE | 11/7/2024 |
| 192 | SAIGE HILL ROBERTS | 1/7/2025 (11/4/2024) |