1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE SALINAS, et al.,

    Plaintiffs,

  v.

BLOCK, INC., et al.,

    Defendants.

Case No.  22-cv-04823-SK

**JUDGMENT**

  Pursuant to the Court granting the motion for final approval of the motion for class action settlement, Judgment is HEREBY ENTERED.

  This Judgment shall be posted on the settlement website until at least thirty days after the effective date of the settlement.

  **IT IS SO ORDERED AND ADJUDGED.**

Dated: April 15, 2025



SALLIE KIM
United States Magistrate Judge