07/05/2025

TO: THE HONORABLE SALLIE KIM;

I am writing to your court in the matter of Salinas et al v. Block, Inc. and Cash App Investing, L.L.C. due to their contempt of the court order rendered before your Honor.

I am a class member in the aforementioned case, yet being ignored, delayed, and apparently being denied payment due, as a class member for the data breach; thereby caused by the defendants.

I have sent email after email in attempt to collect settlement for the data breach and actual damages and collateral injuries to my person, finances, actual lost assets that would otherwise be in my possession, i.e., identity theft, financial citations, heired property, residence, employment,

CASE NO. 22-CV-04823 (1 of 5)

investments, pain & suffering upon my prior injuries, sentimental desires to attend both mother & father's wake, 250 cell phones, 7 computers, burglarized apartment at 204 S. Wall St. Apt. 2 here Spokane, WA., and subsequent assaults by unbeknown perpetrators sexually, physically, mentally, emotionally, socially, and financially.

Further, class member Richard Burt, has suffered and still incurring actual financial losses of employment as an employee and sole proprietorship as a general contractor and/or mason. As well as, stock market investments, current and actual stocks owned with Calista corporation that would have been doubled freely by corporate executives; and actual acreage in Oklahoma, Missouri as a registered member of Cherokee Nation, and other properties in Alaska on the Upper & Lower Yukon River with Calista corporation as an heired stockholder.

The actual investments in stocks lost in Virgin Galactic (SPCE), Chevron (CVX), Oracle (orcl), Boeing (BA), Yelp (yelp), Roku (roku), Zillow (ZM), Zoom communications (ZG) Datadog (DDOG), and others.

I also lost my Mothers home that was outright owned @ 1826 Granada Drive, Bullhead City, AZ. 86442.

The blatant and felonious contempt of your Honors court order mandating settlement amounts to egregiously ignoring settlement to myself as a class-member who did, in fact, file prior to the deadline.

I am being assaulted and robbed pretty much on a daily basis for my personal property and cell phones, chargers, cords, clothing etc.

CASE NO. 22-CV-04823

(3 of 5)

I also have persons receiving and/or illegally getting my mail at the downtown post office here in Spokane, WA.

Theives unbeknownst to me continue to assault me upon my spinal cord where I have an injury inflicted by Dean Anders with a hammer, see <u>Anders v. State of Washington</u>. He is a violent sex offender that almost killed me with another perpetrator but was exonerated at trial.

I am requesting that the court render additional and further add as an objection that $2,500.00 is an outright insult to the integrity, costs, and actual damages incurred by Richard Burt, class member at bar and should be awarded more compensatory, exemplary, punitive, pain & suffering, mental anguish, post-judgment interest, contemptuous damages and mandate payment forthwith.

Dated this 6th day of July, 2025.

Richard Burt
Richard Burt

CASE NO. 22-CV-04823

(4 of 5)

Richard Burt
General delivery
Spokane, WA.
99210

Note: I would have provided a phone number, but people keep stealing my phones and property and using my identification and maybe retrieving my mail.

*Richard Burt*
Richard Burt

(5 of 5)