9-18-2025

RE: Salinas, et al. v. Block, Inc. and Cash App Investing, L.L.C.

CLASS MEMBER No. 22-CV-04823
TIMELY FILED

## STANDING OBJECTION

Timely filed claim to the settlement agreement, class member, Richard Burt, seeks injunction, mandamus, prohibition to order settlement forthwith as the administrator, as well as; letters, and phone calls result nothing, but the run around for this particular class member.

I am homeless in Spokane, WA. and have been ignored or redirected by the Administrators web link and already determined to be a class member to the settlement.
My mailing address is

Richard Burt
General Delivery
Spokane, WA. 99210

509-808-7322
burtrichard126@gmail.com

I have utterly been given the end run around to no avail.

The previous letters sent on or about 7-15-2025 have not been responded to, nor has the administrators hyperlink available online result in the settlement agreed upon come to fruition.

Class member Burt has already been deemed a timely filed claimant.

The settlement agreed to by both parties is an absolute insult to the injuries suffered. I am asking the court to compel compliance forthwith directly to my paypal account burtrichard126@gmail.com

I am also requesting a copy of the original class complaint filed with the court as my life has been placed on an utter hold to my detriment.

Respectfully,

Richard Burt
Richard Burt
General delivery
Spokane, WA
99210