From:

MARIO CASTRO M- SNYDER

PFN: EHT623

B#: 24036877

ELMWOOD CORRECTIONAL

FACILITY

701 SOUTH ABEL ST

MILPITAS, CA

95035

County Jail Generated Mail

To:

US COURT OF APPEALS FOR THE

NINTH CIRCUIT

CLERK, U.S. DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CA

450 GOLDEN GATE AVE,

BOX 36060 SAN FRANCISCO, CA

94102

LEGAL

SAN JOSE CA 950
30 SEP 2025 PM 4 L

RECEIVED
OCT 2 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

