FILED
JUL 06 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Date:** June 29, 2026

**From:**
Travis Hunt
38 Peggy Court
Greenville, SC 29611
(864) 361-9905
huntertrap98@gmail.com

**Claim ID:** CHA156804487
**Confirmation Code:** aA4AQ64A443A

**To:**
Clerk of the Court
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

**Case Name:** *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC*
**Case Number:** 3:22-cv-04823

**SUBJECT: NOTICE OF NON-PAYMENT AND SETTLEMENT ADMINISTRATOR UNRESPONSIVENESS**

To the Clerk of Court and the Honorable Judge supervising this matter:

I am an approved class member in the above-referenced settlement. My claim deficiency was formally resolved, cured, and officially approved for a physical mail check in April 2025.

To date, I have received no settlement funds. I have exhausted all available administrative options: the dedicated settlement email has gone entirely unresponsive, and Block, Inc. has provided generic, automated deflections to my Consumer Financial Protection Bureau (CFPB) complaints. Furthermore, I have contacted the appointed Class Counsel law firms, but they state they have no information and have been unable to assist me during this process.

I have received conflicting answers regarding my payment status, and the court-appointed Settlement Administrator (Angeion Group) has completely ignored my physical letters and emails regarding my approved distribution.

As an approved claimant under a federal court-ordered settlement, I am filing this notice to inform the Court that the distribution mechanism is failing to deliver approved funds to class members. I respectfully request the Court's assistance in compelling Angeion Group to audit my claim file and immediately issue my approved payment.

Respectfully submitted,

**Travis Hunt**

Travis Hunt 6-27-26

# Settlement Funds Distribution Issue

Gmail

Travis Hunt 1 <huntertrap98@gmail.com>

**Regarding the $2155.... I need clear yes or no answers to 2 questions about m deficiency issue and about the payment date..**

**Cashapp Settlement** <info@cashappsecuritysettlement.com> Wed, Jun 4, 2025 at 9:16 AM
Reply-To: Cashapp Settlement <info@cashappsecuritysettlement.com>
To: Travis Hunt 1 <huntertrap98@gmail.com>

Thank you for contacting the Cash App Security Settlement Administrator.

Mr Hunt,

You received a deficiency notice because you submitted a claim for $15,000 in transaction losses. The documentation provided only substantiated $2,155 in losses. Your claim has already been approved for this amount of losses. If this is the correct amount of losses incurred, no further information is needed from you.

Sincerely,

Cash App Security Settlement Administrator

Info@cashappsecuritysettlement.com

On May 29, 2025 at 8:00:09 PM UTC, huntertrap98@gmail.com wrote:

> It has been over 5 days, and I also sent a copy through USPS....i need answers about this issue, or do I need to speak to a
>
> On Thu, May 29, 2025 at 4:59 AM Cashapp Settlement <info@cashappsecuritysettlement.com> wrote:
> [Quoted text hidden]

[YX71R0-VYYJ2]

Re: Payment - [www.c... | (21) News Feed — Ne... | A Greenville County m... | (21) News Feed — Ne... | cash app have not pai... | Cash App Security Set... | 76-2 Settlement-Agre...

om/mail/u/0/#search/cash+app/FMfcgzQgLjZmbGvHHVVpFNcpkRrRldnD

Athletic... Home Home Home,... Boxden.Com - The... Downloads Instagram New Arrivals | Privat... New HipHop Music... bank of america cus... BGOL Community PUMA Big Logo T-S...

cash app

Active

**Do Not Reply** <support@angeion.zendesk.com>
to me

Wed, May 13, 10:51 AM

Thank you for contacting the Cash App Security Settlement Administrator.

Hello Mr. Hunt,

No payments have been issued as part of this settlement yet. Anything heard otherwise is incorrect. Your claim is approved for $2,230.

For more information, please visit www.cashappsecuritysettlement.com.

Regards,
Cash App Security Settlement Administrator
www.cashappsecuritysettlement.com

On May 12, 2026 at 5:31:07 PM UTC, huntertrap98@gmail.com wrote:
since none of you helped me they will

On Mon, May 11, 2026 at 11:03 AM Travis Hunt 1 <huntertrap98@gmail.com> wrote:
they have already been issuing payments...i need mine now and my payment is not showing that i am going to receive a payment because my cash app card is closed, and agents have been telling me people have been tried to resolve this issue..when cash app have not corrected my settlement issue or any of my disputes I am owed $2155 from the settlement and $6000 from cashapp claims I have tried to correct this now I want the wh going to get every cent...because cashapp have been sending people their funds for a minute, and now i had to get some assistance because i cant receive a direct answer as to when i am going to receive my payment a $8155...then they keep appealing my card keeps being denied now i had to go after my funds.i had to resolve this because of lack of communication and fraudulent communication.

On Mon, May 11, 2026 at 9:20 AM Do Not Reply <support@angeion.zendesk.com> wrote:
...

