Travis Hunt
38 Peggy Court
Greenville, SC 29611

RECEIVED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREENVILLE SC 296
30 JUN 2026 AM 3 L

Freedom 250

FREEDOM FOREVER USA

Clerk of Court
United States District Court for the Northern
District of California
450 Golden Gate Avenue, Box 36060
San Fransisco, CA 94102

94102-348999