**KANTROWITZ GOLDHAMER, GRAIFMAN, PERLUMUTTER & CARBALLO PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823<br><br>**CLASS COUNSEL'S AMENDED MOTION FOR APPROVAL OF FINAL ADMINISTRATION COSTS, COMPLETION OF SETTLEMENT ADMINISTRATION, AND RELEASE OF WITHHELD ATTORNEYS' FEES** |

Class Counsel respectfully move the Court for an Order approving the final Notice and Administration Costs incurred in connection with the Settlement, confirming substantial completion of settlement administration, authorizing payment to the Settlement Administrator, Angeion Group, and authorizing release of the remaining ten percent (10%) of the attorneys' fees previously withheld by the Court. In support thereof, Plaintiffs state as follows:

1. On March 27, 2025, this Court granted final approval of the Settlement and approved an award of attorneys' fees and costs to Class Counsel. ECF No. 157.

2. In connection with the attorneys' fee award, the Court withheld ten percent (10%) of the approved attorneys' fees pending completion of the settlement administration.

3. Thereafter, Plaintiffs moved for approval of the final Notice and Administration Costs, confirmation of substantial completion of settlement administration, authorization of payment to the Settlement Administrator, and release of the remaining ten percent (10%) of the Court-approved attorneys' fees.

4. On July 1, 2026, the Court denied that motion without prejudice and directed Plaintiffs to submit an amended motion providing additional information regarding: (1) the evolution of Angeion's Notice and Administration Cost estimates, including what information was known when each estimate was prepared and why the estimates changed; and (2) the post-distribution accounting contemplated by the Northern District of California's Procedural Guidance for Class Action Settlements. ECF No. 181.

5. Plaintiffs now submit this Amended Motion together with: (a) the Supplemental Declaration of Ryan Chumley, which addresses each of the issues identified in the Court's July 1, 2026 Order; (b) the Joint Supplemental Declaration of Class Counsel regarding the substantial additional work performed following submission of Plaintiffs' Motion for Attorney's Fees; and (c) the Preliminary Post-Distribution Accounting attached as Exhibit A to the Chumley Declaration. Chumley Decl. ¶¶ 2, 24-27 & Ex. A.

6. As explained in detail in the Supplemental Chumley Declaration, the initial and revised Notice and Administration Cost estimates were based upon the information available to Angeion at the time

each estimate was prepared. Chumley Decl. ¶¶ 4-17. Angeion explains when each estimate was prepared, the assumptions underlying those estimates, the information available at each stage of the administration, and the subsequent developments that required revision of the estimates, including the size and complexity of Defendants' data production, the significantly larger-than-anticipated notice population, and the unprecedented volume of Settlement Class Member communications. Chumley Decl. ¶¶ 5-17.

7. The Supplemental Chumley Declaration further explains that administration of this Settlement involved an extraordinary level of Settlement Class Member participation that substantially exceeded historical benchmarks for comparable settlements, including approximately 145,000 communications from Settlement Class Members, approximately 937,869 deficiency notices, approximately 9,250 attorney review appeals, and nearly 12,000 hours of customer support. Chumley Decl. ¶¶ 15-20.

8. The Supplemental Chumley Declaration also explains that, notwithstanding these unforeseen circumstances, Angeion implemented substantial cost-saving measures, voluntarily reduced certain charges, discounted the outstanding balance by an additional ten percent (10%), and thereby significantly reduced the overall increase in administration costs. Chumley Decl. ¶¶ 20-21.

9. Angeion has also submitted the Preliminary Post-Distribution Accounting requested by the Court, which is attached as Exhibit A to the Supplemental Chumley Declaration. Chumley Decl. ¶¶ 24-25 & Ex. A.

10. The Joint Supplemental Declaration of Class Counsel likewise demonstrates that, following submission of Plaintiffs' Motion for Attorney's Fees, Class Counsel continued to devote substantial attorney and professional staff time to implementation of the Settlement, including reviewing approximately 9,250 attorney review appeals, responding to thousands of Settlement Class Member inquiries, coordinating extensively with Angeion throughout the administration process, and collectively expending approximately 2,300 additional hours representing approximately $1,172,500 in additional lodestar. Joint Supplemental Declaration ¶¶ 6-16.

11. The additional information now before the Court fully addresses the concerns identified in the Court's July 1, 2026 Order and demonstrates that the requested Notice and Administration Costs are

reasonable and necessary in light of the extraordinary scope of the settlement administration. Specifically, the Supplemental Chumley Declaration explains what information was available to Angeion when each estimate was prepared, why the estimates changed during the administration process, and includes the Preliminary Post-Distribution Accounting requested by the Court, thereby curing each of the deficiencies identified in the Court's July 1, 2026 Order. Chumley Decl. ¶¶ 2, 4-27 & Ex. A.

12. The Settlement Administrator has now substantially completed all material aspects of the notice and claims administration process and, upon approval of the requested Notice and Administration Costs, is prepared to finalize payment calculations and distribute Settlement payments. Chumley Decl. ¶¶ 22-27. As further reflected in the Joint Supplemental Declaration of Class Counsel, Class Counsel continued to devote substantial attorney time and resources to implementing and supervising the Settlement following the Court's fee award, and the purpose of the Court's temporary holdback has therefore been fully satisfied. Joint Supplemental Declaration ¶¶ 6-16.

13. The Court requested additional factual information rather than additional legal briefing. Plaintiffs respectfully submit that the accompanying Supplemental Chumley Declaration, Joint Supplemental Declaration of Class Counsel, and Preliminary Post-Distribution Accounting fully address the concerns identified in the Court's July 1, 2026 Order and establish that the requested Notice and Administration Costs are reasonable and that the remaining ten percent (10%) of the previously awarded attorneys' fees should now be released.

14. There is no remaining basis to continue withholding the balance of the Court-approved attorneys' fees.

**WHEREFORE**, Class Counsel respectfully **requests** that the Court enter an Order: (1) approving the final Notice and Administration Costs requested by Angeion Group; (2) confirming substantial completion of settlement administration; (3) authorizing payment of the remaining approved Notice and Administration Costs from the Settlement Fund; and (4) releasing the remaining ten percent (10%) of the attorneys' fees previously withheld by the Court.

Dated: July 21, 2026

Respectfully submitted,

**By:** *<u>/s/ Melissa R. Emert</u>*


**KANTROWITZ GOLDHAMER, GRAIFMAN, PERLMUTTER & CARBALLO PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *admitted pro hac vice*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com