**KANTROWITZ GOLDHAMER, GRAIFMAN, PERLMUTTER & CARBALLO PC**
Gary Graifman, *admitted pro hac vice*
Melissa Emert, *admitted pro hac vice*
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, *admitted pro hac vice*
Jason Rathod, *pro hac vice forthcoming*
412 H St NE #302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**FEDERMAN & SHERWOOD**
William B. Federman, *admitted pro hac vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823<br><br>**SUPPLEMENTAL DECLARATION OF ANGEION GROUP, LLC RE: NOTICE & ADMINISTRATION COSTS** |

I, Ryan Chumley, declare and state as follows:

1. I am a Project Director at the class action notice and claims administration firm, Angeion Group, LLC ("Angeion"). I am over 21 years of age and am not a party to this action. I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of business at Angeion.

2. The purpose of this declaration is to provide the Court with additional information regarding Notice & Administration Costs in response to the Court's Order Denying Motion for Post-Distribution Accounting Without Prejudice ("Order"). Dkt. No. 181. Specifically, this declaration responds to the Court's request for additional information by explaining what Angeion knew at each stage of the settlement administration process, the assumptions underlying each Notice & Administration Cost estimate, the information available when each estimate was prepared, and the subsequent developments that resulted in revisions to those estimates.

**Prior Declarations**

3. Angeion has previously submitted the following declarations in this matter, each of which included information regarding the estimated and/or actual Notice and Administration Costs: [1]

- Declaration of Steven Weisbrot Regarding the Qualifications of Angeion Group and Proposed Notice Plan, Dkt. No. 76-10 ("Notice Plan Declaration");
- Declaration of Steven Weisbrot Regarding Settlement Administration, Dkt. No. 124-1 ("Settlement Administration Declaration");
- Supplemental Declaration of Steven Weisbrot Regarding Settlement Administration, Dkt. No. 134 ("First Supplemental Settlement Administration Declaration");
- Supplemental Declaration of Angeion Group Regarding Settlement Administration, Dkt. No. 153 ("Second Supplemental Settlement Administration Declaration"); and
- Declaration of Angeion Group Regarding Settlement Administration Costs, Dkt. No. 171-1 ("Administration Costs Declaration").

---

[1] The *Declaration of Steven Weisbrot Regarding Settlement Administration*, Dkt. No.102, was submitted as a one-off response to Dkt. No. 101, and did not discuss Notice & Administration Costs.

**History of Notice and Administrative Cost Estimates**

4. The table below summarizes the Notice & Administration Cost estimates previously reported to the Court in declarations submitted by Angeion, together with the corresponding declaration submission dates. Because each estimate was based on the information available at the time it was prepared, the paragraphs that follow describe the information available, the assumptions made, and the subsequent developments that resulted in revisions to those estimates.

| Abbreviated Declaration Title | Submission Date | Estimated Costs Reported |
|---|---|---|
| Notice Plan Declaration | March 3, 2024 | $1,125,000.00 |
| Settlement Administration Declaration | December 9, 2024 | $1,515,687.00 |
| Supplemental Settlement Admin. Declaration | January 10, 2025 | $1,515,687.00 |
| Second Supplemental Settlement Admin. Declaration | March 17, 2025 | $1,515,687.00 |
| Administration Costs Declaration | May 15, 2026 | $1,895,451.48 |

**Initial Cost Estimate – Underlying Assumptions**

5. Angeion first reported its Notice & Administration Cost estimate ("Initial Estimate") to the Court in the Notice Plan Declaration filed in March 2024. The Initial Estimate was prepared during the competitive bidding process conducted by Class Counsel to select a settlement administrator.[2] As part of that process, prospective administrators were instructed to prepare cost estimates based on a standard set of assumptions, including: (a) dissemination of Email Notice to approximately 85 million Settlement Class Members; and (b) dissemination of approximately 75.3 million Email Reminder Notices.

