UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS, RAYMEL WASHINGTON, and AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823<br><br>**PROPOSED ORDER GRANTING CLASS COUNSEL'S AMENDED MOTION FOR APPROVAL OF FINAL ADMINISTRATION COSTS, COMPLETION OF SETTLEMENT ADMINISTRATION, AND RELEASE OF WITHHELD ATTORNEYS' FEES** |

Before the Court is Class Counsel's Amended Motion for Approval of Final Administration Costs, Confirmation of Substantial Completion of Settlement Administration, and Release of Withheld Attorneys' Fees.

Having reviewed the Amended Motion, the Supplemental Declaration of Ryan Chumley, the Joint Supplemental Declaration of Class Counsel, the Preliminary Post-Distribution Accounting, and the record in this action, and finding good cause shown, the Court HEREBY ORDERS as follows:

1. The Amended Motion is GRANTED.
2. The Court approves the final Notice and Administration Costs requested by Angeion Group in the amount of $379,764.48.
3. The Court finds that settlement administration has been substantially completed.
4. The Settlement Administrator is authorized to pay the approved remaining administration costs from the Settlement Fund.

5. The remaining ten percent of attorneys' fees previously withheld by the Court are hereby approved for release and payment to Class Counsel.

IT IS SO ORDERED.

Dated: ____________________

______________________________

HON. SALLIE KIM
UNITED STATES DISTRICT JUDGE