FILED
Oct 19 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Amber Bonderowitz-Seiple

2940 Monticello Place

York, PA 17408

Haileysmommy8@yahoo.com

717-881-0592

10/2/2026

The Honorable Judge Sallie Kim

Phillip Burton Federal Building & United States Courthouse

450 Golden Gate Ave, 16th Floor

San Francisco, CA 94102

Dear Judge Kim,

I'm writing in regards to the Cashapp Settlement. I received a notice in August of 2024, in which I filed a claim. I had emailed over the summer to follow up with the claim and in response, I was told they couldn't find my claim. Since that email I have called and emailed several times to try and talk to someone, but I haven't received any help. When I email I get an automated message saying I will hear back in 3-5 buisness days. I am sending a copy of a screenshot that I have of the notice to verify that I am part of the settlement. I apologize if you can't help me, I just didn't know where else to turn.

Thank you for taking the time to read this, I appreciate it.

Sincerely,

Amber Bonderowitz-Seiple

# Block, Inc. and Cash App Investing, LLC

CA **Cash App Security Sett...** 8/10/24 ☆
To: Me

Notice ID: CHA157191355
Confirmation Code: vG39P497h3C3

**NOTICE OF CLASS ACTION SETTLEMENT**

You may be eligible for cash payment from a class action settlement involving Block, Inc. and Cash App Investing, LLC but you need to act.
*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

**A court authorized this Notice.**
This is not spam, an advertisement, or a lawyer solicitation.

A settlement has been reached in a class action lawsuit against Block, Inc. ("Block") and Cash App Investing, LLC ("Cash App Investing") that alleges that Block and