October 28, 2026

RECEIVED

OCT 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Re:** ***Salinas, et al. v. Block, Inc. and Cash App Investing, LLC,***
**No. 3:22-cv-04823-SK (N.D. Cal.) — Pro Se Class Member Letter and Exhibits**

Dear Clerk:

I am an unnamed class member proceeding pro se in the above-captioned action. I am not represented by counsel and am filing by U.S. Mail.

Enclosed are two identical copies of a letter addressed to the Honorable Sallie Kim, together with Exhibits A through M tabbed and three-hole punched. Please file-stamp both copies, retain the original as the filed copy, and return the second copy to chambers in the enclosed pre-addressed envelope, marked "CHAMBERS COPY."

Thank you for your assistance.

Respectfully submitted,

Chandler Sobel-Sorenson, President
Metacortex
metacortexco@gmail.com
(507) 414-7657
*Pro Se*

## PART I: EXHIBIT INDEX

**Matter:** Salinas, et al. v. Block, Inc. and Cash App Investing, LLC
**Case No.:** 3:22-cv-04823 (N.D. Cal.)
**Claimant:** Chandler Sobel-Sorenson
**Claim ID:** CHA171023409 | Confirmation Code: PWb9CPA77Pu9
**Claimed Loss Amount:** $5,547.00

| Ex. | Date | From | To | Description / Core Significance |
|---|---|---|---|---|
| A | Aug. 11, 2025 | Cash App Security Settlement Administrator | Chandler Sobel-Sorenson | Second Claim Deficiency Letter (embedded in Exhibit B). States claim still deficient: (1) losses "not covered" — cite FAQs 4–6; (2) documentation insufficient; eligible for $0.00. Response deadline: August 18, 2025 (7 days). |
| B | Aug. 20, 2025 | Chandler Sobel-Sorenson | Class Counsel (info@classlawdc.com; info@federmanlaw.com; cashappsettlement@kgglaw.com) | Claimant's formal appeal to Class Counsel in response to Second Deficiency Notice. Disputes each deficiency ground point-by-point; invokes FAQ 4 (class membership), FAQ 6 (transaction losses); asserts $5,547.00 in documented losses; requests explanation of $0.00 calculation; re-attaches 40+ supporting documents. Notes only 7 days given to respond vs. prior 20+. |
| C | Aug. 21, 2025 | Chandler Sobel-Sorenson | Cash App Security Settlement Administrator (info@cashappsecuritysettlement.com) | Claimant's cure response to Administrator. Re-submits original deficiency response dated May 29, 2025 and all supporting documentation/evidence not transmitted in prior submission. |
| D | Sep. 22, 2025 | Cash App Security Settlement Administrator | Chandler Sobel-Sorenson | FINAL Claim Deficiency Letter. Same boilerplate deficiency grounds as Second Notice. New cure deadline: October 6, 2025. Eligible for $0.00. Does not address any of Claimant's legal arguments from Exhibits B or C. |
| E | Oct. 24–28, 2025 | Chandler Sobel-Sorenson / Administrator | Administrator / Chandler Sobel-Sorenson | Thread: Claimant's formal written dispute (Oct. 24, 2025) invoking Settlement Agreement class definition ("affiliates, parents, or subsidiaries") and three covered loss categories including "deficiency in error resolution." Administrator's response (Oct. 28, 2025): "Our final determination is that your claim is not covered under the settlement." No legal basis cited. |
| F | Oct. 29, 2025 | Cash App Security Settlement Administrator | Chandler Sobel-Sorenson | Formal Partial Claim Denial Letter. Claim ID CHA171023409, Confirmation Code PWb9CPA77Pu9. States deficiency deadline passed; claim "partially denied." Appeal deadline: November 18, 2025, via online portal or mail. (Note: one day after Exhibit E's "final determination" with no change in reasoning.) |

| | | | | |
|---|---|---|---|---|
| **G** | Nov. 10–12, 2025 | Chandler Sobel-Sorenson / Administrator | Administrator / Chandler Sobel-Sorenson | Thread: Claimant confirms appeal filed via online portal (~Nov. 10–11, 2025). Administrator confirms (Nov. 12, 2025): "Appeal responses are currently being reviewed. All previously provided documents and information will be provided to counsel as part of appeal process." |
| **H** | Jan. 11, 2026 | Chandler Sobel-Sorenson | Cash App Security Settlement Administrator | Claimant status follow-up after approximately two months of silence. No substantive response from Administrator reflected in Matter Files. |
| **I** | Oct. 2, 2026 | Katz Privacy Settlement Administrator (support@angeion.zendesk.com) | Chandler Sobel-Sorenson | Response to Claimant's status inquiry for Claim CHA171023409, submitted via www.cashappsecuritysettlement.com. Administrator (Angeion Group) responds as the *Katz Privacy Settlement Administrator* — an entirely different matter — stating Claimant is ineligible for the Katz settlement and that "this decision is final." Claimant's inquiry referenced Claim ID CHA171023409 and www.cashappsecuritysettlement.com explicitly. This response is wholly non-responsive and constitutes a fundamental administrative error. |
| **J** | Oct. 7–8, 2026 | Cash App Security Settlement Administrator / ACH System | Chandler Sobel-Sorenson | ACH deposit of $96.43 posted to Claimant's account on October 7, 2026, bearing description "Transfer from Cash App." Administrator email (Oct. 8, 2026) states: "According to our records, the payment method you selected on your claim form was ACH. Your payment is currently being processed." No accounting of the payment amount, calculation methodology, or claim status was provided. Claimed loss: $5,547.00. |
| **K** | Oct. 20, 2026 | Cash App Security Settlement Administrator (support@angeion.zendesk.com) | Chandler Sobel-Sorenson (cc: Migliaccio & Rathod LLP; Federman & Sherwood; Kantrowitz Goldhamer Graifman) | Administrator's reply to Claimant's written demand letter of October 17, 2026. States: "We have previously told you several times that your claimed losses are not covered under this settlement. This determination has not changed. Your claim appeal was received and was reviewed by the Parties. They did not approve your appeal. Your claim payment amount and determination are final. No further action will be taken towards your claim." This response is internally contradictory: it asserts losses are "not covered" while Exhibit J confirms a payment was issued and attributed to Claimant's claim thirteen days earlier. No accounting of the $96.43 payment is provided. Three of five class counsel firms are copied, reflecting that those firms received notice of the appeal denial. This is the Administrator's final communication; administrative remedies are now exhausted. |

| | | | | |
|---|---|---|---|---|
| **L** | Oct. 17–20, 2026 | Microsoft Exchange / KGG Law; Federman & Sherwood | Chandler Sobel-Sorenson (auto-generated MDN receipts) | Three Message Disposition Notifications (MDNs) generated automatically by recipients' Exchange servers in response to the demand letter transmitted October 17, 2026 (same message, Message-ID: <114d41ff-56ea-4b11-8153-aff7080d102a@GMail.com>). L-1: Melissa Emert, Kantrowitz Goldhamer & Graifman — Disposition: **displayed** (read), October 17, 2026 at 4:21 PM ET. L-2: Daniel Marino, Kantrowitz Goldhamer & Graifman — Disposition: **deleted without reading**, October 20, 2026 at 10:17 AM ET. L-3: Federman & Sherwood (info@federmanlaw.com) — Disposition: **deleted without reading**, October 20, 2026 at 12:33 PM CT. The October 20 deletions (L-2 and L-3) occurred on the same calendar day as the Administrator's "reviewed by the Parties" determination (Exhibit K). No MDN was received from Migliaccio & Rathod, whose server does not appear to have MDN enabled, or from Gustafson Gluek or Scott Hirsch Law Group. |
| **M** | May 12, 2025 | Cash App Security Settlement Administrator (info@cashappsecuritysettlement.com) | Chandler Sobel-Sorenson | First Claim Deficiency Notice. States claim deficient for one reason: "You need to provide documentation that provides evidence that the losses claimed are related to an Unauthorized Account Event, a Data Security Incident or a deficiency in error resolution associated with a Cash App or Cash App Investing account." Cure deadline: June 3, 2025. This is the chronologically earliest documented Administrator action on Claim CHA171023409 in the Matter Files; because it was not available during earlier stages of this submission, it is appended at the end of the Index. |

## PART II: LETTER TO THE COURT

---

Chandler Sobel-Sorenson, President
Metacortex
metacortexco@gmail.com
(507) 414-7657

Date: October 28, 2026

The Honorable Sallie Kim
United States Magistrate Judge
Northern District of California
Office of the Clerk, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Pro Se Class Member Correspondence — Arbitrary and Capricious Administration of Claim CHA171023409; Administrative Remedies Exhausted; Request for Court Intervention Salinas, et al. v. Block, Inc. and Cash App Investing, LLC, No. 3:22-cv-04823 (N.D. Cal.)**

---

Dear Judge Kim:

I am a Settlement Class Member proceeding pro se in the above-captioned matter. I write to bring to the Court's attention a pattern of arbitrary, capricious, and procedurally deficient conduct by the Settlement Administrator — Angeion Group — in the handling of my claim, Claim ID CHA171023409, Confirmation Code PWb9CPA77Pu9, for $5,547.00 in documented losses.

