November 02nd, 2026

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street, Suite#400S
Oakland, California 94612

FILED
NOV 09 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Salinas V. Block, Inc., 22-cv-04823-SK

"Enclosed-Proof of service(s)-To-all-Parties-via-U.S. certified Mail and Standard Mail, "the-Claimant-Mr. Saul Sabino's October 09th, 2026's-Opposition Letter Motion-to-Lead Attorney-Mr.-Goodwin, Esq.'s Illegal & Invalid served-Notice-of Deficiency on 5/12/25 & excuses made for-Administrator-Angeion Group LLC-who Prior to-5/12/25 received Claimant-Mr. Sabino's Letter-Updating them on His New-NYC-Jail Address-& requesting all new Updates on His Claim, which-Angeion received on 5/5/2025 & failed to reply-in "Bad faith" to claimant's 5/5/25 Letter/update & to-Many more Correspondence there after via both-U.S. certified Mail & Standard mail, to NOT pay the claimant's Valid Claim-payment-That must be awardet to Him."

Thank You. Have a great blessed day & week.

Respectfully Submitted,
Mr. Saul Sabino, Claimant.
B/C# 441 250 1361
OBCC-Unit# 2South-1cell.
1600 Hazen Street
East Elmhurst, NY 11370

Enc.:
Proof of Service(s)
page(s) 1-to-3 of
1. The Court;
2. Lead Attorney-Mr. David A. Goodwin Esq.;
3. Angeion Group LLC-Cash App Settlement-Administrator, (Never replied).

10/21/26

# INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

1.5oz White envelope $ 11.31 Cert & RRT #307485 1301 CLAY ST, CA 94612

took at $ 11.31

Sabino, Saul — 441 2501361 — OBCC at- 2-South-1cell.

INMATE NAME BOOK & CASE # FACILITY

Legal Mail.-Please Pay for U.S. Postage fees and - U.S. Certified Mail fees with Signature - Conf... ...n Receipt - ...). Thank you. ...10-5270-0684-3074-85. ...No. 22-cv-04823-SK.

October 09, 2026

DATE

RECEIVED 10/21/26

First-Class Mail® 1 $1.11
Letter
Oakland, CA 94612
Weight: 0 lb 1.30 oz
Estimated Delivery Date
Mon 10/26/2026
Certified Mail® $5.55
Tracking #:
9589 0710 5270 0684 3074 85
Return Receipt $4.65
Tracking #:
9590 9402 8242 3030 9335 68
Total $11.31

WITHDRAWAL AMOUNT

MAILED TO:
Clerk of the Court - United states District Court of - Northern District of California

NAME

1301 Clay Street. Suite# 400S, Oakland. CA 94612

ADDRESS CITY CODE

INMATE SIGNATURE

#307485

DEBITED BY CASHIER

9589 0710 5270 0684 3074 85

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Book#441 2501361-at-OBCC-2-South-1cell, Mr. Sabino, S. Re: Case# 22-cv-04823-SK

Certified Mail Fee $5.55
$
Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ $4.65
- [ ] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [x] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $ $0.00

Postage $1.11
$
Total Postage and Fees $11.31
$

0705 05

Postmark Here

10/21/2026

Sent To Clerk of the court - U.S. District Court Northern District of California
Street and Apt. No., or PO Box No. 1301 Clay Street, Suite# 400 S
City, State, ZIP+4® Oakland, CA 94612

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

NOTE: Mailroom Officer forwards this request to RICC along with each parcel or letter.

Instant $1 11/xx
10/22/26

White envelope 1.3oz $1 11/xx

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

| Sabino, Saul | 441 250 1361 | OBCC at- 2-South-1cell. |
|---|---|---|
| INMATE NAME | BOOK & CASE # | FACILITY |

Legal Mail- Please Pay for U.S. Postage fees. Thank you.

October 09th, 2026

DATE

Re: Case# 22-cv-04823-SK.

$1.11

First-Class Mail® 1
Letter
Minneapolis, MN 55402
Weight: 0 lb 1.20 oz
Estimated Delivery Date
Mon 10/26/2026

RECEIVED 10/22/26

WITHDRAWAL AMOUNT

MAILED TO: Lead Attorney - Mr. David A. Goodwin, Esq. of - Gustafson Gluek PLLC - Canadian Pacific Plaza

NAME

120 S. 6th Street, Suite#2600, Minneapolis, MN 55402

ADDRESS CITY STATE ZIP CODE

[signature]

INMATE SIGNATURE

DEBITED BY CASHIER

NOTE: Mailroom Officer forwards this request to RICC along with each parcel or letter.

total $11.30

1.4oz $11.27 → $11.30 — took a extra $0.01 ¢ from ACE to cover postage cost. 10/22/26

White envelope Cert & RNT

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

#223815 total postage $11.31 ¢

OBCC at-

Sabinos Saul — INMATE NAME

441 250 1361 — BOOK & CASE #

2-South-1cell. — FACILITY

Legal Mail-Please Pay for U.S. Postage fees and U.S. Certified Mail fees with Signature-Confirmation fees and Return Receipt-Requested (Hard Copy Requested). Thank you.

October 09, 2026 — DATE

First-Class Mail® 1 $1.11
Letter
Philadelphia, PA 19103
Weight: 0 lb 1.30 oz
Estimated Delivery Date
Sat 10/24/2026
Certified Mail® $5.55
Tracking #:
9589 0710 5270 0684 2238 15
Return Receipt $4.65
Tracking #:
9590 9402 8242 3030 9335 11
Total $11.31

5270-0684-2238-15.
Case# 22-cv-04823-SK.

WITHDRAWAL AMOUNT

RECEIVED 10/22/26

MAILED TO:
Angeion Group. LLC - Cash App Settlement Administrator

NAME

1650 Arch Street, Suite#2210, Philadelphia, PA 19103

ADDRESS CITY

INMATE SIGNATURE

#223815

DEBITED BY CASHIER

9589 0710 5270 0684 2238 15

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

B&C#441 250 1361-at-OBCC 2-South-1cell.
Mr. Sabino, S. Re: Case#22-cv-04823-SK

Certified Mail Fee $ $5.55

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ $4.65
- [ ] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [x] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $ $0.00

Postage $ $1.11

Total Postage and Fees $ $11.31

Postmark Here — OCT 21 2026 — STEINWAY STATION — 10/22/2026 — 0705

Sent To Angeion Group, LLC. - Cash App Settlement - Administrator

Street and Apt. No., or PO Box No. 1650 Arch Street, Suite#2210

City, State, ZIP+4® Philadelphia, PA 19103

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

NOTE: Mailroom Officer forwards this request to RICC along with each parcel or letter.

Mr. Saul Sabino
Blc# 441 250 1361
OBCC-Unit# 2South-1Cell.
1600 Hazen Street
East Elmhurst, NY 11370

Retail

6

UNITED STATES POSTAL SERVICE

94612

U.S. POSTAGE PAID
FCM LETTER
LONG ISLAND CITY
NY 11105
NOV 06, 2026
$0.82

RDC 99 0 Lb 0.80 Oz S2324A502528-78

RECEIVED

NOV -9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street, Suite#400S
Oakland, California 94612

"Legal Mail"

94612-522529