Reply | Forward

79°F Light rai

Gmail

Travis Hunt 1 <huntertrap98@gmail.com>

# Notice of Deficient Claim in the Cash App Security Settlement

13 messages

**Cash App Security Settlement Administrator** <info@cashappsecuritysettlement.com> Mon, May 12, 2025 at 6:34 PM

Reply-To: Cash App Security Settlement Administrator <info@cashappsecuritysettlement.com>
To: huntertrap98@gmail.com

**CASH APP SECURITY SETTLEMENT**
**CLAIM DEFICIENCY LETTER**

**CLAIM ID: CHA156804487**
**CONFIRMATION CODE: aA4AQ64A443A**
TRAVIS HUNT

We received your Claim Form in the *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* Settlement. After review, your Claim was determined to be Deficient for the following reason(s):

- The supporting documentation you provided for your claim for reimbursement of Transaction Losses was insufficient (i.e., there was no monetary value displayed on your documentation, the monetary value displayed on your documentation did not match the monetary value claimed on your Claim Form, the dates were not within the class period, there is no indication that it was related to an Unauthorized Account Event, etc.). Your Claim is currently eligible for $2155 in documented transaction losses.

**If you wish to cure your Deficient Claim, you must respond by June 3, 2025**. Please submit your deficiency response on the Settlement Website, www.CashAppSecuritySettlement.com using the above Claim ID and Confirmation Code. Your response should address all issues noted above and include any documentation or information that was missing from your original claim. If you do not respond by **June 3, 2025**, your claim will be Denied. Alternatively your deficiency response can be mailed to the Settlement Administrator at:

Cash App Security Settlement Administrator
Attn: Deficiency Responses
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Deficiency responses mailed to the Settlement Administrator **must be postmarked by June 3, 2025**.

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting www.cashappsecuritysettlement.com or calling 1-866-615-9740. In particular, please note that the definitions of the terms Out-of-Pocket Losses, Transaction Losses, Unauthorized Account Events, Data Security Incident, and Lost Time can be found in the Settlement Agreement, which is located at the Important Documents tab of the settlement website, and additional information regarding what an Unauthorized Account Event is can be found on the settlement website at FAQ No. 6.

Sincerely,
Cash App Security Settlement
Settlement Administrator
info@cashappsecuritysettlement.com

**Unsubscribe**

**Travis Hunt 1** <huntertrap98@gmail.com> Tue, May 13, 2025 at 4:33 AM
To: Cash App Security Settlement Administrator <info@cashappsecuritysettlement.com>

i accept the $2155

[illegible] <[illegible]@gmail.com>

# Notice of Deficient Claim in the Cash App Security Settlement

[illegible]

Cash App Security Settlement Administrator <info@cashappsecuritysettlement.com> Mon, May 12, 2025 at [illegible] PM
Reply-To: Cash App Security Settlement Administrator <info@cashappsecuritysettlement.com>
To: [illegible]@gmail.com

**CASH APP SECURITY SETTLEMENT**
**CLAIM DEFICIENCY LETTER**

CLAIM ID: [illegible]
[illegible]
**TRAVIS HUNT** [illegible]

We received your Claim Form in the Santos, et al. v. Block, Inc. and Cash App Investing, LLC Settlement. After review, your Claim was determined to be Deficient for the following reason(s):

- The supporting documentation you provided for your claim for reimbursement of Transaction Losses was insufficient (i.e., there was no monetary value displayed on your documentation, the monetary value displayed on your documentation did not match the monetary value claimed on your Claim Form, the dates were not within the class period, there is no indication that it was related to an Unauthorized Account Event, etc.). Your Claim is currently eligible for $21[illegible] in documented transaction losses.

<u>If you wish to cure your Deficient Claim, you must respond by June 3, 2025.</u> Please submit your deficiency response on the Settlement website [illegible] using the above Claim ID and Confirmation Code. Your response should address all issues noted above and include any documentation or information that was missing from your original claim. If you do not respond by June 3, 2025, your claim will be Denied. Alternatively your deficiency response can be mailed to the Settlement Administrator at:

Cash App Security Settlement Administrator
Attn: Deficiency Responses
[illegible]
Philadelphia, PA 19103

Deficiency responses mailed to the Settlement Administrator <u>must be postmarked by June 3, 2025.</u>

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting [illegible]

<u>[illegible] Unauthorized Account Event [illegible] Time can be found in the Settlement Agreement, which is located at the Important Documents tab of the settlement website, and additional information regarding what an Unauthorized Account Event is can be found on the settlement website at FAQ No. 6.</u>

Sincerely,
Cash App Security Settlement
Settlement Administrator
[illegible]

[illegible]

[illegible] <[illegible]@gmail.com> Tue, May 13, 2025 at [illegible] AM
To: Cash App Security Settlement Administrator <info@cashappsecuritysettlement.com>

[illegible] $2[illegible]

ogle.com/mail/u/0/?pli=1#search/cash+app+2155/KtbxLwglqjRbMLnWCgdfHMPsmLZjhkdgJV

Home Home Home,... Boxden.Com - The... Downloads Instagram New Arrivals | Privat... New HipHop Music... bank of america cus... BGOL Community PUMA Big Logo T-S... DL with TubeOffline

ult browser and pin it to your taskbar Set as default

Gmail

cash app 2155

Active

Compose

nbox 8,004

Starred

Snoozed

mportant

Sent

All Mail

Purchases 210

Social 707

Forums 6

Upgrade

5 of 19

**Cashapp Settlement** <info@cashappsecuritysettlemen... Jun 4, 2025, 9:16 AM

to me

Thank you for contacting the Cash App Security Settlement Administrator.

Mr Hunt,

You received a deficiency notice because you submitted a claim for $15,000 in transaction l
The documentation provided only substantiated $2,155 in losses. Your claim has already be
approved for this amount of losses. If this is the correct amount of losses incurred, no furt
information is needed from you.

51°F Partly cloudy