6. The Initial Estimate necessarily reflected these assumptions because Angeion did not have access to the underlying class data during the bidding process. Because Angeion had not yet been appointed Settlement Administrator, it could not independently evaluate or verify the size or composition of the Settlement Class, identify duplicate records, determine the number of valid or deliverable email addresses, or assess other characteristics of the production data that would materially affect the scope and cost of notice and administration. Rather, the data would not be

[2] *See* Declaration of Melissa R. Emert in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 76-1, ¶ 11.

provided to it by Defendants unless and until the Court granted preliminary approval and Angeion was appointed as Settlement Administrator.[3]

7. Consistent with these limitations, paragraph 16 of the Notice Plan Declaration stated: "Angeion has been informed that the Class List may contain up to 85 million class member records." Paragraph 46 of the Notice Plan Declaration likewise expressly disclosed that the Initial Estimate was based on the specifications provided to Angeion by Defendants and that deviations from those specifications could result in revisions to the estimated Notice & Administration Costs. Specifically, the footnote accompanying the $1,125,000 estimate stated:

> "The not-to-exceed estimate was premised on certain specifications provided to Angeion, such as the approximate Class size and issuing payments in a single distribution. Deviations from these underlying specifications may result in additional costs, as the costs of administration are based on the underlying assumptions. Out-of-scope services not called for in the Settlement Agreement are not included in the not-to-exceed amount."

8. Angeion includes these qualifiers when the scope and condition of the underlying class data cannot be evaluated during the competitive bidding process. Based on Angeion's experience, once the production data is received and analyzed, information that was unavailable during the bidding process often affects the level of effort and scope required to implement the Court-approved Notice Plan and Settlement Administration and, in turn, the associated Notice & Administration Costs.

**<u>Revised Estimate – Deviations from Underlying Assumptions</u>**

9. As discussed in ¶ 6, prior to preliminary approval, Angeion's cost estimates necessarily relied on the assumptions provided during the bidding process: an approximate class size of 85 million, dissemination of approximately 85 million Email Notices, and dissemination of approximately 73.5 million Reminder Email Notices. Following preliminary approval, and pursuant to the terms of the Settlement, Defendants were required to provide Angeion with the Settlement Class data, including

[3] Pursuant to § II.L.1. of the Settlement Agreement, "Within ten (10) days of entry of an Order from the Court granting Preliminary Approval of the Settlement, Defendants will provide to the Settlement Administrator a list of all individuals (including their phone numbers and/or email addresses if known following a reasonable search) identified by Defendants who may be a member of the Settlement Class.

the identities of potential Settlement Class Members and their telephone numbers and/or email addresses, if known following a reasonable search. This would be Angeion's first opportunity to review the underlying data and determine whether the assumptions underlying its cost estimates were consistent with the actual Settlement Class data.

10. On June 18, 2024, Defendants' Counsel provided Angeion with 170 spreadsheets containing Settlement Class Member data. Before the data could be analyzed, Angeion first had to consolidate the information contained across all 170 spreadsheets. This process required reviewing each spreadsheet to identify the data fields it contained and standardizing the column headers so that the data could be accurately imported into and associated within the dedicated Settlement Class Member database created for this administration. Only after completing this data consolidation process and analyzing the consolidated data was Angeion able to determine, for the first time, that Defendants' production contained more than 169.7 million total records.

11. As discussed in paragraphs 7-8 of the Settlement Administration Declaration, Angeion performed an extensive data analysis to identify and merge records where it was evident that the Cash App account belonged to the same person (*i.e.*, where multiple records with the same exact name and email address or same exact name and phone number). The results of the data analysis are summarized in the chart below.

| **Description** | **Count** |
|---|---|
| Initial Total Records | 169,697,580 |
| Unique Merged Records | 158,011,266 |
| Merged Records with an Email Address | 103,062,040 |
| Merged Records with a Phone Number | 136,594,902 |
| Merged Records with Name | 107,092,225 |
| Merged Records with CashTag ID | 157,466,101 |

12. As illustrated above, the results of the data analysis identified 103,062,040 email addresses associated with the 158,011,266 unique total records. Angeion then subjected the email addresses to the cleansing and validation process[4], which identified 99,353,030 valid email addresses for

[4] The cleaning and validation process is discussed in ¶ 18 of the Notice Plan Declaration.

dissemination of the Email Notice.[5] It was only after the cleansing and validation was completed that Angeion could identify the Email Notice population of approximately 99.3 million.

13. As discussed in the Settlement Administration Declaration, the Reminder Email Notice was disseminated to email addresses for which the initial Email Notice had been successfully delivered and were not associated with a submitted Claim Form, request for exclusion, or request to unsubscribe from future email notifications.[6] Accordingly, the approximate 95.4 million Reminder Email Notice population was identified in August 2024, prior to sending Reminder Email Notices in September 2024.