On October 20, 2026, the Administrator issued its final communication, stating: "*Your claim payment amount and determination are final. No further action will be taken towards your claim.*" Administrative remedies are now exhausted. The Administrator's final determination, however, is internally contradictory and entirely without legal explanation: the Administrator asserts my losses are "not covered under this settlement," yet thirteen days earlier — on October

7, 2026 — an ACH deposit of $96.43 was made to my account and which the Administrator's October 8, 2026 email associates with my claim, without any accounting of the calculation methodology, what was approved, or what was denied.

I respectfully request that the Court exercise its supervisory jurisdiction over the administration and distribution of settlement proceeds and order the Administrator to provide a written accounting of (a) the basis for the $96.43 payment on a documented $5,547.00 claim, including the specific Settlement Agreement provisions and calculation methodology applied; (b) a specific explanation of which transactions or losses were approved, which were denied, and on what grounds; and (c) a substantive response to Claimant's legal arguments regarding class membership and covered loss categories, neither of which has ever been addressed in any Administrator communication.

Copies of this correspondence and the attached Exhibit Index are being transmitted simultaneously to Class Counsel and to the Administrator, by email where an email address is available and otherwise by U.S. Mail.

---

**I. BACKGROUND**

This Court entered an order approving the settlement in *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC*, Case No. 3:22-cv-04823 (N.D. Cal.), which provides relief to eligible class members who sustained losses traceable to a Data Security Incident, an Unauthorized Account Event, or a deficiency in error resolution associated with Cash App accounts and linked accounts. I am a former customer of Square, Inc. (now Block, Inc.), the named defendant, and I sustained losses of $5,547.00 due to fraudulent chargebacks and deficiencies in error resolution on my linked account. My losses occurred in April 2022, which falls within the defined class period of August 23, 2018 through the Notice Date of August 20, 2024.

I timely submitted a claim form, submitted extensive supporting documentation in response to deficiency notices — including forty (40) separate supporting documents covering five disputed transactions — filed a formal written dispute with the Administrator, and timely filed an appeal through the online appeal portal. The Administrator confirmed that the appeal was "reviewed by the Parties" — a term that ordinarily refers to class counsel and defense counsel — and on October 20, 2026 issued a final determination denying the appeal without any substantive explanation. Separately, on October 7, 2026, an ACH deposit of $96.43 was made to my account,

which the Administrator's October 8, 2026 email associates with this claim — a payment that is irreconcilable with the Administrator's simultaneous position that my losses are "not covered under this settlement."

The following narrative is supported by the Exhibit Index attached hereto.

---

## II. PROCEDURAL HISTORY

### A. Deficiency Notices and Claimant's Cure Responses

Following submission of my original claim form, I received a First Claim Deficiency Notice from the Administrator on May 12, 2025 (Exhibit M). The Administrator stated that my claim was deficient because I had not provided "documentation that provides evidence that the losses claimed are related to an Unauthorized Account Event, a Data Security Incident or a deficiency in error resolution associated with a Cash App or Cash App Investing account." The cure deadline was June 3, 2025. I submitted a thorough cure response, including a detailed summary letter and supporting documentation, on or about May 29, 2025. I submitted additional documentation — more than forty (40) separate supporting documents — on or about June 3, 2025. [*Ref: Exhibit C; Exhibit B.*]

On August 11, 2025, the Administrator issued a Second Claim Deficiency Letter (Exhibit A). It stated my claim remained deficient because: (1) the "losses claimed are not covered under this settlement" (citing only FAQs 4–6 without further explanation); and (2) the supporting documentation was "insufficient" for the listed reasons. The Administrator assessed my claim at $0.00. The Second Deficiency Notice provided only seven (7) days to respond — August 18, 2025 — a significant reduction from the prior cure period of more than twenty (20) days. [*Ref: Exhibit B.*]

On August 20, 2025, I formally wrote to Class Counsel disputing each deficiency finding on its merits, identifying specific errors in the Administrator's legal analysis, and requesting intervention. [*Ref: Exhibit B.*] On August 21, 2025, I submitted a further cure response directly to the Administrator, re-submitting my May 29, 2025 letter and all supporting documentation to ensure complete transmission. [*Ref: Exhibit C.*]

On September 22, 2025, the Administrator issued a FINAL Claim Deficiency Letter (Exhibit D), employing identical boilerplate grounds as the Second Notice, with a new cure deadline of October 6, 2025. The Administrator's final deficiency notice made no reference whatsoever to

the legal arguments I had raised in either my written response to Class Counsel (Exhibit B) or my cure submission to the Administrator (Exhibit C).

**B. Formal Dispute and Final Determination**

On October 24, 2025, I submitted a formal written dispute to the Administrator (Exhibit E), setting forth specific legal arguments grounded in the text of the Court-approved Settlement Agreement. The Administrator responded on October 28, 2025, stating only: "Our final determination is that your claim is not covered under the settlement." No legal basis was cited; no reference to the Settlement Agreement was provided; and none of my specific arguments were addressed.

**C. Partial Denial, Appeal, and Abandonment**

On October 29, 2025 — one day after the Administrator declared a "final determination" — the Administrator issued a formal Partial Claim Denial Letter (Exhibit F), directing me to appeal via the online portal by November 18, 2025 pursuant to Section II.I of the Settlement Agreement. I filed my appeal through the online appeal portal on or about November 10–11, 2025. On November 12, 2025, the Administrator confirmed receipt and stated: "Appeal responses are currently being reviewed. All previously provided documents and information will be provided to counsel as part of appeal process." [*Ref: Exhibit G.*]

On January 11, 2026, having received no further communication in approximately two months, I followed up with the Administrator to check the status of my appeal. No substantive response is reflected in my records. [*Ref: Exhibit H.*]

**D. Cross-Settlement Misidentification (October 2, 2026)**

On October 2, 2026, I submitted a status inquiry through the Cash App Security Settlement contact form at www.cashappsecuritysettlement.com, expressly identifying Claim ID CHA171023409. [*Ref: Exhibit I.*] The Administrator's response — transmitted the same day from support@angeion.zendesk.com — identified itself as the *Katz Privacy Settlement Administrator*, referenced a wholly different settlement, and stated "this decision is final." This response has no legal effect on Claim CHA171023409. It demonstrates that Angeion Group routed my Cash App Security Settlement inquiry to the wrong settlement's support queue and issued a dispositive communication from an unrelated proceeding without reviewing the correct claim file.

**E. The $96.43 Payment and Final Determination (October 7–20, 2026)**

On October 7, 2026, an ACH deposit of $96.43 was posted to my account bearing the description "Transfer from Cash App." On October 8, 2026, the Administrator confirmed: *"According to our records, the payment method you selected on your claim form was ACH. Your payment is currently being processed."* No accounting of the payment amount, calculation methodology, approved or denied transactions, or claim status was provided. [*Ref: Exhibit J.*]

On October 17, 2026, I submitted a written demand to the Administrator — with copies to three class counsel firms — requesting a complete accounting of the $96.43 payment, including: whether the payment was full and final; what calculation methodology was applied; what portion of the $5,547.00 claim was approved or denied and on what grounds; and the status of the November 2025 appeal. The demand stated that if no complete written response was received within fourteen (14) days — by October 29, 2026 — the full administrative record would be submitted to this Court.