14. The approximate 99.3 million Email Notices and 95.4 Reminder Email Notices disseminated materially exceeded the assumptions underlying the Initial Estimate, which contemplated sending roughly 85 million Email Notices and 75.3 million Reminder Email Notices. Angeion determined that the increased notice populations required revisions to the estimated Notice & Administration Costs. Angeion reported those revisions to the Court in the Settlement Administration Declaration filed in December 2024. Specifically, ¶ 33 reported estimated Notice & Administration Costs totaling $1,515,687.00 (the "Revised Estimate") due to additional costs to provide notice and perform associated tasks, including claims administration, increased Settlement Class Member communications and other administrative functions.[7] The associated tasks required cost revisions because the costs to provide these services were likewise estimated based on the underlying assumptions used in the Initial Estimate, *e.g.*, 85 million notice population.[8]

---

[5] Settlement Administration Declaration, ¶¶ 9-10.

[6] Settlement Administration Declaration, ¶ 11.

[7] The Revised Estimate amount was referenced in supplemental declarations filed with the Court in January 2025 and March 2025, respectively.

[8] Angeion uses proprietary formulas to project administration costs based on factors such as the anticipated notice population, the nature of the case, and other available metrics. Accordingly, the substantial increase in the notice population indicated that additional administrative work was likely to be required, including review of a greater number of Claim Forms and responding to an increased volume of Settlement Class Member inquiries.

**Final Estimate – Unanticipated Volume of Class Member Communication**

15. The Administration Costs Declaration, filed in May 2026, reported final estimated Notice & Administration Costs totaling $1,895,451.48. As discussed in the Administration Costs Declaration, the volume of Settlement Class Member inquiries and overall engagement substantially exceeded that experienced in prior administrations handled by Angeion involving similar or larger settlement classes. In preparing cost estimates, Angeion routinely relies on historical administration data and metrics from comparable cases to project anticipated administrative activity and associated costs. Here, however, the time required for Angeion staff to respond to Settlement Class Member inquiries was approximately two to three times greater than in comparable administrations. This unanticipated level of engagement was the primary driver of the increase in Notice and Administration Costs reported to the Court in the Administration Costs Declaration.

16. As discussed above, the Revised Estimate was prepared because the actual notice population materially exceeded the population assumed when preparing the Initial Estimate. Accordingly, when preparing the Revised Estimate, Angeion estimated the staff time required to respond to Settlement Class Member inquiries would increase proportionally with the expanded notice population, in line with cases of similar class size and administration requirements. To account for that anticipated increase, the Revised Estimate allocated nearly twice the staff hours for Settlement Class Member inquiries as compared to the Initial Estimate. The Revised Estimate therefore already reflected a substantial increase in anticipated customer support staffing based on the expanded notice population.

17. At the time the Revised Estimate was prepared, it was not foreseeable that more than 11,800 hours would be necessary to respond to Settlement Class Member inquiries. As discussed in the Administration Costs Declaration, the staff hours required in this Settlement were more than twice, and in some instances nearly three times, those required in comparable settlements, including

settlements involving larger class sizes[9], which were used as reference points when estimating the number of staff hours necessary to respond to Settlement Class Member inquiries.

18. The significant number of staff hours required to respond to Settlement Class Members is likely attributable to several factors, including, but not limited to: (a) the above-average volume of deficient Claim Forms received and the multiple opportunities afforded to Settlement Class Members to cure those deficiencies[10]; (b) the extended duration of the administration resulting from the deficiency resolution process and the internal appeal process, including attorney review of the files for the 9,250 class members who requested attorney review of those denials; (c) communications about the supporting documentation requirements applicable to the various forms of compensation available under the Settlement; and (d) a high volume of communications about class member eligibility.