On October 20, 2026, the Administrator responded — with three of five class counsel firms copied — as follows: *"We have previously told you several times that your claimed losses are not covered under this settlement. This determination has not changed. Your claim appeal was received and was reviewed by the Parties. They did not approve your appeal. Your claim payment amount and determination are final. No further action will be taken towards your claim."* [*Ref: Exhibit K.*]

This response is internally contradictory on its face. The Administrator simultaneously asserts that my losses are "not covered under this settlement" while having confirmed that a payment on this claim was being processed and declining to explain it. No accounting of the $96.43 figure was provided. No legal basis for any determination was cited. The appeal denial was communicated in a single sentence. The Matter Files reflect no action by class counsel — who were copied on this communication — to seek an explanation.

Administrative remedies are now fully exhausted.

---

## III. LEGAL ARGUMENT

### A. The Administrator's Eligibility Determination Contradicts the Plain Text of the Settlement Agreement.

The Administrator has repeatedly stated that my transactions "appear to be through Square not Cash App, which is not related to this settlement." [*Ref: Exhibit E.*] This determination is irreconcilable with the Settlement Agreement's express class definition, which encompasses

"current or former customers of Defendants or any of Defendants' **affiliates, parents, or subsidiaries.**" [*Ref: Claimant's Oct. 24, 2025 dispute letter, Exhibit E, citing Settlement Agreement class definition.*]

The named defendant, Block, Inc. (f/k/a Square, Inc.), is the parent entity of both Cash App and Square. Square and Cash App are, by definition, affiliates of Block, Inc. and of each other within the corporate family. A former customer of Square — which is a direct affiliate and former d/b/a of Block, Inc., the settling defendant — falls squarely within the Settlement Class as written. The Administrator's position that Square customers are categorically excluded contradicts the plain language of the Court-approved Settlement Agreement and is legally untenable.

**B. The Administrator Has Ignored an Entire Category of Covered Losses.**

The Administrator's denials state that "this settlement only covers losses as a result of an unauthorized account event or a result of a data incident." [*Ref: Exhibit E, citing Administrator's prior denial language.*] This is factually and legally incorrect. As Claimant stated in the October 24, 2025 formal dispute:

> *"The Settlement Agreement and Long Form Notice repeatedly state that the settlement covers losses traceable to three categories: (1) A Data Security Incident; (2) An Unauthorized Account Event; (3) A 'deficiency in error resolution' or 'complaint and error resolution processes associated with… Cash App accounts and linked accounts.'"* [*Ref: Exhibit E.*]

Claimant's documented losses arise from fraudulent chargebacks that were resolved improperly and inconsistently — constituting, by definition, a "deficiency in error resolution." The Administrator's denials have never addressed this third covered-loss category. Every deficiency notice and final determination letter ignores it entirely. This constitutes an arbitrary refusal to apply the full scope of the Court-approved Settlement Agreement.

**C. The Administrator's Documentation Findings Are Factually Disputed and Unexplained.**

Each specific ground cited by the Administrator for finding documentation "insufficient" was expressly and specifically disputed by Claimant with supporting factual assertions. [*Ref: Exhibit B.*] The Administrator found: (1) no monetary values shown — Claimant asserted monetary values appear throughout every document; (2) values do not match the claim form — Claimant asserted the figures reconcile and were explained in the June 3, 2025 submission; (3) dates outside the class period — Claimant asserted losses occurred in April 2022, well within the August 23, 2018 – August 20, 2024 class period; (4) no indication of an Unauthorized Account

Event — Claimant asserted the nature of the events was clearly documented. The Administrator has never provided a substantive response to any of these specific rebuttals, nor identified which specific documents were deficient or why.

**D. Class Counsel Has Taken No Action Despite Notice.**

Three of the five class counsel firms — Migliaccio & Rathod LLP, Federman & Sherwood, and Kantrowitz Goldhamer & Graifman, P.C. — were directly copied on the Administrator's October 20, 2026 final determination email. Claimant has been on record with class counsel since August 20, 2025 (Exhibit B), when Claimant formally communicated the dispute and requested intervention. No response from, or action by, class counsel on Claimant's behalf is reflected in the Matter Files in the approximately fourteen months since.

The disposition of Claimant's October 17, 2026 demand letter — which was copied to each class counsel firm that received the subsequent October 20 determination — is documented by Message Disposition Notifications (MDNs) automatically generated by the recipients' email servers. [*Ref: Exhibit L.*] These records confirm: Melissa Emert of Kantrowitz Goldhamer & Graifman read the demand letter on October 17, 2026 at 4:21 PM Eastern; a second KGG attorney (Daniel Marino) received the same message and deleted it without reading on October 20, 2026 at 10:17 AM Eastern; and Federman & Sherwood deleted the demand without reading on October 20, 2026 at 12:33 PM Central. The two October 20 deletions occurred on the same calendar day as the Administrator's "reviewed by the Parties" determination. No MDN was returned from Migliaccio & Rathod.

Class counsel owes a fiduciary duty to all absent class members, including Claimant. The documented pattern — no response to Claimant's August 2025 intervention request, and same-day deletion of the October 17 demand letter by at least two class counsel attorneys on the date the §II.I review concluded — is itself a matter the Court may appropriately consider in connection with its oversight of the settlement administration.

**E. The Final Determination Is Internally Contradictory and Unexplained.**

The Administrator's October 20, 2026 final determination states that Claimant's losses are "not covered under this settlement." Yet the Administrator simultaneously confirmed — on October 8, 2026 — that a payment is "currently being processed" on this claim, and a $96.43 ACH transfer was deposited on October 7, 2026. A claim whose losses are categorically "not covered" cannot

also be the basis for any payment. These two positions cannot coexist. The Administrator has declined to reconcile them, to identify which losses were approved, or to cite any provision of the Settlement Agreement that explains the $96.43 figure.

**F. The Administrator's Conduct Is Arbitrary and Capricious.**

The cumulative pattern of conduct — identical boilerplate denials across multiple rounds without substantive engagement; refusal to address the "deficiency in error resolution" category in any communication; inconsistent cure periods (7 days vs. prior 20+); issuance of a "final determination" one day before a formal denial letter offering appeal rights; eleven months of silence during the appeal period; routing of a Cash App Security Settlement status inquiry to a wholly different settlement's administrator; issuing a $96.43 payment on a $5,547.00 claim without explanation; and finally denying the appeal in a single conclusory sentence with no legal basis cited — reflects an administration that has not adjudicated this claim on its merits at any stage of the process. Such conduct does not satisfy the Administrator's obligations under the Court-approved Final Approval Order, and Claimant respectfully submits that it warrants the Court's review in the exercise of its continuing jurisdiction over the settlement.

---

## IV. REQUEST FOR RELIEF

Administrative remedies are now exhausted. For the foregoing reasons, Claimant respectfully requests that this Court exercise its supervisory jurisdiction over the settlement administration and:

1. Order the Settlement Administrator to provide a complete written accounting of the $96.43 payment issued on October 7, 2026, specifically: (a) the total loss amount recognized for Claim CHA171023409; (b) the calculation methodology applied, including any cap or pro-rata multiplier and the Settlement Agreement provision authorizing it; (c) identification of which of the forty (40) submitted supporting documents were considered and which, if any, were excluded and why; and (d) a reconciliation of the payment with the Administrator's simultaneous position that Claimant's losses are "not covered under this settlement";

2.

In the alternative, or in addition, order the Administrator to issue a substantive written determination that specifically: (a) addresses Claimant's class membership under the "affiliates, parents, or subsidiaries" definition in the Settlement Agreement class definition; (b) addresses Claimant's losses under the "deficiency in error resolution" covered-loss category, which the Administrator has never acknowledged or analyzed in any communication; (c) identifies with specificity which documents were found deficient and why, and which were credited; and (d) cites the exact language of the Settlement Agreement supporting each finding;

3.

Direct class counsel to respond to Claimant's correspondence and report to the Court regarding their review of the administrative record and appeal materials submitted by Claimant; and

4.

Grant such other and further relief as the Court deems just and proper.

Claimant is prepared to provide the Court with copies of all supporting documentation, including the original deficiency cure response, the forty (40) supporting documents submitted in August 2025, and any other materials requested by the Court.