19. In total Angeion's staff has responded to over 145,000 communications received from Settlement Class Members.

**Administration Savings & Offsets**

20. Although Settlement Class Member communication costs exceeded the corresponding estimated costs by more than $720,000.00[11], the overall net increase in Notice & Administration Costs above the Revised Estimate is $379,764.48 because increases in certain cost categories were partially offset by lower-than-estimated costs in others, as well as Angeion's efforts to mitigate

[9] *See* Administration Costs Declaration, ¶ 7, which stated: "The Settlement Class Member response and level of engagement in this Settlement has been unprecedented compared against other large-scale settlements. For example, three (3) recent settlements administered by Angeion involved class sizes estimated to be 220 million, 124 million and 81 million, respectively. The class member communication time required by these settlements ranged from approximately 3,914 hours to 4,313 hours, with an average of 4,147 hours spent reviewing and responding to class member inquiries, questions, status update requests, etc. This equates to a substantially lower per-class-member communication rate than that experienced in this Settlement."

| Approx Class Size | Class Member Communication Hours |
|---|---|
| 220M | 3,914.28 |
| 124M | 4,215.70 |
| 81M | 4,312.94 |

[10] Across the three (3) deficiency rounds, Angeion sent approximately 937,869 deficiency notices.

[11] The Revised Estimate projected staff time responding to Settlement Class Members to total approximately $133,000. Actual staff time (nearly 12,000 hours) resulted in costs totaling $853,202.00.

additional costs where practicable. Accordingly, although Settlement Class Member communication costs substantially exceeded the amount allocated in the Revised Estimate, the overall increase in Notice & Administration Costs was significantly reduced through offsets in other cost categories and Angeion's voluntary cost-saving measures, described below.

21. Angeion substantially discounted the cost of disseminating deficiency communications, resulting in approximately $35,000.00 in savings. Angeion also provided Settlement Class Member communication services at rates below its standard pricing, resulting in an additional savings of approximately $35,000.00.[12] As further described in the Administration Costs Declaration, Angeion provided an additional discount of $42,200.00 for services rendered.[13] Collectively, these cost-saving measures reduced the Notice & Administration Costs by more than $112,000.00.

**Finalization of Settlement Payment Calculations**

22. Upon the Court's approval of the remaining Notice & Administration Costs, Angeion will finalize the Settlement payment calculations and distribute Settlement payments following the Court's determination of the Notice and Administration Costs to be awarded. Should the Court approve the outstanding Notice and Administration Costs of $379,764.48 requested by Angeion, Settlement Class Members who submitted valid claims will nevertheless receive a substantial *pro rata* increase in their Settlement payments. Specifically, eligible Settlement Class Members will still benefit from an approximate 26.6% *pro rata* increase over their approved claim amount. For example, a Settlement Class Member with an approved claim amount of $100.00 would receive a Settlement payment of approximately $126.60.

23. Once the final Notice and Administration Costs are confirmed, Angeion will calculate the Net Settlement Fund, finalize the Settlement payment amounts for approved claims, and distribute Settlement payments to Settlement Class Members with approved claims.

---

[12] *See* Administration Costs Declaration ¶¶ 9-10.

[13] *See* Administration Costs Declaration ¶ 10, which stated: “Further, Angeion is prepared to provide an additional 10% discount, in the amount of $42,200.00, on the outstanding $421,964.48 in notice and administration costs, resulting in a net amount of $379,764.48 requested for approval.”

**Preliminary Post-Distribution Accounting Report**

24. In accordance with the Court's Order and the Northern District's Procedural Guidance, a preliminary Post-Distribution Accounting Report is attached as **Exhibit A**. Because Settlement payments have not yet been distributed, the preliminary report includes all information presently available, including the projected Settlement payment amounts calculated using known costs and the administrative costs requested herein.[14]

25. Upon substantial completion of the distribution, Angeion will file an interim Post-Distribution Accounting Report with the Court. Angeion will file a final Post-Distribution Accounting Report within twenty-one (21) days after completion of the distribution, in accordance with the Northern District of California's Procedural Guidance for Class Action Settlements.

**Conclusion**

26. The Court previously awarded Angeion $1,515,687.00 in Notice & Administration Costs pursuant to its Order Granting Final Approval of the Class Action Settlement and Awarding Attorneys' Fees. Dkt. No. 157 at 6.

27. For the reasons set forth herein, and in response to the concerns identified in the Court's July 1, 2026, Order, Angeion respectfully requests that the Court authorize payment of the remaining $379,764.48 in Notice & Administration Costs, resulting in total approved Notice & Administration Costs of $1,895,451.48. Angeion is available to address any other questions from the Court and to assist in completing the claims process.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2026

Ryan Chumley

RYAN CHUMLEY

[14] The preliminary report utilizes Notice & Administration Costs in the amount of $1,895,451.48 to reflect the 26.6% payment increase discussed in paragraph 17.

# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

cand.uscourts.gov

## Post-Distribution Accounting Form

For guidance and instruction, please see
https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/

| | |
|---|---|
| Case Number (YY-xx-#####) | 22-cv-04823 |
| Case Name | Salinas, et al. v. Block, Inc. and Cash App Investing, LLC |
| Attorney Name | |
| Nature of Action | Civil |
| Attorney Email | |
| Party Represented | |
| This is: | (●) An interim post-distribution accounting. Not all settlement funds have been distributed.<br>( ) A final post-distribution accounting. All settlement funds have been distributed. |

| | | | |
|---|---|---|---|
| 1. Total settlement fund | $ 15,000,000.00 | | |
| 2. Number of class members | # 99,353,030 | | |
| 3. Number of class members to whom notice was sent and not returned as undeliverable | # 95,550,988 | | |
| 4. Number of claim forms submitted | # 667,553 | N/A | ☐ |
| 5. Percentage of claim forms submitted [=Q4/Q3] | % 0.7 | N/A | ☐ |
| 6. Number of opt-outs | # 192 | | |
| 7. Percentage of opt-outs [=Q6/Q3] | % 0.0 | | |
| 8. Number of objections | # 2 | | |
| 9. Percentage of objections [=Q8/Q3] | % 0.0 | | |
| 10. Average recovery per claimant | $ 170.87 | | |
| 11. Median recovery per claimant | $ 95.28 | | |
| 12. Maximum recovery per claimant | $ 98,741.13 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13. Minimum recovery per claimant | | | | $ 1.27 | | | | |
| 14. Methods of notice to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. | | | | | | | | |
| ☐ | 0.00% | Mail | ✔ | 96.00% | Email | ☐ | 0.00% | Text |
| ✔ | 0.00% | Advertisement | ✔ | 0.00% | Website | ☐ | 0.00% | Other |
| 15. Methods of payment to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. | | | | | | | | |
| ✔ | 0.00% | Direct Deposit | ☐ | 0.00% | Gift Card | ✔ | 0.00% | Paper Check |
| ☐ | 0.00% | Wire | ✔ | 0.00% | Payment App | ✔ | 0.00% | Other |
| 16. Number of checks not cashed | | | | # | | | | |
| 17. Total value of checks not cashed | | | | $ | | | | |
| 18. Amount of settlement funds claimed by class member | | | | $ | | | N/A | ☐ |
| 19. Amount of settlement funds distributed to class members | | | | $ | | | | |

| 20. Amounts distributed to each cy pres recipient | | Name | Amount |
|---|---|---|---|
| | 1. | | $ |
| | 2. | | $ |
| | 3. | | $ |
| | 4. | | $ |
| | 5. | | $ |
| | 6. | | $ |
| | 7. | | $ |
| | 8. | | $ |
| | 9. | | $ |
| | 10. | | $ |

| | |
|---|---|
| 21. Administrative costs | $ 1,895,451.48 |
| 22. Attorneys' fees | $ 5,000,000.00 |
| 23. Attorneys' costs excluding expert costs | $ 0.00 |
| 24. Expert costs | $ 0.00 |

| | |
|---|---|
| 25. Attorneys' fees in terms of percentage of the settlement fund | % 33 |
| 26. Plaintiffs' counsel's final lodestar total | $ |
| 27. Lodestar multiplier [# x.y] | # x.y 2.7 |
| 28. Describe any potential fraud issues encountered, the likely causes, and how they were addressed | |
| Angeion identified approximately 201,273 claims submitted as fraudulent, these clams were denied. | |
| 29. Number of class members availing themselves of nonmonetary relief | # |
| 30. Aggregate value redeemed | $ |

Continued on next page.

| |
|---|
| 31. Where injunctive and or other non-monetary relief has been obtained, discuss the benefit conferred on the class. |
| Block and Cash App Investing have also agreed to certain valuable enhancements to their data security |
| 32. Other notes and issues required to be addressed by judge's standing order. |
| This report is only preliminary and certain line items above cannot be completed at this time. A completed report will be provided upon substantial completion of the distribution of settlement benefits. |

End of form.