---

Respectfully submitted,

Chandler Sobel-Sorenson

Chandler Sobel-Sorenson, President
Metacortex
metacortexco@gmail.com
(507) 414-7657

*Pro Se*

---

**cc:**

Nicholas A. Migliaccio / Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC 20002
info@classlawdc.com (via email)

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
info@federmanlaw.com (via email)

Gary S. Graifman / Melissa R. Emert
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
cashappsettlement@kgglaw.com (via email)

Aravind Swaminathan / Rebecca Harlow / Thomas Fu
ORRICK, HERRINGTON & SUTCLIFFE LLP
Counsel for Defendants Block, Inc. and Cash App Investing, LLC
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669
aswaminathan@orrick.com, rharlow@orrick.com, tfu@orrick.com (via email)

David A. Goodwin
GUSTAFSON GLUEK PLLC
120 S. 6th Street, Suite 2600
Minneapolis, MN 55402
dgoodwin@gustafsongluek.com (via email)

Scott D. Hirsch
SCOTT HIRSCH LAW GROUP
6810 N. State Road 7
Coconut Creek, FL 33073
scott@scotthirschlawgroup.com (via email)

Cash App Security Settlement Administrator
Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
info@cashappsecuritysettlement.com (via email)

---

*Enclosures: Exhibit Index (Exhibits A–M)*
*[Physical exhibits to be attached: printed copies of email correspondence, Exhibits A–M, as identified in the Exhibit Index]*

# EXHIBIT A

Second Claim Deficiency Notice — Aug. 11, 2025 (Original Notice — Embedded as Quoted Text in Exhibit B)

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

NOTE TO THE COURT

Exhibit A is the Second Claim Deficiency Notice dated August 11, 2025, issued by the Cash App Security Settlement Administrator to Claimant Chandler Sobel-Sorenson.

This document was transmitted to Claimant by email and is reproduced in full as quoted text within Exhibit B (Claimant's August 20, 2025 formal appeal), which contains the complete original text of this notice as the antecedent message in the email thread.

Key facts:
From: Cash App Security Settlement Administrator
To: Chandler Sobel-Sorenson
Date: On or about August 11, 2025
Subject: SECOND Notice of Deficient Claim in the Cash App Security Settlement
Findings: Claim deficient; losses 'not covered'; eligible for $0.00; response deadline August 18, 2025 (7 days)

# EXHIBIT B

Claimant's Formal Appeal to Class Counsel — Aug. 20, 2025

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

| | |
|---|---|
| **From:** | Chandler Sobel-Sorenson <metacortexco@gmail.com> |
| **To:** | info@classlawdc.com, info@federmanlaw.com, cashappsettlement@kgglaw.com |
| **Date:** | Wed, 20 Aug 2025 08:41:54 -0700 |
| **Subject:** | Re: SECOND Notice of Deficient Claim in the Cash App Security Settlement |

---

Dear sirs,

I left a message on 1-866-615-9740, but I don't always get a call back. I'm writing to you for help, as I've been very busy and just received the Notice below, only giving me 7 days to respond, whereas before I was given over 20.

The determination doesn't make any sense. I submitted over 40 documents on June 3 in response to the first Notice of Deficiency. I attached them again hereto just in case.

- Please explain how these losses are not covered. I believe I thoroughly addressed this in my attached summary letter.

I'm told to check FAQs 4-6:

4. Am I Class Member? Yes, I was a former customer of Cash App's parent, Square/Block, and my account had unauthorized or fraudulent withdrawals or transfers of funds from it, and many deficiencies in the resolution of these errors in my account and linked financial account! It's practically verbatim! Can you please explain how I'm not a class member?

5. What are the Settlement Benefits? I already know what the benefits are I'm not clear on the relevance of this at this point. Can you please clarify?

6. Additional Information on Settlement Benefits. Yes my claims fall under transactional losses, can you please explain how my claim does not fall into one of the Claim Benefit categories?

Next, it was determined that: "The supporting documentation you provided for your claim for reimbursement of Transaction Losses was insufficient: (i.e.

- there was no monetary value displayed on your documentation," This is false, there is monetary value all over the place on every document.
- "the monetary value displayed on your documentation did not match the monetary value claimed on your Claim Form,"
  This is also false, the numbers add up perfectly and I thoroughly explained this in my letter I submitted on June 3.

- "the dates were not within the class period,"
  This is also false, the dates for each loss are clearly marked on the documents as occurring in April 2022, which falls within the class period of August 23, 2018 through the Notice Date. The Notice Date is August 20, 2024.
- "there is no indication that it was related to an Unauthorized Account Event,"
  This is also false, I clearly showed how these were Unauthorized Account Events. Please clarify how they are not.
- "etc.)."
  What else is deficient?
- "Your Claim is currently eligible for $0.00 in documented transaction losses."
  There are $5,547.00 in documented transaction losses, please explain how $0.00 was calculated.

Sirs, this is a lot of money that was stolen from me and I respectfully request a full explanation of the determination so that I might properly cure my claim. I'm extremely busy with my job at the University of Arizona and have a large defamation lawsuit I've filed against over a dozen individuals, as well. My dad's in the hospital too!

I know time is of the essence and it is already past the short deadline I was given, which I don't believe was a fair amount of time. However, the sooner I can get my questions answered and understand why and how this determination was made, the sooner I can respond, perhaps by the end of the week if possible. You may also call me directly at 520-907-4352. Thank you.

Sincerely,
Chandler

Cash App Security Settlement Administrator wrote on 8/11/25 2:02 PM:

CASH APP SECURITY SETTLEMENT
SECOND CLAIM DEFICIENCY LETTER

CLAIM ID: CHA171023409-DEF
CONFIRMATION CODE: PWb9CPA77Pu9
CHANDLER SOBEL-SORENSON

We received your deficiency response in regards to your Claim Form in the Salinas, et al. v. Block, Inc. and Cash App Investing, LLC Settlement. After review, your Claim was determined to still be Deficient for the following reason(s):

- The losses claimed are not cover under this settlement. Please see FAQs 4-6 at www.CashAppSecuritySettlement.com
- The supporting documentation you provided for your claim for reimbursement of Transaction Losses was insufficient (i.e., there was no monetary value displayed on your documentation, the monetary value displayed on your documentation did not match the monetary value claimed on your Claim Form, the dates were not within the class period, there is no indication that it was related to an Unauthorized Account Event, etc.). Your Claim is currently eligible for $0.00 in documented transaction losses.

If you wish to cure your Deficient Claim, you must respond by August 18, 2025. Please submit your deficiency response on the Settlement Website, www.CashAppSecuritySettlement.com using the above Claim ID and Confirmation Code. Your response should address all issues noted above and include any documentation or information that was missing from your original claim. If you do not respond by August 18, 2025, your claim will be Denied. Alternatively your deficiency response can be mailed to the Settlement Administrator at:

Cash App Security Settlement Administrator
Attn: Deficiency Responses
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Deficiency responses mailed to the Settlement Administrator must be postmarked by August 18, 2025.

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting www.cashappsecuritysettlement.com or calling 1-866-615-9740. In particular, please note that the definitions of the terms Out-of-Pocket Losses, Transaction Losses, Unauthorized Account Events, Data Security Incident, and Lost Time can be found in the Settlement Agreement, which is located at the Important Documents tab of the settlement website, and additional information regarding what an Unauthorized Account Event is can be found on the settlement website at FAQ No. 6.

Sincerely,
Cash App Security Settlement
Settlement Administrator
info@cashappsecuritysettlement.com

# EXHIBIT C

Claimant's Cure Response to Administrator — Aug. 21, 2025

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Chandler Sobel-Sorenson <metacortexco@gmail.com>
**To:** info@cashappsecuritysettlement.com
**Date:** Thu, 21 Aug 2025 12:21:48 -0700
**Subject:** Re: SECOND Notice of Deficient Claim in the Cash App Security Settlement

---

Here is my original response dated 2025-05-29 to your first Claim Deficiency Letter, which I understand you already have. The rest of the attachments are all the documentation, receipts, and evidence that didn't get transmitted the first time. My claim ID and Confirmation Code are below. This should resolve all deficiencies. Thank you.

Sincerely,
Chandler

Cash App Security Settlement Administrator wrote on 8/11/25 2:02 PM:

**<u>CASH APP SECURITY SETTLEMENT</u>**
**<u>SECOND CLAIM DEFICIENCY LETTER</u>**

**CLAIM ID: CHA171023409-DEF**
**CONFIRMATION CODE: PWb9CPA77Pu9**
CHANDLER SOBEL-SORENSON

We received your deficiency response in regards to your Claim Form in the *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* Settlement. After review, your Claim was determined to still be Deficient for the following reason(s):

- The losses claimed are not cover under this settlement. Please see FAQs 4-6 at www.CashAppSecuritySettlement.com
- The supporting documentation you provided for your claim for reimbursement of Transaction Losses was insufficient (i.e., there was no monetary value displayed on your documentation, the monetary value displayed on your documentation did not match the monetary value claimed on your Claim Form, the dates were not within the class period, there is no indication that it was related to an Unauthorized Account Event, etc.). Your Claim is currently eligible for $0.00 in documented transaction losses.

**<u>If you wish to cure your Deficient Claim, you must respond by August 18, 2025</u>**. Please submit your deficiency response on the Settlement Website, www.CashAppSecuritySettlement.com using the above Claim ID and Confirmation Code. Your response should address all issues noted above and include any documentation or information that was missing from your original claim. If you do not respond by **<u>August 18, 2025</u>**, your claim will be Denied. Alternatively your deficiency response can be mailed to the Settlement Administrator at:

Cash App Security Settlement Administrator
Attn: Deficiency Responses
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Deficiency responses mailed to the Settlement Administrator **<u>must be postmarked by August 18, 2025</u>**.

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting www.cashappsecuritysettlement.com or calling 1-866-615-9740. In

particular, please note that the definitions of the terms Out-of-Pocket Losses, Transaction Losses, Unauthorized Account Events, Data Security Incident, and Lost Time can be found in the Settlement Agreement, which is located at the Important Documents tab of the settlement website, and additional information regarding what an Unauthorized Account Event is can be found on the settlement website at FAQ No. 6.

Sincerely,
Cash App Security Settlement
Settlement Administrator
info@cashappsecuritysettlement.com

# EXHIBIT D

FINAL Claim Deficiency Notice — Sep. 22, 2025

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Cash App Security Settlement Administrator <info@cashappsecuritysettlement.com>
**To:** MetacortexCo@Gmail.com
**Date:** Mon, 22 Sep 2025 20:11:22 +0000
**Subject:** FINAL Notice of Deficient Claim in the Cash App Security Settlement

**CASH APP SECURITY SETTLEMENT**
**FINAL CLAIM DEFICIENCY LETTER**

**CLAIM ID:CHA171023409**
**CONFIRMATION CODE: PWb9CPA77Pu9**
**CHANDLER SOBEL-SORENSON**

We received your deficiency response in regards to your Claim Form in the *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* Settlement. After review, your Claim was determined to still be Deficient for the following reason(s):

- The supporting documentation you provided for your claim for reimbursement of Transaction Losses was insufficient (i.e., there was no monetary value displayed on your documentation, the monetary value displayed on your documentation did not match the monetary value claimed on your Claim Form, the dates were not within the class period, there is no indication that it was related to an Unauthorized Account Event, etc.). Your Claim is currently eligible for $0.00 in documented transaction losses.
- The losses claimed are not cover under this settlement. Please see FAQs 4-6 at www.CashAppSecuritySettlement.com

**If you wish to cure your Deficient Claim, you must respond by October 6th, 2025.** Please submit your deficiency response on the Settlement Website, www.CashAppSecuritySettlement.com using the above Claim ID and Confirmation Code. Your response should address all issues noted above and include any documentation or information that was missing from your original claim. If you do not respond by October 6th, 2025, your claim status will be finalized will and may be Denied. Alternatively your deficiency response can be mailed to the Settlement Administrator at:

Cash App Security Settlement Administrator
Attn: Deficiency Responses
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Deficiency responses mailed to the Settlement Administrator **must be postmarked by October 6th, 2025.**

Unsubscribe

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting www.cashappsecuritysettlement.com or calling 1-866-615-9740. In particular, please note that the definitions of the terms Out-of-Pocket Losses, Transaction Losses, Unauthorized Account Events, Data Security Incident, and Lost Time can be found in the Settlement Agreement, which is located at the Important Documents tab of the settlement website, and additional information regarding what an Unauthorized Account Event is can be found on the settlement website at FAQ No. 6.

Sincerely,
Cash App Security Settlement

# EXHIBIT E

Claimant's Written Dispute & Administrator Final Determination — Oct. 24–28, 2025

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Do Not Reply <support@angeion.zendesk.com>
**To:** Chandler SOBEL-SORENSON <metacortexco@gmail.com>
**Date:** Tue, 28 Oct 2025 15:13:16 +0000
**Subject:** Re: Claim Status - [www.cashappsecuritysettlement.com]

---

Thank you for contacting the Cash App Security Settlement Administrator.

Hello Mr. Sobel-Sorenson,

Our final determination is that your claim is not covered under the settlement. You will be receiving a formal final denial notice. As part of the final denial process you will be able to request an appeal of your claim denial via an attorney review through the settlement website.

For more information, please visit www.cashappsecuritysettlement.com.

Regards,
Cash App Security Settlement Administrator
www.cashappsecuritysettlement.com

On October 24, 2025 at 3:29:21 AM UTC, metacortexco@gmail.com wrote:

> **CONFIRMATION CODE: PWb9CPA77Pu9**
>
> To the Settlement Administrator:
>
> I am formally disputing the "deficient" finding for my claim, **CHA171023409**. Your second denial on 9/15/25 failed to address the specific legal bases for my claim and constitutes an arbitrary denial.
>
> Your denial is based on two incorrect assertions. I will correct them here, citing the official, court-approved settlement documents.
>
> **1. My Status as a Class Member:**
>
> Your denial states, "These transaction also appear to be through Square not Cash App, which is not related to this settlement."
>
> This is factually incorrect. The defendant in this case is **Block, Inc.** (f/k/a Square, Inc.). As defined in the Settlement Agreement, the Settlement Class explicitly includes "current or former customers of Defendants or any of Defendants' **affiliates, parents, or subsidiaries**."
>
> As Block, Inc. is the parent company of both Square and Cash App, they are affiliates. As a former customer of Square who, at the time, was the parent company of Cash App, I am indisputably a member of the Settlement Class under the plain text of the agreement.
>
> **2. My Covered Loss:**
>
> Your denial states, "This settlement only covers losses as a result of an unauthorized account event or a result of an data incident."

This is also factually incorrect. The Settlement Agreement and Long Form Notice *repeatedly* state that the settlement covers losses traceable to *three* categories:

1. A Data Security Incident

2. An Unauthorized Account Event

3. A "**deficiency in error resolution**" or "**complaint and error resolution processes associated with... Cash App accounts and linked accounts.**"

My claim is for losses due to a "deficiency in error resolution" on my account with a Block, Inc. affiliate (Square). My supporting documents show fraudulent chargebacks that were resolved improperly and inconsistently, which is the definition of a deficient error resolution process.

Your denial arbitrarily ignores this entire third category of covered losses, which is defined in the settlement to which you are bound.

**Request for Action:**

Please reverse this incorrect "deficient" finding and approve my claim.

If you intend to uphold this denial, you must provide me with a *specific, written explanation* that addresses *both* of the points above, citing the exact language from the court-approved Settlement Agreement that justifies your decision.

A generic, non-responsive denial will not suffice and will be forwarded to Class Counsel and, if necessary, the Court, as evidence of the administrator's failure to adhere to the terms of the Final Approval.

I expect a substantive response by Friday, the 31st of October.

Sincerely,
Chandler Sobel-Sorenson
Claim ID CHA171023409
**CONFIRMATION CODE PWb9CPA77Pu9**

# EXHIBIT F

Formal Partial Claim Denial Letter — Oct. 29, 2025

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Cash App Security Settlement Administrator <donotreply@cashappsecuritysettlement.com>
**To:** MetacortexCo@Gmail.com
**Date:** Wed, 29 Oct 2025 21:05:13 +0000
**Subject:** Notice of Claim Denial in the Cash App Security Settlement

## CASH APP SECURITY SETTLEMENT
## PARTIAL CLAIM DENIAL LETTER

**CLAIM ID: CHA171023409**
**CONFIRMATION CODE: PWb9CPA77Pu9**

CHANDLER SOBEL-SORENSON

After review, your Claim Form in the *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* Settlement was determined to be Deficient. The deadline to cure claim deficiencies has now passed and your claim has been partially denied.

Pursuant to Section II.I of the Settlement Agreement you have right to appeal your denial and request an Attorney Review of your claim. **All appeals must be received via the online appeal portal on the settlement website within twenty (20) days of the date of this denial notice**. Appeals can also be mailed to the Settlement Administrator:

Cash App Security Settlement Administrator
Attn: Claim Denial Appeal
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Appeals must contain the above Claim ID. **Appeals must be received or postmarked by November 18, 2025**. Any appeals received after this date will not be accepted and your claim status will be final.

Sincerely,
Cash App Security Settlement
Settlement Administrator

Unsubscribe

# EXHIBIT G

Appeal Confirmation — Nov. 12, 2025

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Cashapp Settlement <info@cashappsecuritysettlement.com>
**To:** Chandler SOBEL-SORENSON <metacortexco@gmail.com>
**Date:** Wed, 12 Nov 2025 13:58:39 +0000
**Subject:** Re: Re: Notice of Claim Denial in the Cash App Security Settlement

---

Thank you for contacting the Cash App Security Settlement Administrator.

Appeal responses are currently being reviewed. All previously provided documents and information will be provided to counsel as part of appeal process.

Distribution for this settlement has not started and will not begin until all of the class members claims have been reviewed and processed.

Claims are currently being processed and we do not currently have an expected timeline. We appreciate your patience.

For more information, please visit www.cashappsecuritysettlement.com.

Regards,
Cash App Security Settlement Administrator
www.cashappsecuritysettlement.com

On November 11, 2025 at 9:55:30 PM UTC, metacortexco@gmail.com wrote:

> Yes i used the online appeal portal which registered my appeal, but that was it. Please answer my other questions. Thanks
>
> Nov 11, 2025 9:47:51 AM Cashapp Settlement <info@cashappsecuritysettlement.com>:
>
> > Thank you for contacting the Cash App Security Settlement Administrator.
> >
> > If you received denial letter, you have right to appeal your claim denial and request an Attorney Review of your claim. Please note that submitting an appeal does not guarantee your claim will be approved. All determination made during the appeal process are final and cannot be appealed further.
> >
> > **Appeals must be received or postmarked by date of the deadline. Appeals received after this deadline will not be accepted and your claim status will be final.**
> >
> > Please use the following link for online appeal portal: www.cashappsecuritysettlement.com/final-appeals
> >
> > Appeals can also be mailed to the Settlement Administrator:

Cash App Security Settlement Administrator
Attn: Claim Denial Appeal
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

For more information, please visit www.cashappsecuritysettlement.com.

Regards,
Cash App Security Settlement Administrator
www.cashappsecuritysettlement.com

On November 10, 2025 at 11:55:59 AM UTC, metacortexco@gmail.com wrote:

Ok I appealed, now what? There wasn't any way for me to respond at all to anything or explain my position like I have in the past, just that I appealed and that was it. Will an attorney be contacting me about that or what?

Thanks,
Chandler

Cash App Security Settlement Administrator wrote on 10/29/25 2:05 PM:

CASH APP SECURITY SETTLEMENT
PARTIAL CLAIM DENIAL LETTER

CLAIM ID: CHA171023409
CONFIRMATION CODE: PWb9CPA77Pu9

CHANDLER SOBEL-SORENSON

After review, your Claim Form in the Salinas, et al. v. Block, Inc. and Cash App Investing, LLC Settlement was determined to be Deficient. The deadline to cure claim deficiencies has now passed and your claim has been partially denied.

Pursuant to Section II.I of the Settlement Agreement you have right to appeal your denial and request an Attorney Review of your claim.All appeals must be received via the online appeal portal on the settlement website within twenty (20) days of the date of this denial notice. Appeals can also be mailed to the Settlement Administrator:

Cash App Security Settlement Administrator
Attn: Claim Denial Appeal
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Appeals must contain the above Claim ID. Appeals must be received or postmarked by November 18, 2025. Any appeals received after this date will not be accepted and your claim status will be final.

Sincerely,
Cash App Security Settlement
Settlement Administrator

Unsubscribe

# EXHIBIT H

Claimant Status Follow-Up — Jan. 11, 2026

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

| | |
|---|---|
| **From:** | Chandler Sobel-Sorenson <metacortexco@gmail.com> |
| **To:** | Cashapp Settlement <info@cashappsecuritysettlement.com> |
| **Date:** | Sun, 11 Jan 2026 00:22:14 -0700 |
| **Subject:** | Re: Notice of Claim Denial in the Cash App Security Settlement |

Hello and happy new year! I haven't heard anything in 2 months now so am just following up to see where things are with class member claims and my appeal?

Thanks,
Chandler

Cashapp Settlement wrote on 11/12/25 6:58 AM:

> Thank you for contacting the Cash App Security Settlement Administrator.
>
> Appeal responses are currently being reviewed. All previously provided documents and information will be provided to counsel as part of appeal process.
>
> Distribution for this settlement has not started and will not begin until all of the class members claims have been reviewed and processed.
>
> Claims are currently being processed and we do not currently have an expected timeline. We appreciate your patience.
>
> For more information, please visit www.cashappsecuritysettlement.com.
>
> Regards,
> Cash App Security Settlement Administrator
> www.cashappsecuritysettlement.com

On November 11, 2025 at 9:55:30 PM UTC, metacortexco@gmail.com wrote:

> Yes i used the online appeal portal which registered my appeal, but that was it. Please answer my other questions. Thanks
>
> Nov 11, 2025 9:47:51 AM Cashapp Settlement <info@cashappsecuritysettlement.com>:
>
> > Thank you for contacting the Cash App Security Settlement Administrator.
> >
> > If you received denial letter, you have right to appeal your claim denial and request an Attorney Review of your claim. Please note that submitting an appeal does not guarantee your claim will be approved. All determination made during the appeal process are final and cannot be appealed further.
> >
> > **Appeals must be received or postmarked by date of the deadline. Appeals received after this deadline will not be accepted and your claim status will be final.**
> >
> > Please use the following link for online appeal portal:
> > www.cashappsecuritysettlement.com/final-appeals
> >
> > Appeals can also be mailed to the Settlement Administrator:
> >
> > Cash App Security Settlement Administrator
> > Attn: Claim Denial Appeal
> > 1650 Arch Street, Suite 2210
> > Philadelphia, PA 19103
> >
> > For more information, please visit
> > www.cashappsecuritysettlement.com.
> >
> > Regards,
> > Cash App Security Settlement Administrator
> > www.cashappsecuritysettlement.com
> >
> > On November 10, 2025 at 11:55:59 AM UTC, metacortexco@gmail.com wrote:
> >
> > > Ok I appealed, now what? There wasn't any way for me to respond at all to anything or explain my position like I

have in the past, just that I appealed and that was it. Will an attorney be contacting me about that or what?

Thanks,
Chandler

Cash App Security Settlement Administrator wrote on 10/29/25 2:05 PM:

CASH APP SECURITY SETTLEMENT
PARTIAL CLAIM DENIAL LETTER

CLAIM ID: CHA171023409
CONFIRMATION CODE: PWb9CPA77Pu9

CHANDLER SOBEL-SORENSON

After review, your Claim Form in the Salinas, et al. v. Block, Inc. and Cash App Investing, LLC Settlement was determined to be Deficient. The deadline to cure claim deficiencies has now passed and your claim has been partially denied.

Pursuant to Section II.I of the Settlement Agreement you have right to appeal your denial and request an Attorney Review of your claim.All appeals must be received via the online appeal portal on the settlement website within twenty (20) days of the date of this denial notice. Appeals can also be mailed to the Settlement Administrator:

Cash App Security Settlement Administrator
Attn: Claim Denial Appeal
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Appeals must contain the above Claim ID. Appeals must be received or postmarked by November 18, 2025. Any appeals received after this date will not be accepted and your claim status will be final.

Sincerely,
Cash App Security Settlement
Settlement Administrator

Unsubscribe

# EXHIBIT I

Non-Responsive Administrator Reply (Wrong Settlement) — Oct. 2, 2026

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Do Not Reply <support@angeion.zendesk.com>
**To:** Chandler SOBEL-SORENSON <metacortexco@gmail.com>
**Date:** Fri, 02 Oct 2026 20:55:55 +0000
**Subject:** Re: Status - [www.cashappsecuritysettlement.com]

---

Thank you for contacting the Katz Privacy Settlement Administrator.

We understand that you received an approval email for your claim. However, after further review, it was determined that you are ineligible to receive benefits from this settlement. This is a closed case where all Class Members are known. Our additional review uncovered that you do not qualify as a class member. **This decision is final according to the terms of the Settlement Agreement.**

Please disregard the previous approval email as it was sent in error. We apologize for any confusion or inconvenience this may have caused.

Thank you,
Katz Privacy Settlement Administrator
www.KatzPrivacySettlement.com

On October 2, 2026 at 2:48:02 AM UTC, metacortexco@gmail.com wrote:

> I am following up to check the status of my claim/appeal? Thanks
>
> Claim ID (if known): CHA171023409
>
> Phone Number: 5074147657
> Contact Form: www.cashappsecuritysettlement.com

# EXHIBIT J

ACH Payment of $96.43 — Bank Notification & Administrator Email — Oct. 7–8, 2026

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**Document 1 of 2**

**From:** no-reply@grasshopper.bank

**To:** metacortexco@gmail.com

**Date:** Thu, 08 Oct 2026 05:40:45 +0000

**Subject:** You received a $96.43 deposit to account ending in 9915

Grasshopper

# You received a $96.43 deposit to account ending in 9915

A deposit recently posted to your account.

Account: 9915
Posted on: Oct 07, 2026 at 12:00 AM ET
Amount: $96.43
Description: Transfer from Cash App

**Manage account**

You
received this email because a deposit transaction exceeded the threshold you set.

Grasshopper Bank
261 5th Ave
Suite 610
New York, NY 10016

Member FDIC. Equal Housing Lender

Document 2 of 2

| | |
|---|---|
| **From:** | Do Not Reply <support@angeion.zendesk.com> |
| **To:** | Chandler SOBEL-SORENSON <metacortexco@gmail.com> |
| **Date:** | Thu, 08 Oct 2026 16:22:03 +0000 |
| **Subject:** | Re: Status - [www.cashappsecuritysettlement.com] |

Thank you for contacting the Cash App Security Settlement Administrator.

According to our records, the payment method you selected on your claim form was ACH. Your payment is
currently being processed. We appreciate your patience as you wait for the payment to be completed.

For more information, please visit www.cashappsecuritysettlement.com.

Regards,
Cash App Security Settlement Administrator
www.cashappsecuritysettlement.com

On October 2, 2026 at 9:00:10 PM UTC, metacortexco@gmail.com wrote:

> I appealed that decision and clearly showed how I did qualify with reference to your own definitions. I was told I would be contacted regarding my appeal, I was not. Your determination is incorrect as a matter of law and I dispute it and demand recourse.
>
> Do Not Reply wrote on 10/2/26 1:55 PM:
>
> > Thank you for contacting the Katz Privacy Settlement Administrator.
> >
> > We understand that you received an approval email for your claim. However, after further review, it was determined that you are ineligible to receive benefits from this settlement. This is a closed case where all Class Members are known. Our additional review uncovered that you do not qualify as a class member. **This decision is final according to the terms of the Settlement Agreement.**
> >
> > Please disregard the previous approval email as it was sent in error. We apologize for any confusion or inconvenience this may have caused.
> >
> > Thank you,
> > Katz Privacy Settlement Administrator
> > www.KatzPrivacySettlement.com
> >
> > On October 2, 2026 at 2:48:02 AM UTC, metacortexco@gmail.com wrote:

I am following up to check the status of my claim/appeal? Thanks

Claim ID (if known): CHA171023409

Phone Number: 5074147657

Contact Form: www.cashappsecuritysettlement.com

# EXHIBIT K

Administrator Final Appeal Denial — Oct. 20, 2026

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Do Not Reply <support@angeion.zendesk.com>
**To:** Chandler SOBEL-SORENSON <metacortexco@gmail.com>
**Date:** Tue, 20 Oct 2026 17:16:08 +0000
**Subject:** Re: Status - [www.cashappsecuritysettlement.com]

---

Mr Sobel-Sorenson,

We have previously told you several times that your claimed losses are not covered under this settlement. This determination has not changed. Your claim appeal was received and was reviewed by the Parties. They did not approve your appeal. Your claim payment amount and determination are final. No further action will be taken towards your claim.

Regards,
Cash App Security Settlement Administrator
www.cashappsecuritysettlement.com

On October 19, 2026 at 2:47:48 PM UTC, support@angeion.zendesk.com wrote:

> Thank you for contacting the Cash App Security Settlement Administrator.
>
> We have received your response and have escalated it for further review. We will provide you with feedback on this matter as soon as possible.
>
> For more information, please contact the Settlement Administrator at info@cashappsecuritysettlement.com or via phone at 866-615-9740.
>
> Regards,
> Cash App Security Settlement Administrator
> www.cashappsecuritysettlement.com
>
> On October 17, 2026 at 7:37:04 PM UTC, metacortexco@gmail.com wrote:

# DEMAND FOR PAYMENT ACCOUNTING

## Salinas et al. v. Block, Inc. and Cash App Investing, LLC | Claim CHA171023409

---

Chandler Sobel-Sorenson, President
Metacortex
metacortexco@gmail.com
(507) 414-7657

October 15, 2026

Angeion Group
Cash App Security Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
info@cashappsecuritysettlement.com

**Re: Demand for Written Accounting of Payment — Claim CHA171023409 / PWb9CPA77Pu9**
**Settlement: Salinas, et al. v. Block, Inc. and Cash App Investing, LLC, No. 22-cv-04823 (N.D. Cal.)**

---

Dear Settlement Administrator:

I write regarding an ACH deposit of **$96.43** posted to my account on October 7, 2026, bearing the description "Transfer from Cash App." On October 8, 2026, I received correspondence from your office stating: *"According to our records, the payment method you selected on your claim form was ACH. Your payment is currently being processed."*

My claim — Claim ID **CHA171023409**, Confirmation Code **PWb9CPA77Pu9** — was submitted for documented losses of **$5,547.00**, substantiated by forty (40) supporting documents including receipts and formal dispute records covering five separate disputed transactions with the same counterparty, all occurring in April through August 2022, within the defined class period of August 23, 2018 through August 20, 2024.

No explanation accompanied the $96.43 payment. No accounting of the calculation methodology was provided. No statement of claim status — whether fully resolved, partially approved, partially denied, or otherwise — has been communicated to me.

---

## DEMANDS

I hereby demand that the Administrator provide a complete written accounting within **fourteen (14) days** of the date of this letter, addressing each of the following:

**1. Finality.** Is the $96.43 deposit the full and final payment on Claim CHA171023409, or are additional distributions pending? If additional payments are forthcoming, state the expected amount(s), timing, and basis.

**2. Calculation Methodology.** Provide a complete accounting of how $96.43 was calculated. Specifically:

- What total loss amount was recognized for this claim?

- Was any portion of the claimed $5,547.00 disallowed? If so, which transactions were disallowed and on what grounds, citing the specific language of the Court-approved Settlement Agreement?
- Was a per-claimant cap applied? If so, state the cap amount and cite the Settlement Agreement provision authorizing it.
- Was a pro-rata reduction applied? If so, state the total settlement fund, total approved claim value, and the pro-rata multiplier applied.

**3. Appeal Status.** I filed a timely appeal via the online portal on or about November 10–11, 2025. On November 12, 2025, your office confirmed receipt, stating: *"Appeal responses are currently being reviewed. All previously provided documents and information will be provided to counsel as part of appeal process."* No substantive response to that appeal has ever been issued. State specifically: (a) whether this payment reflects the outcome of that appeal review; (b) whether counsel reviewed the appeal materials; and (c) what determination, if any, was made on the appeal.

**4. Documentation Coverage.** Identify specifically which of the forty (40) supporting documents submitted on or about August 21, 2025 — receipts and dispute records for five transactions totaling $5,547.00 — were considered in reaching this payment amount, and which, if any, were excluded and on what grounds.

---

## NOTICE OF INTENT TO ESCALATE

If the Administrator fails to provide a complete written response to the foregoing demands within fourteen (14) days of the date of this letter — by **October 29, 2026** — I will submit this correspondence, together with the full administrative record of Claim CHA171023409, to the Honorable Araceli Martínez-Olguín, United States District Court for the Northern District of California, by mail to chambers, with copies to Class Counsel, as evidence of the Administrator's failure to provide any accounting of its payment determination.

The Court retains jurisdiction over the administration and distribution of settlement proceeds. An unexplained payment of $96.43 on a documented $5,547.00 claim, following months of procedurally deficient correspondence and an unresolved appeal, is a matter within the Court's supervisory authority over the settlement.

---

I expect a substantive written response — not a form letter — addressing each of the four numbered demands above. Please direct your response to metacortexco@gmail.com or by mail to the address above.

Respectfully,

Chandler Sobel-Sorenson, President
Metacortex

---

*Copies: Class Counsel — Migliaccio & Rathod LLP; Federman & Sherwood; Kantrowitz Goldhamer & Graifman, P.C.; Gustafson Gluek PLLC; Scott Hirsch Law Group PLLC*

Do Not Reply wrote on 10/8/26 9:22 AM:

> Thank you for contacting the Cash App Security Settlement Administrator.
>
> According to our records, the payment method you selected on your claim form was ACH. Your payment is currently being processed. We appreciate your patience as you wait for the payment to be completed.

For more information, please visit www.cashappsecuritysettlement.com.

Regards,
Cash App Security Settlement Administrator
www.cashappsecuritysettlement.com

On October 2, 2026 at 9:00:10 PM UTC, metacortexco@gmail.com wrote:

> I appealed that decision and clearly showed how I did qualify with reference to your own definitions. I was told I would be contacted regarding my appeal, I was not. Your determination is incorrect as a matter of law and I dispute it and demand recourse.
>
> Do Not Reply wrote on 10/2/26 1:55 PM:
>
> > Thank you for contacting the Katz Privacy Settlement Administrator.
> >
> > We understand that you received an approval email for your claim. However, after further review, it was determined that you are ineligible to receive benefits from this settlement. This is a closed case where all Class Members are known. Our additional review uncovered that you do not qualify as a class member. **This decision is final according to the terms of the Settlement Agreement.**
> >
> > Please disregard the previous approval email as it was sent in error. We apologize for any confusion or inconvenience this may have caused.
> >
> > Thank you,
> > Katz Privacy Settlement Administrator
> > www.KatzPrivacySettlement.com
> >
> > On October 2, 2026 at 2:48:02 AM UTC, metacortexco@gmail.com wrote:
> >
> > > I am following up to check the status of my claim/appeal? Thanks
> > >
> > > Claim ID (if known): CHA171023409
> > >
> > > Phone Number: 5074147657
> > > Contact Form: www.cashappsecuritysettlement.com

# EXHIBIT L

Message Disposition Notifications (Read/Not Read Receipts) — Oct. 17–20, 2026

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**Document 1 of 3**

| | |
|---|---|
| **From:** | Melissa Emert <memert@kgglaw.com> |
| **To:** | Chandler Sobel-Sorenson <MetacortexCo@GMail.com> |
| **Date:** | Sat, 17 Oct 2026 20:21:51 +0000 |
| **Subject:** | Read: Re: Status - [www.cashappsecuritysettlement.com] |

Your message

To: Melissa Emert
Subject: Re: Status - [www.cashappsecuritysettlement.com]
Sent: Saturday, October 17, 2026 3:36:57 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Saturday, October 17, 2026 4:21:51 PM (UTC-05:00) Eastern Time (US & Canada).

**Document 2 of 3**

| | |
|---|---|
| **From:** | ZZZ-Daniel Marino-ZZZ <dmarino@kgglaw.com> |
| **To:** | Chandler Sobel-Sorenson <MetacortexCo@GMail.com> |
| **Date:** | Tue, 20 Oct 2026 14:17:13 +0000 |
| **Subject:** | Not read: Re: Status - [www.cashappsecuritysettlement.com] |

Your message

To: ZZZ-Daniel Marino-ZZZ
Subject: Re: Status - [www.cashappsecuritysettlement.com]
Sent: Saturday, October 17, 2026 3:36:57 PM (UTC-05:00) Eastern Time (US & Canada)

was deleted without being read on Tuesday, October 20, 2026 10:17:13 AM (UTC-05:00) Eastern Time (US & Canada).

**Document 3 of 3**

| | |
|---|---|
| **From:** | Info <info@federmanlaw.com> |
| **To:** | Chandler Sobel-Sorenson <MetacortexCo@GMail.com> |
| **Date:** | Tue, 20 Oct 2026 17:33:19 +0000 |
| **Subject:** | Not read: Re: Status - [www.cashappsecuritysettlement.com] |

Your message

To: Info
Subject: Re: Status - [www.cashappsecuritysettlement.com]
Sent: Saturday, October 17, 2026 2:36:57 PM (UTC-06:00) Central Time (US & Canada)

was deleted without being read on Tuesday, October 20, 2026 12:33:19 PM (UTC-06:00) Central Time (US & Canada).

# EXHIBIT M

First Claim Deficiency Notice — May 12, 2025

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* — No. 3:22-cv-04823 (N.D. Cal.)

**From:** Cash App Security Settlement Administrator <info@cashappsecuritysettlement.com>
**To:** MetacortexCo@Gmail.com
**Date:** Mon, 12 May 2025 22:36:00 +0000
**Subject:** Notice of Deficient Claim in the Cash App Security Settlement

**CASH APP SECURITY SETTLEMENT**
**CLAIM DEFICIENCY LETTER**

**CLAIM ID: CHA171023409**
**CONFIRMATION CODE: PWb9CPA77Pu9**
**CHANDLER SOBEL-SORENSON**

We received your Claim Form in the *Salinas, et al. v. Block, Inc. and Cash App Investing, LLC* Settlement. After review, your Claim was determined to be Deficient for the following reason(s):

- You need to provide documentation that provides evidence that the losses claimed are related to an Unauthorized Account Event, a Data Security Incident or a deficiency in error resolution associated with a Cash App or Cash App Investing account.

**If you wish to cure your Deficient Claim, you must respond by June 3, 2025**. Please submit your deficiency response on the Settlement Website, www.CashAppSecuritySettlement.com using the above Claim ID and Confirmation Code. Your response should address all issues noted above and include any documentation or information that was missing from your original claim. If you do not respond by **June 3, 2025**, your claim will be Denied. Alternatively your deficiency response can be mailed to the Settlement Administrator at:

Cash App Security Settlement Administrator
Attn: Deficiency Responses
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Deficiency responses mailed to the Settlement Administrator **must be postmarked by June 3, 2025**.

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting www.cashappsecuritysettlement.com or calling 1-866-615-9740. In particular, please note that the definitions of the terms Out-of-Pocket Losses, Transaction Losses, Unauthorized Account Events, Data Security Incident, and Lost Time can be found in the Settlement Agreement, which is located at the Important Documents tab of the settlement website, and additional information regarding what an Unauthorized Account Event is can be found on the settlement website at FAQ No. 6.

Sincerely,
Cash App Security Settlement

Settlement Administrator

info@cashappsecuritysettlement.com
Unsubscribe

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Salinas, et al. v. Block, Inc. and Cash App Investing, LLC*
No. 3:22-cv-04823-SK

# PROOF OF SERVICE

I, Chandler Sobel-Sorenson, declare that I am over eighteen years of age. My contact email is metacortexco@gmail.com.

On October 28, 2026, I served, or caused to be served, a true and correct copy of my letter to the Honorable Sallie Kim, together with Exhibits A through M, by electronic mail sent to each email address listed below. Because the documents are too large for email attachments, each email contained a link to a Google Drive folder, viewable by anyone with the link, holding complete PDF copies of the letter, Exhibits A through M, and this Proof of Service:

**Counsel for Defendants Block, Inc. and Cash App Investing, LLC:**

Aravind Swaminathan / Rebecca Harlow / Thomas Fu
Orrick, Herrington & Sutcliffe LLP, San Francisco, CA
aswaminathan@orrick.com; rharlow@orrick.com; tfu@orrick.com

**Class Counsel:**

Nicholas A. Migliaccio / Jason S. Rathod, Migliaccio & Rathod LLP — info@classlawdc.com

William B. Federman, Federman & Sherwood — info@federmanlaw.com

Gary S. Graifman / Melissa R. Emert, Kantrowitz, Goldhamer & Graifman, P.C. — cashappsettlement@kgglaw.com

**Other Counsel:**

David A. Goodwin, Gustafson Gluek PLLC, Minneapolis, MN — dgoodwin@gustafsongluek.com

Scott D. Hirsch, Scott Hirsch Law Group, Coconut Creek, FL — scott@scotthirschlawgroup.com

**Settlement Administrator:**

Angeion Group — info@cashappsecuritysettlement.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2026.

Chandler Sobel-Sorenson

Chandler Sobel-Sorenson
*Pro Se*